IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 OCT -7 A 9:41

AL. EVERITT BOYETT, JR )
Full name and prison number )
of plaintiff(s) )
)
v. )
Shiroff; Anthony Clark )    CIVIL ACTION NO. 2:05CV966-D
_____ )    (To be supplied by Clerk of
_____ )    U.S. District Court)
_____ )
_____ )
)
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____
            _____

            Defendant(s) _____
            _____

        2.  Court (if federal court, name the district; if state court, name the county) _____
            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Covington County Jail 290 Hillcrest Drive Andalusia, Alabama, 36420_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Covington County Jail 290 Hillcrest Dr. Andalusia, Al. 36420_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS
1. Shieoff; Anthony Clark | 290 Hillcrest Dr. Andalusia Al 36420
2. Kevin Smith | 290 Hillcrest Dr. Andalusia Ala 36420
3. Nurse Mitchel | 
4. Dr. McWhorter III MD | 
5. | 
6. | 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Aug. 15, 2005_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _5th 8th Amendment Cruel and unusal punishment_

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

My clinical Information by Doctor VYAS. V have been confirm to Covington County Jail, and Medical Staff as also Doc. Mwhoctor III, and they have denied my treatment

**GROUND TWO:** 4th Amendment - The Right to be Secure In their person's, Houses, And Papers

**SUPPORTING FACTS:** I shall enjoy The Right to be heard and to petition The Government for redress of Grievances

**GROUND THREE:** 1st Amendment

**SUPPORTING FACTS:** Request Have been made to Shirrff Anthony Clark Kevin Smith, southern Health partners, And Doc. Willard Mcwhoctor III MD to eknowlege Illness only to be Denied

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I'm Seeking Monitary Damages of $70,000.00

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  10-4-05
             (Date)

_____
Signature of plaintiff(s)

Notary, Patricia Sweatt
Date, 10-4-05
Ex.) 1-29-09

4