**LabCorp**  LabCorp Birmingham
Laboratory Corporation of America  1801 First Avenue South, Birmingham, AL 35233-0000  Phone: 205-581-3500

| SPECIMEN 222-397-3297-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION | SS#: 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 |
|---|---|
| FASTING: N PHONE: 334-222-5452  DOB: 1/15/1965 | |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| BOYETT, AL | M | 40 / 6 |

PT. ADD.: 14692 HOG FOOT RD
Andalusia   AL   36420-0000

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 8/10/2005 | 11:59 | 8/10/2005 | 8/11/2005 | 17:36 | 2945 |

CLINICAL INFORMATION
CD- 41126604010

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| VYAS  V | 1151965 |

ACCOUNT: Drs. Vyas
Clinical Acct- Im
125 Medical Park Suite 103 And 104
Andalusia      AL   36420-0000
ACCOUNT NUMBER:   01156855

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| HCV Ab w/Rflx to RIBA | | | |
| HCV Ab | 73.6H  s/co ratio | 0.0 - 0.9 | MB |
| Positive | | | |

Indicates past or present HCV infection; Immunoblot testing not performed. Samples with high S/CO ratios (>9.9) confirm positive (95%), but <5 out of 100 might represent false-positives. PCR testing can be requested if indicated. Qualitative HCV RNA testing will differentiate active from resolved infection.

LAB: MB LabCorp Birmingham     ,  DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-0000

---

To whom it may concern,
I Al Boyett JR have (hippititus C) and need medical treatment as soon as possible to help keep it from spreading. On all attempts to get the jail to treat me or put me somewhere that I, could be treated I have been refussed. And I'm in desperate need of treatment. The Longer I wait the Longer my treatment will last I have been waiting since 9-15-05

*Al Boyett*
Petitioner Signature

Notary Patricia Sweat
Date 10-4-05
EX 1-29-09

| Pat Name: BOYETT,AL | Pat ID: 1151965 | Spec #: 222-397-3297-0 | Seq #: 2945 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report