**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sheriff Anthony Clark
   Covington County Jail
   290 Hillcrest Drive
   Andalusia, AL  36420

   C&C 05-966

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Debbie Cook*        ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Debbie Cook
C. Date of Delivery: 10/18/05

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 3017 0903

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X *Jamie Mitchell*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) *Jamie Mitchell*   C. Date of Delivery 10-18-05 |
| 1. Article Addressed to:<br><br>Nurse Mitchell<br>Covington County Jail<br>290 Hillcrest Drive<br>Andalusia, AL  36420<br><br>CAO 05-966 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1160 0001 3017 0897 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Debbie Cook_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) _Debbie Cook_<br>C. Date of Delivery _10/8/05_ |
| 1. Article Addressed to:<br><br>Kevin Smith<br>Covington County Jail<br>290 Hillcrest Drive<br>Andalusia, AL  36420<br><br>C&O  05-966 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1160 0001 3017 0927 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540