IN THE United States District Court
For The Middle District of Alabama
Northern Division

Al Everitt Boyett, JR.
    Plaintiff

civil Action No. 2:05-CV-966-D

V.

Anthony Clark, sheriff, et al.,

Here comes plaintiff Al Everitt Boyett JR with Defendant address as ordered in lawsuit.

McWhorter MH III MD
215 Dunson St
Andalusia Al 36420
ph. 334-222-4251

Al Boyett Jr.