IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

AL EVERITT BOYETT, JR.          *

    Plaintiff,                  *

    v.                          *   CIVIL ACTION NO. 2:05-CV-966-D

ANTHONY CLARK, SHERIFF, *et al.*,  *

    Defendants.                 *

_____

**ORDER**

On October 31, 2005 Plaintiff filed a pleading in which he advises the court of an address for Dr. McWhorter. The CLERK of the court is hereby DIRECTED to serve Dr. M.H. McWhorter III at 215 Dunson Street, Andalusia, Alabama 36420 with a copy of the complaint and the court's October 14, 2005 order of procedure. Accordingly, it is

ORDERED that Dr. McWhorter shall file an answer and written report to the complaint within forty (40) days of the filing date of this order in accordance with the court's October 14, 2005 order of procedure.

Plaintiff is advised that the court will not continue to monitor this case to ensure that each of the named defendants has been served. This is Plaintiff's responsibility. Plaintiff is cautioned that if service is not perfected on Dr. McWhorter he will not be considered a party to this cause of action and this case will proceed only against those properly named defendants on whom service has been perfected.

Done this 3rd day of November, 2005.

                            /s/Charles S. Coody
                            CHARLES S. COODY
                            CHIEF UNITED STATES MAGISTRATE JUDGE