In The United State District Court
For The Middle District of Alabama
Northern Division

Al Everitt Boyett, JR.
  Plaintiff,
V
Anthony Clark, Sheriff, et al.,

Civil Action No
2:05-CV-966-D
(WO)

Notice of Change of Address

Alabama Department of Correction Facility
c/o Al Everitt Boyett JR  AIS 242228 Bed a
   P.O. Box 150
   Mt. Meigs Al 36057

Will the plaintiff have to still provide a copy to Defendants, since the Sheriff had me sent me to this institution.

Done this 15th day of November,  Al Boyett Jr.
2005