**EXHIBIT A, PART 1**





NAME Boyett, Al Everette

ADDRESS_____

_____

AGE_____ RACE_____ SEX_____ EYES_____

HAIR_____ HEIGHT_____ WEIGHT_____

DATE OF
BIRTH_____ DATE_____

OFFENSE_____

ATTENTION: BEFORE YOU SIGN BOND, PLEASE READ THIS CAREFULLY & SIGN B.

STATE OF ALABAMA  *  COVINGTON COUNTY

STATE OF ALABAMA

DATE_____

VS

_____
Defendant

BOND AMOUNT:_____

    I understand that I am responsible for this persons appearance
in all court proceedings concerning his charges.  I also understand
that if at any time I decide to come off his/her bond, that I have
to bring the person with me to the Sheriff's Department and turn him/
her over to the proper authority.  I also understand that I hereby
waive all right of claim of exemption we or either of us have now,
or may have under the constitution and laws of the State of Alabama.
We do hereby severally certify that we have property free from all
incumbrance, to the full amount of the above bond.

(1) _____
Signature of Surety
_____
Address
Home Phone #_____ 36028
Work Phone #_____

(2) _____
Signature of Surety
_____
Address
Home Phone #_____
Work Phone #_____

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

(3) Earl Prather
Signature of Surety
Rt 2 Dozier Al 383-2738
Address
Home Phone #_____
Work Phone #_____

(4) _____
Signature of Surety
_____
Address
Home Phone #_____
Work Phone #_____

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

(5) Earl Windham
Signature of Surety
Rt 5 Andalusia Ala
Address
Home Phone # 222-7627
Work Phone # 222 3191

(6) _____
Signature of Surety
_____
Address
Home Phone #_____
Work Phone #_____

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

AL BOYETT

melisa - 222-0033

AUNT DEBRA - 222-9793

THE STATE OF ALABAMA )

COVINGTON COUNTY )    IN THE _____ Circuit _____ COURT

<u>AFFIDAVIT</u>

Before me, _____ William H. Baldwin _____, this day

personally appeared Maxwell Hooks, Deputy Sheriff and Investigator

and made oath that he has probable cause for believing and does believe

that within _____ six(6) weeks _____, making of this affidavit that

_____ Al Everitt Boyette Sr. _____

did, Fraudulent make use of credit cards, a felony in the state of
Florida, warrant #3793-87 has been issued in the state of Florida
for said felony.

and is presently a fugitive having fled from justice from the State of

_____ Florida _____, which said offense has been committed against

the peace and dignity of the State of Alabama.

Sworn to and subscribed before me, this

_28_ day of _____ July _____, 19 _87_

_____        _____
JUDGE, _____ Circuit _____ COURT            AFFIANT

<u>WARRANT</u>

STATE OF ALABAMA - COVINGTON COUNTY

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

You are hereby commanded to arrest _____ Al Everitt Boyette Sr. _____

and bring _him_ before the Judge of _____ Circuit _____ Court at the

present term of said Court, 19 _87_, to answer the State of Alabama on

a charge of being a fugitive, having fled from justice from the State of

_____ Florida _____. Formal requisition for _Al Everitte Boyette_

_Sr._ _____ must be received within 90 days from date

of arrest or this warrant shall lapse and the prisoner be entitled to

discharge and the sureties on his bond released.

Witness my hand, this the _28_ day of _____ July _____, 19 _87_.

_____
JUDGE _Circuit Court_ COURT

FUGITIVE BOND SET AT $ _5,000.00_ _____.

FUGITIVE BOND        )
STATE OF ALABAMA     )
COVINGTON COUNTY     )

We, __Al Everitt Boyette Sr.__, as Principal and the other undersigned as sureties agree to pay to the State of Alabama Five Thousand and no/100 ------------------------- ($5,000.00 ) unless the said __Al Everitt Boyette Sr.__ appears in the Circuit Court of Covington County, Alabama to answer a Writ of Extradition, if such Writ be granted by the Governor of the State of Alabama to extradite the said __Al Everitt Boyette Sr.__ to the State of ____Florida____ to answer the offense that subject did unlawfully: __Fraudulent use of Credit Cards__ Warrant #3793-87 _____

_____

Said offense being a felony under the laws of the State of ____ ____Florida____.

And we and each of us hereby waive all right of claim of exemption we or either of us have now or may have under the Constitution and Laws of the State of Alabama, we do hereby severally certify that we have property free from all incumbrance, to the full amount of the above bond.

_Al E. Boyette_ (L.S.)
_Peggy S. Hughes_ (L.S.)
_Rt # O Box 75_ (L.S.)
_Dozier, Ala. 36028_ (L.S.)
_Bobby Craig / 36420_ (L.S.)
_P.O. Box 503 City_ (L.S.)

Taken and Approved:
_July 28 1987_
_O'Don Harrell_
Sheriff
Covington County Alabama

**Covington County Jail**
**Andalusia, Alabama**

Photo.# _59852_
Time _230_ AM (PM)

Name _Poyett AL Everitt_
Address _Rt 4 - Box 391, Andalusia, Al_

.D.O.B. _01-05-47_ SSN # _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_
Age _40_ Race _W_ Sex _m_ Eyes _HAZ._
Hair _Bro_ Hgt. _5-11-_ Wgt. _170_ Comp. _med_
Date of Arrest _11-10-87_ Officer _Hooks_
Scars, Tatoos _None_

OFFENSE _Fraudulent use of credit cards_
_(Florida Charge)_

PRISONER'S JAIL RECORD

NO. 59852

S.S.NO. 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

NAME Bright, Al Everett

DATE 11-10-87  TIME 230 PM

ALIAS L34  Sr.

ADDRESS Rt 6 Box 334 Childhassee Ala

AGE 48'  RACE W  SEX 237  EYES Hzl

HAIR Brn  HEIGHT 5-11  WEIGHT 172

DATE OF BIRTH 11-03-39

PLACE OF BIRTH Eschambia Co Fla

SCARS OR MARKS None

ARRESTING OFFICER Brooks

ARRESTING AGENCY C  C.S.C.

OFFENSE Unlawful use of credit cards (Fel Charge)

TELEPHONE NO

STATUS [illegible]

SPOUSE OR NEXT OF KIN Al JR Kenneth  Son

SENTENCE BEGINS

HOLD FOR Bay Co Sheriff Fla

SENTENCE EXPIRES

TIME ALLOWED—GOOD BEHAVIOR

BEHAVIOR

HOW RELEASED Released to Bay County

DATE 11-11-87  TIME 120 PM

DRAFT BOARD & CLASSIFICATION

RELEASING OFFICER

ENTERING R/I PRINT   RELEASING R/I PRINT   [illegible]

REMARKS: Holding for Bay County Sheriff Dept

*file*

Date: _____ March 4, 1988 _____

CIRCUIT } COURT OF COVINGTON COUNTY, ALABAMA
COURT }

STATE OF ALABAMA,
                    Plaintiff
              vs.                           CASE NO. _____ TR-88-183
    Al Everitt Boyett, Jr. _____
                    Defendant

Offense: _____ DUI _____

Additional Hard Labor:                  _____days

Fine of:           $__ _____ or _____days

Costs:             $_____ or _____days

Total Fine & Costs  $_____

Total Sentence:                    _____ 48 hours ~~days~~

Date Sentence to Begin: _____ March 4, 1988  4:00 p.m. _____

Date Sentence Completed: _____ March 6, 1988  4:00 p.m. _____

Date Case Continued To: _____

                        RAY BOZEMAN
                        Clerk of Circuit Court,
                        Covington County
                        Andalusia, Alabama


If fine and cost not paid within 30 days defendant
must serve entire sentance of _____days.

TYPE OR PRINT ALL INFORMATION

LEAVE BLANK

LAST NAME **NAM**   FIRST NAME   MIDDLE NAME

BOYETT   AL EVERETT JR.

ALIAS AKA

OR

HL 0230000

80
ANDALUSIA, AL

DATE ARRESTED OR RECEIVED DOA

1-24-88

CONTRIBUTOR

DATE OF BIRTH **DOB**

8 15 65

SEX RACE HGT WGT HAIR EYES

M 5'9" 146

PLACE OF BIRTH **POB**

PENSACOLA FL

FBI NO **FBI**

OCA

SID NO **SID**

SOCIAL SECURITY NO. **SOC**

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

LEAVE BLANK

NCIC CLASS **FPC**

DRIVING UNDER INFLUENCE
DRIVING ON WRONG SIDE OF ROAD
DRIVING WHILE LICENSE SUSPENDED

TYPE OR PRINT ALL INFORMATION IN BLACK

LEAVE BLANK

LAST NAME NAM   FIRST NAME   MIDDLE NAME
BOYETT   AL   E VERITT JR

ALIAS AKA

CONTRIBUTOR ORI
AL0230000
SO
ANDALUSIA, AL

DATE OF BIRTH DOB
Month 01   Day 15   Year 65

DATE ARRESTED OR RECEIVED DOA
1-24-88

SEX M   RACE W   HGT 5'7"   WGT 146   EYES BRO   HAIR BRO   PLACE OF BIRTH POB PENSICOLA FL

FBI NO FBI

CONTRIBUTOR OCA

LEAVE BLANK

CLASS _____

REF _____

SID NO SID

SOCIAL SECURITY NO SOC
416 08 1471

NCIC CLASS - FPC

CAUTION

1/24/88 Roy Bartlett
DRIVING UNDER INFLUENCE
DRIVING ON WRONG SIDE OF ROAD
DRIVING WHILE LICENSE SUSPENDED

S.S. NO. _____

## PRISONER'S JAIL RECORD

NO. _____

NAME _____ DATE _____ TIME _____

ALIAS _____ ADDRESS _____

AGE _____ RACE _____ SEX ____ EYES _____ HAIR _____ HEIGHT _____ WEIGHT _____

DATE OF                    PLACE OF
BIRTH _____          BIRTH _PENSICLLA___FLA___  SCARS OR. _____
                                                       MARKS _____

ARRESTING                                ARRESTING
OFFICER _____          AGENCY _____

OFFENSE _____ TELEPHONE NO. _____

STATUS _____ SPOUSE OR NEXT OF KIN _____

SENTENCE              SENTENCE              HOLD
BEGINS _____      EXPIRES _____     FOR _____

BEHAVIOR _____ TIME ALLOWED—
                                         GOOD BEHAVIOR _____

HOW RELEASED _____ DATE _____ TIME _____

RELEASING OFFICER _____     DRAFT BOARD
                                      & CLASSIFICATION _____

ENTERING R/I PRINT | RELEASING R/I PRINT | REMARKS: _____
                                         | _____
                                         | _____
                                         | _____

**Covington County Jail**
**Andalusia, Alabama**

Photo # _59944_
Time _2:45_ AM (PM)

Name _BOYETT AL EVERITT_
Address _ROUTE 5 BOX 51A_
_ANDALUSIA      AL_
D.O.B. _01-15-65_ SSN # _416 08 1511_
Age _22_ Race _W_ Sex _M_ Eyes _BRO_
Hair _BRO_ Hgt. _5' 7"_ Wgt. _146_ Comp. _MED_
Date of Arrest _1-24-88_ Officer _I P TOMEY_
Scars, (Tatoos) _BOTH ARMS_

OFFENSE _D.U.I. (2) D.W.S.R. D.W.S._

Date: _____ **March 4, 1988**

**CIRCUIT** } **COURT OF COVINGTON COUNTY, ALABAMA**
**COURT**

**STATE OF ALABAMA,**
_____ Plaintiff
vs. } CASE NO. ____ **TR-88-181**
**Al Everitt Boyett, Jr.**
_____ Defendant

Offense: _____ **DUI** _____

Additional Hard Labor: _____ days

Fine of: $ _____ or _____ days

Costs: $ _____ or _____ days

Total Fine & Costs $ _____

Total Sentence: _____ **48 hours** ~~days~~

Date Sentence to Begin: **March 4, 1988   4:00 p.m.**

Date Sentence Completed: **March 6, 1988   4:00 p.m.**

Date Case Continued To: _____

        **RAY BOZEMAN**
        **Clerk of Circuit Court,**
        **Covington County**
        **Andalusia, Alabama**

**If fine and cost not paid within 30 days defendant must serve entire sentence of _____ days.**

S.S.NO. _4/6 - 05 - 15_    **PRISONER'S JAIL RECORD**    NO. _____

NAME _Boyett   Everitt   Al   Jr_ DATE _3-4-88_ TIME _____

ALIAS _Al_____    ADDRESS _Rt. 4 - Box ___ Hack_

AGE _23_ RACE _W_ SEX _M_ EYES _Bro_ HAIR _Bro_ HEIGHT _5'8"_ WEIGHT _135_

DATE OF BIRTH _01-15-63_   PLACE OF BIRTH _Gonscola Fl._   SCARS OR MARKS _Tatoo on ___

ARRESTING OFFICER _J120  Athcary_   ARRESTING AGENCY _A.S.T_

OFFENSE _DUI   Serving 48 hours_    TELEPHONE NO _____

STATUS _Single_ SPOUSE OR NEXT OF KIN _Al Boyett_

SENTENCE BEGINS _3-4-88_ SENTENCE EXPIRES _3-6-88_ HOLD FOR _____

BEHAVIOR _____    TIME ALLOWED— GOOD BEHAVIOR _____

HOW RELEASED _TIME SERVED_    DATE _3-6-88_ TIME _4:00 PM_

RELEASING OFFICER _Adams + Conley_    DRAFT BOARD & CLASSIFICATION _____

| ENTERING R/I PRINT | RELEASING R/I PRINT | REMARKS: |
|---|---|---|
| | | |
| | | |
| | | |

**Covington County Jail**
**Andalusia, Alabama**

Photo # 60221

Time 9:40 AM PM

Name Boyett AL Everett Jr

Address RT.4 Box 391

Andalusia Al.

D.O.B. 01-15-65    SSN # 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

Age 23   Race W   Sex m   Eyes Bro

Hair Bro   Hgt. 5'7"   Wgt. 146   Comp. mew

Date of Arrest 7-4-88   Officer R. Narael l

Scars, Tatoos "Linda" on L-Arm

Star on Right Arm

OFFENSE DUI - Driving While Suspended

| LAST NAME NAM | FIRST NAME | MIDDLE NAME |
|---|---|---|
| Poyett | AL | Everth Jr. |

ALIASES

CONTRIBUTOR ORI: AL0230000
SO
ANDALUSIA, AL

DATE OF BIRTH DOB: 01 15 65

x AL Poyett Jr.

DATE ARRESTED OR RECEIVED DOA: 7-4-88

| SEX | RACE | HGT | WGT | EYES | HAIR | PLACE OF BIRTH POB |
|---|---|---|---|---|---|---|
| M | W | 5'7" | 146 | Bro | Brn | PENSACOLA FL |

ARREST NO OCA

FBI NO FBI

SID NO SID

SOCIAL SECURITY NO SOC: 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

LEAVE BLANK

CLASS

REF

NCIC CLASS FPC



S.S.NO. _____    **PRISONER'S JAIL RECORD**    NO. _6022 1_

NAME _____ DATE _____ TIME _____

ALIAS _____ ADDRESS _____

AGE ____ RACE _____ SEX ____ EYES ____ HAIR ____ HEIGHT ____ WEIGHT ____

DATE OF _____ PLACE OF _Pensacola Fl_  SCARS OR _____
BIRTH              BIRTH                    MARKS

ARRESTING _____  ARRESTING _____
OFFICER                       AGENCY _A-1_

OFFENSE _____ TELEPHONE NO _____

STATUS _____ SPOUSE OR NEXT OF KIN _____

SENTENCE _____ SENTENCE _____ HOLD _____
BEGINS              EXPIRES              FOR

                                         TIME ALLOWED—
BEHAVIOR _____ GOOD BEHAVIOR _____

HOW RELEASED _____ DATE _7-5-88_ TIME _5 25 PM_

                                         DRAFT BOARD
RELEASING OFFICER _Blackwell_  & CLASSIFICATION _____

ENTERING R/I PRINT | RELEASING R/I PRINT | REMARKS: _____

_____

_____

_____

**PRISONER'S JAIL RECORD**

S.S.NO. _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_    NO. _____

NAME _Boyett Al Everett JR_ DATE _8-16-88_ TIME _1030 PM_

ADDRESS _Rt 5 Box 51 A Andalusia_

ALIAS _____

AGE _22_ RACE _W_ SEX _M_ EYES _Bro_ HAIR _Bro_ HEIGHT _5'7_ WEIGHT _146_

DATE OF BIRTH _1-15-65_ PLACE OF BIRTH _Pensacola_ SCARS OR MARKS _Both Arms_

ARRESTING OFFICER _Merritt_ ARRESTING AGENCY _CCSO_

TELEPHONE NO _____

OFFENSE _90 day DUI_

STATUS _____ SPOUSE OR NEXT OF KIN _____

SENTENCE BEGINS _____ SENTENCE EXPIRES _____ HOLD FOR _____

TIME ALLOWED— GOOD BEHAVIOR _____

BEHAVIOR _____

HOW RELEASED _____ DATE _11-14_ TIME _734 AM_

DRAFT BOARD & CLASSIFICATION _____

RELEASING OFFICER _Hank Roland_

ENTERING R/I PRINT    RELEASING R/I PRINT    REMARKS: _Fined Served_

S.S. NO. 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

**PRISONER'S JAIL RECORD**

NO. 61165

NAME Ryyli Al Farritt Sr.

ALIAS

DATE 12-15-83    TIME 10:00 m

ADDRESS Rt 4, Box 391

AGE 24    RACE B    SEX M    EYES Bro    HAIR Bro    HEIGHT 5 8    WEIGHT 153

DATE OF BIRTH 01-15-65

PLACE OF BIRTH Pensacola Fl    SCARS OR MARKS Ball chins

ARRESTING OFFICER Lake

ARRESTING AGENCY AST

OFFENSE Dui / No Drivers License    TELEPHONE NO 222-9008

STATUS    SPOUSE OR NEXT OF KIN Al Boytt Sr.

SENTENCE BEGINS    SENTENCE EXPIRES    HOLD FOR

BEHAVIOR    TIME ALLOWED— GOOD BEHAVIOR

HOW RELEASED Bond    DATE 11-2-82 TIME 12:45 PM

RELEASING OFFICER
ENTERING R/I PRINT    RELEASING R/I PRINT

DRAFT BOARD & CLASSIFICATION

REMARKS:

Covington County Jail
Andalusia, Alabama

Date
Time ____ AM PM

Name _____

Address _____

D.O.B. 02-16-65

Age 24   Race _____

Hair Bro   Hgt 5'8"   Wgt ____ Comp ____

Date of Arrest _____ Officer _____

Scars, Tatoos _____

OFFENSE _____ DRIVING DRIVER LICENSE





TYPE OR PRINT ALL INFORMATION IN BLACK

Boyett    AL    Everitt Jr.

CONTRIBUTOR
ORI    AL0230000
SO
ANDALUSIA, AL

Al Boyett Jr.

DATE ARRESTED OR RECEIVED DOA
11-19-89

SEX M  RACE W  HGT 5'8"  WGT 153  EYES Bro  HAIR Bro

DATE OF BIRTH DOB
01  15  65

POB
PENSACOLA FLA

11/20/89  Don Blackwell

N. Drivers License

Driving Under Influence

OCA

FBI

SID

ARREST NO. SOC
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

LEAVE BLANK

CLASS

REF

NCIC CLASS - FPC

ATTENTION: BEFORE YOU SIGN BOND, PLEASE READ THIS CAREFULLY. SIGN BELOW

STATE OF ALABAMA  *  COVINGTON COUNTY

STATE OF ALABAMA                    DATE  8 - 3 - 96

                    VS

AL Everitt Royett                  BOND AMOUNT: $10,000.00
Defendant

    I understand that I am responsible for this persons appearance
in all court proceedings concerning his charges.  I also understand
that if at any time I decide to come off his/her bond, that I have
to bring the person with me to the Sheriff's Department and turn him/
her over to the proper authority.  I also understand that I hereby
waive all right of claim of exemption we or either of us have now,
or may have under the constitution and laws of the State of Alabama.
We do hereby severally certify that we have property free from all
incumbrance, to the full amount of the above bond.

(1) Billy T. Hughes                (2) _____
Signature of Surety                Signature of Surety
Rt 2 Box 25 A                      Earl Windham
Address                            Address
Dozier Ale                         1106 Bypass West Andalusia
Home Phone # 388-2582              Home Phone # 222-3191
Work Phone # Same                  Work Phone # 222 3141

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

(3) _____        (4) _____
Signature of Surety                Signature of Surety

Joe Paw                            
Address                            Address
Rt 2 Ala                           
Home Phone # 2979 2524             Home Phone # _____
Work Phone # _____       Work Phone # _____

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

(5) _____        (6) _____
Signature of Surety                Signature of Surety
Earl Prather                       
Address                            Address
Rt 2 Dozier, Al                    
Home Phone # 388-2728              Home Phone # _____
Work Phone # _____       Work Phone # _____

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *



TYPE OR PRINT ALL INFORMATION IN BLACK    LEAVE BLANK

LAST NAME NAM    FIRST NAME    MIDDLE NAME
Boyett    Al    Everitt Jr

CONTRIBUTOR
AL0230000
SO
ANDALUSIA, AL

DATE OF BIRTH DCB
01-15-65

ALIAS

DATE ARRESTED OR RECEIVED DOA
8-3-90

SEX RACE HGT WGT EYES HAIR    PLACE OF BIRTH PCB
M W 5'8" 153 Bro Bro Pensacola Fl.

OCA

LEAVE BLANK

FBI NO. FBI    CLASS

SID NO. SID    REF

SOCIAL SECURITY NO. SOC
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

NCIC CLASS - FPC

CAUTION

1 al Everitt

Ec. Turn

Unlawful Possession of

A Controlled Substance

S.S.NO. 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          **PRISONER'S JAIL RECORD**                    NO. _____

NAME _Boyett, Al Everitt  Jr._        DATE _08-03-90_ TIME _5:10 PM_

ALIAS _____  ADDRESS _Rt. 4 Box 323  Andalusia, AL_

AGE _25_ RACE _W_ SEX _M_ EYES _Bro_ HAIR _Bro_ HEIGHT _5'8"_ WEIGHT _153_

DATE OF    _01-15-65_    PLACE OF    _Pensacola, FLA_    SCARS OR    _Both Arms_
BIRTH                    BIRTH                           MARKS:

ARRESTING                              ARRESTING
OFFICER _Bailey_                       AGENCY _APD_

OFFENSE _Unlawful Poss of A Controlled Substance_     TELEPHONE NO _____

STATUS _____ SPOUSE OR NEXT OF KIN _____
SENTENCE _____ SENTENCE _____ HOLD
BEGINS _____ EXPIRES _____ FOR _____

                                            TIME ALLOWED—
BEHAVIOR _____ GOOD BEHAVIOR _____

HOW RELEASED _Bond_                    DATE _08-03-90_ TIME _8:10 Pm_
                                       DRAFT BOARD
RELEASING OFFICER _Turner_             & CLASSIFICATION _____

ENTERING R/I PRINT | RELEASING R/I PRINT |    REMARKS: _____
                                              _____
                                              _____



# PRISONER'S JAIL RECORD

NO. 61955

NAME Buell Al Everett Sr.    #16 0815111 also also Thorne Held for Asst.

S.S. NO.

ALIAS

DATE 1-7-91    TIME 2:58 p.m.

ADDRESS RT 4 BX 393

AGE 25    RACE W    SEX M    EYES BRO    HAIR BRO    HEIGHT 5'7"    WEIGHT 150

DATE OF BIRTH 1-15-65

PLACE OF BIRTH Pensacola Fla

SCARS OR MARKS

ARRESTING OFFICER Turner R.

ARRESTING AGENCY E.S.O.

OFFENSE Burg 50 Veh Poss Cont Subst. & theft 1st 8333 | TELEPHONE NO.

STATUS

SENTENCE BEGINS

SENTENCE EXPIRES

SPOUSE OR NEXT OF KIN Susanne Boyette

HOLD FOR

TIME ALLOWED GOOD BEHAVIOR

BEHAVIOR

HOW RELEASED

DATE 1-10-91    TIME 4:02 pm

DRAFT BOARD & CLASSIFICATION

RELEASING OFFICER

ENTERING R/I PRINT    RELEASING R/I PRINT

REMARKS

| State of Alabama<br>Unified Judicial System<br><br>Form C-42  Rev. 2/79 | **ORDER OF RELEASE<br>FROM JAIL** | Case Number |  |  |
|---|---|---|---|---|
|  |  | ID | YR | Numbe |

IN THE ___Distrinct___ _____ COURT OF _____ COU

STATE OF ALABAMA                    VS.   Al _____, Jr.

TO THE JAILER OF ____Covington County Jail_____

You are ordered to release from your custody the above name defendant, charged with the offense of _____
   Driving w/o license

Reason for Release:_____Judge's orders_____

_____
  1/8/91               C_____   By:
Date   **COURT RECORD (White)**    **JAILER (Green)**     Judge/Clerk

CONFISCATED ITEM/SEARCH WARRANT INVENTORY

DATE OF SEARCH/SEIZURE 8/21/02 TIME ENTERED 3:00 TIME EXITED 5:15  S M T W T F (S)

OFFICERS PRESENT Merl Odom

Chris Byrd

Brett Hoomes

Blaine Wilson

| ITEM # | EVIDENCE | LOCATION FOUND | TIME | OFFICER |
|---|---|---|---|---|
| 1 | glass tube smoking device | 2nd drawer to left of Kitchen sink | 4:00 | Odom |
| 2 | Plastic bag containing coffee filter with Phosphorus | ~ | ~ | ~ |
| 3 | Match books | ~ | ~ | ~ |
| 4 | digital scales and finger scales | 3rd drawer to left of Kitchen Sink | 4:03 | |
| 5 | Pill bottle containing iodine | ~ | ~ | ~ |
| 6 | Plastic pill bottle containing coffee filter with pseudo ephedrine | ~ | ~ | ~ |
| 7 | 2 plastic bags containing marihuana | metal box in cabinet under sink | 4:15 | ~ |
| 8 | Partially burned hand rolled cigarette and hemostat | in ashtrex on Kitchen table | 4:18 | ~ |
| 9 | Plastic bag containing marihuana stems | in table beside bed in master bedroom | 4:20 | ~ |
| 10 | 2 syringes | in chest of drawer in master bedroom | 4:21 | ~ |
| 11 | glass tube smoking device | in cabinet to right over bathroom sink | 4:25 | ~ |
| 12 | Small black container containing methamphetamine residue | in cabinet to left over bathroom Sink | 4:28 | ~ |
| 13 | 2 syringes and 1 spoon with residue | ~ | ~ | ~ |
| 14 | 16 oz bottle H-hydrogen Peroxide | ~ | ~ | ~ |
| 16 | 2 gallons Coleman fuel | Cabinet under Kitchen Sink | 4:34 | |
| 17 | 32 oz can Acetone x2 | ~ | ~ | ~ |
| 18 | 7 gallon glass jug | ~ | ~ | ~ |
| 19 | 1 gallon Plastic jug containing Clear liquid | ~ | ~ | ~ |
| 20 | Plastic bag containing 2 16 oz bottles hydrogen Peroxide and 1 bottle Iodine tincture | Cabinet over Kitchen Sink to left | 4:40 | ~ |

# CONFISCATED ITEM/SEARCH WARRANT INVENTORY

DATE OF SEARCH/SEIZURE __9/21/02__ TIME ENTERED __3:00__ TIME EXITED __5:15__ S M T W T F ⑤

OFFICERS PRESENT ___Mark Odom___ _____

_____Chris Byrd_____ _____

_____Brett Thomas_____ _____

_____Blake Wilson_____ _____

| ITEM # | EVIDENCE | LOCATION FOUND | TIME | OFFICER |
|--------|----------|----------------|------|---------|
| 21 | Two burner Propane stove | top of microwave in Kitchen | 4:50 | Odom |
| 22 | Plastic bucket Containing Pseudo ephedrine extraction | under steps of shed behind house | 5:00 | — |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Covington County Sheriff | | | | INMATE | | | | Boc | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Printed: Fri Oct 04, 2002 | | | | AL EVERITT BOYETT (S-416081511) | | | | 20 | | |
| | | | | | | | | SEPTEMBER 21st, 2002 | | |

| Section | Block | Cell | Bed | Social Security Number | Alias | | Est Release Date |
|---|---|---|---|---|---|---|---|
| A-BLOCK | | | | 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 | | | |

| Address | RT.1 225 | | | | | Phone |
|---|---|---|---|---|---|---|
| | ANDALUSIA AL 36420 | | | | | 8108 |

| Sex | Date of Birth | Age | Height | ght | | BROWN | BROWN |
|---|---|---|---|---|---|---|---|
| M | 1965-01-15 | 37 | 5' 07" | 1 | | | |

| Drivers License | | Class | Vehicle Tag | | Tag Year |
|---|---|---|---|---|---|
| | | | | | |

| Next of Kin | | Phone |
|---|---|---|
| | | |

**Charge(s)**

POCS,POM I,MANUFACTURING I

| Jailer | Photo Taken By | Fingerprinted D |
|---|---|---|
| CJ013  BYRD, CHAD | CJ013  BYRD, CHAD | |

| Admission Type | Phone C | Check |
|---|---|---|
| | Y | Y |

| Arrest Case Number |
|---|
| |

| Agency Arrested For | | |
|---|---|---|
| COV. COUNTY | 0A104  ODOM, DONALD | |

| Agency Hold For |
|---|
| |

| Release Date | Release Time | Delet |
|---|---|---|
| | | |

**Notes**

BOND REDUCED ON 10/4/02 ▓▓▓▓▓▓▓▓▓▓ 2S
▓▓▓▓▓ POCS/1000.,POM I 1000.,MAN'I 3000., POP 300.

| Covington County Sheriff | **INMATE DATA** | Booking Number |
|---|---|---|
| Printed: Tue Oct 01, 2002 | **AL EVERITT BOYETT (S416081511)** | 200000275 |

Booking Date: **SEPTEMBER 21st, 2002**

| Section | Block | Cell | Bed | Social Security Number | Alias | Est Release Date |
|---|---|---|---|---|---|---|
| A-BLOCK | | | | 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 | | |

| Address | |
|---|---|
| RT.1 225 | Home Telephone |
| ANDALUSIA AL 36420 | (334) 222-8108 |

| Sex | Date of Birth | Age | Height | Weight | Race | Eyes | Hair |
|---|---|---|---|---|---|---|---|
| M | 1965-01-15 | 37 | 5' 07" | 150 | WHITE | BROWN | BROWN |

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|
| | | | |

| Next of Kin | NOK Telelphone |
|---|---|
| | |

| Charges) |
|---|
| POCS,POM I,MANUFACTURING I,PODP |

Bond

| Jailer | Photo Taken By | Fingerprinted By |
|---|---|---|
| CJ013  BYRD, CHAD | CJ013  BYRD, CHAD | |

| Admission Type | Phone Call | NCIC Check |
|---|---|---|
| | Y | Y |

| Arrest Case Number | DNA Sample By |
|---|---|
| | |

| Agency Arrested For | Arresting Officer |
|---|---|
| COV. COUNTY | 0A104  ODOM, DONALD |

Agency Hold For

| Release Date | Release Time | Release Officer |
|---|---|---|
| | | |

Notes

# INMATE SUMMARY

## AL EVERITT BOYETT (S416081511)

Covington County Sheriff

Printed: Sat Sep 21 2002

| Booking Number |
|---|
| 200000275 |
| Booking Date |
| **SEPTEMBER 21st, 2002** |

| Section | Block | Cell | Bed | Social Security Number | Alias | | Est Release Date |
|---|---|---|---|---|---|---|---|
| HOLDING | | | | 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 | | | |

| Address | | Home Telephone |
|---|---|---|
| RT.1 225 ANDALUSIA  AL  36420 | | **(334) 222-8108** |

| Sex | Date of Birth | Age | Height | Weight | Race | Eyes | Hair |
|---|---|---|---|---|---|---|---|
| M | 1965-01-15 | 37 | 5' 07" | 150 | WHITE | BROWN | BROWN |

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|
| | | | |

| Next of Kin | NOK Telephone |
|---|---|
| | |

| Charge(s) | Bond | Arresting Officer |
|---|---|---|
| POCS,POM I,MANUFACTURING I,PODP | 320,000 | 0A104  ODOM, DONALD |

| Jailor | Release Date | Time | Releasing Officer |
|---|---|---|---|
| CJ013  BYRD, CHAD | | | |

## MEDICAL

| | Medication | Dosage | Doses/Day | Date Ends | Times | | | |
|---|---|---|---|---|---|---|---|---|
| ADVISORY | | | | | | | | |

| | Date Dispensed | Time | Medication | Dosage | Date Dispensed | Time | Medication | Dosage |
|---|---|---|---|---|---|---|---|---|
| DISPENSED | | | | | | | | |

| | Date Treated | Time | Reason | Date Treated | Time | Reason |
|---|---|---|---|---|---|---|
| TREATMENT | | | | | | |

| | | | |
|---|---|---|---|
| NOTES | Doctor | Medications | |
| | Special Diet | Drug Allergies | |
| | Other | | |

## PROPERTY

| RECEIVED | BLUE WALLET, GREEN COMB, LIGHTER, SET KEYS (4)   *Property Box #137* |
|---|---|
| RETURNED | |

## MEALS

| Meal Date | Time | Description | Meal Date | Time | Description | Meal Date | Time | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## COURT DATES

| Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## INCIDENTS

| Incident Date | Time | Subject | Incident Date | Time | Subject |
|---|---|---|---|---|---|
| | | | | | |

## VISITORS

| Date Scheduled | Time | In | Out | Visitor Name | Date Scheduled | Time | In | Out | Visitor Name |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## TELEPHONE CALLS

| Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

# PROPERTY RELEASE FORM

I _____ do herby give my permission for my property
here at the Covington County Jail to be picked up
by _____. I understand that if it is not picked up within
fourteen days from this date that it will be disposed of by the Covington
County Jail.

Inmate *Set of Keys on —*
*Key chain & Key rings*
*1 — Blue wallet*

Wittness _____

Date _____

Property picked up by:

_____

Date _____

IN THE DISTRICT COURT OF COVINGTON COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA, | * | |
| PLAINTIFF, | * | |
| VS. | * | Case Nos.: WR-02-4-126 thru 128 |
| | | WR-02-1292 |
| AL EVERITT BOYETT, | * | |
| DEFENDANT. | * | |
| | * | |

## O R D E R

It has been brought to the attention of the Court that the Defendant was not given an initial appearance hearing within 72 hours after his arrest. Rule 4.3(b)(3), <u>Alabama Rules of Criminal Procedure,</u> provides that if the initial appearance hearing is not held within 72 hours after arrest "such person shall be released upon execution of an appearance bond in the minimum amount required by the schedule set forth in Rule 7."

Accordingly, it is hereby ORDERED that the Defendant's bond is reduced from $50,000.00 to $1,000.00 on the charge of Unlawful Possession of Controlled Substance; $50,000.00 to $1,000.00 on the charge of Marijuana I;  $200,000.00 to $3,000.00 on the charge of Manufacturing Controlled Substance; and $20,000.00 to $300.00 on the charge of Unlawful Possession of Drug Paraphernalia.

DONE and ORDERED this 4th day of October, 2002.

        Frank L. McGuire, III
        District Judge

IN THE DISTRICT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA,                    *

    PLAINTIFF,                    *

VS.                                  * Case Nos.: WR-02-4-126 thru 128
                                       WR-02-1292

AL EVERITT BOYETT,                   *

    DEFENDANT.                    *

                                  *

## O R D E R

It has been brought to the attention of the Court that the Defendant was not given an initial appearance hearing within 72 hours after his arrest. Rule 4.3(b)(3), <u>Alabama Rules of Criminal Procedure,</u> provides that if the initial appearance hearing is not held within 72 hours after arrest "such person shall be released upon execution of an appearance bond in the minimum amount required by the schedule set forth in Rule 7."

Accordingly, it is hereby **ORDERED** that the Defendant's bond is reduced from $50,000.00 to $1,000.00 on the charge of Unlawful Possession of Controlled Substance; $50,000.00 to $1,000.00 on the charge of Marijuana I; $200,000.00 to $3,000.00 on the charge of Manufacturing Controlled Substance; and $20,000.00 to $300.00 on the charge of Unlawful Possession of Drug Paraphernalia.

    **DONE and ORDERED** this 4th day of October, 2002.
FILED IN OFFICE

OCT 0 4 2002

                              Frank L. McGuire, III
                              District Judge

CLERK

IN THE DISTRICT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA,                      *

    PLAINTIFF,                          *

VS.                                    * Case Nos.:  WR-02-4-126 thru 128
                                                               WR-02-1292

AL EVERITT BOYETT,                     *

    DEFENDANT.                          *

                                         *

## O R D E R

It has been brought to the attention of the Court that the Defendant was not given an initial appearance hearing within 72 hours after his arrest. Rule 4.3(b)(3), <u>Alabama Rules of Criminal Procedure,</u> provides that if the initial appearance hearing is not held within 72 hours after arrest "such person shall be released upon execution of an appearance bond in the minimum amount required by the schedule set forth in Rule 7."

Accordingly, it is hereby **ORDERED** that the Defendant's bond is reduced from $50,000.00 to $1,000.00 on the charge of Unlawful Possession of Controlled Substance; $50,000.00 to $1,000.00 on the charge of Marijuana I;  $200,000.00 to $3,000.00 on the charge of Manufacturing Controlled Substance; and $20,000.00 to $300.00 on the charge of Unlawful Possession of Drug Paraphernalia.

      DONE and ORDERED this 4th day of October, 2002.
FILED IN OFFICE

OCT 0 4 2002

_~ ~_____
              Frank L. McGuire, III
              District Judge

CLERK

Covington County Sheriff

Printed: Sat Sep 28, 2002

# INMATE PROPERTY LOG
AL EVERITT ... YE ... 1608151

21st, 2002

| Currency | | Change | | Checks | | Food Stamps | | |
|---|---|---|---|---|---|---|---|---|

| Quantity | Property Received | | | C | Property | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | GREEN COMB | | | | | | | |
| 1 | LIGHTER | | | | | | | |

Property Released

Notes   1 BLUE WALLET AND 1 SET OF 4 KEYS HAVE BEEN RELEAS...   ...N FILE AND S...

I certify that the above is a correct listing of it ms r...   ... ossession ... n jail.
Inmate's Signature X Al Everitt Jr   ate: _____

I Hereby certify the receipt of the above arrested ind...   ...e property.
Officers's Signature ...   ...te: 09-28-02

## ITEMS RELEASED P...OR ... SONER R

| Date | Quantity | Proper... | Released | ...er / Note |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

I certify that I have received all th above liste prop...   ...roperty p... ...ated
on this receipt.

Inmate's Signature X ...   ...te: 10-8-02   10-27

Officers's Signature ...   ...ed 10-8-02   10-27

Covington County Sheriff

Printed: Fri Oct 04, 2002

Is inmate conscious?

Any difficulty breathing?

Did arrest result in injury

Is inmate under obvious
influence of alcohol?

Does inmate suggest risk
of suicide?

Observations      **TAKING**

**HAVE Y**

Hepatitis

Tuberculosis

Sexually Transmitted D.

Ulcers

Kidney Trouble

DT's

Drug Addiction

Recent Head Injury

Recent Treatment

Contagious Disease

Doctors Name and Add.

Health Insurance

Special Diet

Prescriptions/Medica

Drug Allergies

Descriptions

I have read the above

Inmate's Signature _____

Officers's Signature _____

Covington County

Printed: Fri Oct 0...

Section        Block
A-BLOCK

Address        RT.1 ...
               AND/...

Sex    | Date of Birt...
  M    | 1965-0...

Drivers License

Next of Kin

Charge(s)
         POCS ...

Jailer
   CJ013  BYRD,

Admission Type

Arrest Case Number

Agency Arrested Fo...
         COV. (...

Agency Hold For

Release Date
         2002

Notes
         BONL...
         POCS

         PROP...

Covington County S~

Printed: Fri Oct 04.2C

| Section | Block |
|---------|-------|
| **A-BLOCK** | |

| Address | |
|---------|---|
| | RT.1 225 |
| | ANDALU! |

| Sex | Date of Birth |
|-----|---------------|
| **M** | **1965-01-1!** |

Drivers License

Next of Kin

| Charge(s) | |
|-----------|---|
| | **POCS,PC** |

| Jailor | |
|--------|---|
| **CJ013  BYRD, C!** | |

| ADVISORY | Medical |
|----------|---------|
| | |
| | |

| DISPENSED | Date |
|-----------|------|
| | |
| | |

| TREATMENT | Date |
|-----------|------|
| | |

| NOTES | Doctor |
|-------|--------|
| | Spec |
| | Other |

| RECEIVED | GREEN |
|----------|-------|
| RETURNED | |

| Meal Date | Time | Ge |
|-----------|------|-----|
| | | |

| Court Date | Time |
|------------|------|
| | |

| Incident Date | Time | |
|---------------|------|---|
| | | |
| | | |

| Date Scheduled | Time | |
|----------------|------|---|
| | | |
| | | |

| Phone Date | Time | |
|------------|------|---|
| | | |

| Covington County Sheriff<br><br>Printed: Sat Apr 12,2003 | **INMATE DATA**<br><br>**SHANNON R. STINSON (S421312650)** | Booking Number<br>**200001907**<br>Booking Date<br>**APRIL 12th, 2003** |
|---|---|---|

| Section<br>**FEM 113** | Block | Cell<br>**113** | Bed | Social Security Number<br>**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** | Alias | Est Release Date |
|---|---|---|---|---|---|---|

| Address | **100 GIBB STREET 509**<br>**TROY  AL  36081** | Home Telephone<br>**(340) 670-0057** |
|---|---|---|

| Sex<br>**F** | Date of Birth<br>**1982-06-28** | Age<br>**20** | Height<br>**5' 03"** | Weight<br>**130** | Race<br>**WHITE** | Eyes<br>**HAZEL** | Hair<br>**BROWN** |
|---|---|---|---|---|---|---|---|

| Drivers License<br>**AL  6889574** | Class | Vehicle Tag | Tag Year |
|---|---|---|---|

| Next of Kin | **DANA NICHOLS**<br>**MONTEVELLO  FL** | NOK Telephone<br>**(205) 222-4861** |
|---|---|---|

| Charge(s)<br>**D.U.I.** | Bond<br>**3,000.00** |
|---|---|

| Jailer<br>**CJ011  ORDDORFF, MARY** | Photo Taken By | Fingerprinted By |
|---|---|---|

| Admission Type<br>**ARRESTED** | Phone Call<br>**Y** | NCIC Check<br>**Y** |
|---|---|---|

| Arrest Case Number | DNA Sample By |
|---|---|

| Agency Arrested For<br>**STATE** | Arresting Officer |
|---|---|

Agency Hold For

| Release Date | Release Time | Release Officer |
|---|---|---|

Notes

**SUBJECT MUST BLOW 00 BEFORE BEING RELEASED. SHOULD BE**
**RELEASED APP. 0200 HOURS.  ARRESTED BY TROOPER TURMAN.**

May 20 9

| Covington County Sheriff<br><br>Printed: Wed Apr 02,2003 | **INMATE DATA**<br><br>**AL EVERITT BOYETT (S416081511)** | Booking Number<br>**200001843**<br>Booking Date<br>**APRIL 2nd, 2003** |
|---|---|---|

| Section<br>**HOLDING** | Block | Cell | Bed | Social Security Number<br>**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** | Alias | Est Release Date |
|---|---|---|---|---|---|---|

| Address | **RT1 BOX 227A**<br>**RED LEVEL  AL  36474** | Home Telephone |
|---|---|---|

| Sex<br>**M** | Date of Birth<br>**1965-01-15** | Age<br>**38** | Height<br>**5'  07"** | Weight<br>**150** | Race<br>**WHITE** | Eyes<br>**BROWN** | Hair<br>**BROWN** |
|---|---|---|---|---|---|---|---|

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|

| Next of Kin   **TONY BOYETTE** | NOK Telephone |
|---|---|

| Charge(s)   **GJI- UNLAWFUL MANF CONTR. SUB.**<br>**POSS CONTROLLED SUBSTANCE,DRUG PARA,POMI** | Bond<br>**60,000** |
|---|---|

| Jailer<br>**CJ007  ADAMS, DEREK** | Photo Taken By | Fingerprinted By<br>**CJ005  HORATH, EUGENE** |
|---|---|---|

| Admission Type<br>**ARREST** | Phone Call<br>**Y** | NCIC Check<br>**N** |
|---|---|---|

| Arrest Case Number | DNA Sample By |
|---|---|

| Agency Arrested For<br>**COV. COUNTY** | Arresting Officer<br>**02314  MOTLEY, TEDDIE** |
|---|---|

| Agency Hold For |
|---|

| Release Date | Release Time | Release Officer |
|---|---|---|

Notes

Covington County Sheriff

Printed: Thu Apr 17,2003

AL EVERIT

| | | Number |
| | | :343 |
| | | :te |
| | | :d, 2003 |
| | | :lease Date |

| Section | Block | Cell | Bed | Social |
|---------|-------|------|-----|--------|
| A-BLOCK | | | | 41 |

e Telephone

| Address | RT1 BOX 227A |
| | RED LEVEL AL 36474 |

| Sex | Date of Birth | Age | Height |
|-----|---------------|-----|--------|
| M | 1965-01-15 | 38 | 5' 07" |

:air    **BROWN**

| Drivers License | | Cla |
|-----------------|--|-----|
| | | |

Tag Year

| Next of Kin | **TONY BOYETTE** |

Telelphone

| Charge(s) | **GJI- UNLAWFUL MANF CONTR. SUE** |
| | **POSS CONTROLLED SUBSTANCE,DI** |

| Jailer | | Photo |
|--------|--|-------|
| CJ007 ADAMS, DEREK | | |

:UGENE

| Admission Type | |
| | **ARREST** |

:CIC Check    **N**

| Arrest Case Number | |
| | **#111** |

| Agency Arrested For | |
| | **COV. COUNTY** |

| Agency Hold For | |

:DIE

| Release Date | Release Time |
|--------------|--------------|
| 2003-04-17 | 14:45 |

| Notes | |
| | **PROPERTY BOND-RELEASE.** |

| Covington County Sheriff | **INMA** | | Number |
|---|---|---|---|
| Printed: Thu Apr 17,2003 | **AL EVERITT** | | 81843 |
| | | | Date |
| | | | 2nd, 2003 |

| Section | Block | Cell | Bed | Social Secu | | t Release Date |
|---|---|---|---|---|---|---|
| A-BLOCK | | | | 416-0 | | |

| Address | RT1 BOX 227A | me Telephone |
|---|---|---|
| | RED LEVEL AL 36474 | |

| Sex | Date of Birth | Age | Height | | | Hair |
|---|---|---|---|---|---|---|
| M | 1965-01-15 | 38 | 5' 07" | | | BROWN |

| Drivers License | | Class | Tag Year |
|---|---|---|---|

| Next of Kin | TONY BOYETTE | K Telelphone |
|---|---|---|

| Charge(s) | GJI- UNLAWFUL MANF CONTR. SUB. |
|---|---|
| | POSS CONTROLLED SUBSTANCE,DRUG |

TEDDIE

| Jailor | | Release D |
|---|---|---|
| CJ007 ADAMS, DEREK | | 2003 |

OS

| ADVISORY | Medication | Dosage | Do |
|---|---|---|---|
| | | | |
| | | | |

| DISPENSED | Date Dispensed | Time | Medication | Dosage |
|---|---|---|---|---|
| | | | | |
| | | | | |

| TREATMENT | Date Treated | Time | Reason |
|---|---|---|---|
| | | | |

| NOTES | Doctor | |
|---|---|---|
| | Special Diet | |
| | Other | |

| RECEIVED | WALLET, WHITE SHORTS, BLACK TANK |
|---|---|
| RETURNED | - |

| Meal Date | Time | Description | Meal Date | ction |
|---|---|---|---|---|

| Court Date | Time | Court Date | Time | Cour | | Time |
|---|---|---|---|---|---|---|

| Incident Date | Time | Subject |
|---|---|---|
| | | |
| | | |

| Date Scheduled | Time | In | Out | Visitor Name |
|---|---|---|---|---|
| | | | | |
| | | | | |

| Phone Date | Time | Number | Completed | Phone Date | | Completed |
|---|---|---|---|---|---|---|

PRISONER'S JAIL REPORT

SSN# 416 08 1511

BOOKING OFFICER

NAME: Al Everette Boyett Sr

DATE 6/4/02    TIME 1430

ALIAS None

ADDRESS Lorenzo RT1 Box 227A

AGE 38    RACE W SEX M EYES Bro    HAIR Gray

HGT 507 WGT 152 DOB: 01/15/65

PLACE OF BIRTH Pensacola Escambia Cnty FL

SCARS/MARKS

ARRESTING OFFICERS: Motley

AGENCY: Coosa Cnty

OFFENSE: Unlawful MANF Subs/ Poss Controlled substance / POM, Drug Para

STATUS:    NEXT OF KIN: Tony Boyette

PHONE NUMBER 334

SENTENCE BEGINS:

ENDS:

HOLDS:

BEHAVIOR

HOW RELEASED

DATE:    TIME:

RELEASING OFFICER:

REMARKS

| Covington County Sheriff | **MEDICAL SCREENING FORM** | Booking Number **200001843** |
|---|---|---|
| Printed: Wed Apr 02,2003 | **AL EVERITT BOYETT (S416081511)** | Booking Date **APRIL 2nd, 2003** |

### ADMISSION OBSERVATIONS

| | | |
|---|---|---|
| Is inmate conscious? **(Y)** N | Is inmate capable of responding? **(Y)** N | Can inmate walk on own? **(Y)** N |
| Any difficulty breathing? Y **(N)** | Is inmate hostile/aggressive? Y **(N)** | Any visible signs of trauma, bleeding, wounds or illness? Y **(N)** |
| Did arrest result in injury? Y **(N)** | Any fever, swollen lymph nodes, or jaundice? Y **(N)** | Is skin in good condition and free of vermin? **(Y)** N |
| Is inmate under obvious influence of alcohol? Y **(N)** | Is inmate under obvious influence of drugs? Y **(N)** | Any visible signs of alcohol or drug withdrawal symptons? Y **(N)** |
| Does inmate suggest risk of suicide? Y **(N)** | Do you consider inmate an escape risk? Y **(N)** | |

Observations

### INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| | | | | | |
|---|---|---|---|---|---|
| Hepatitis | Y **(N)** | Heart Disease | Y **(N)** | Mental/Emotional Upset | Y **(N)** |
| Tuberculosis | Y **(N)** | Hypertension | Y **(N)** | Attempted Suicide | Y **(N)** |
| Sexually Transmitted Disease | Y **(N)** | Epilepsy/Convulsions | Y **(N)** | Asthma/Emphysema | Y **(N)** |
| Ulcers | Y **(N)** | Hemophiliac (bleeder) | Y **(N)** | Cancer | Y **(N)** |
| Kidney Trouble | Y **(N)** | Aids/Exposed to Aids | Y **(N)** | Diabetes | Y **(N)** |
| DT's | Y **(N)** | Skin Problems | Y **(N)** | Use Insulin | Y **(N)** |
| Drug Addiction | Y **(N)** | Alcholism | Y **(N)** | Mental Illness | Y **(N)** |
| Recent Head Injury | Y **(N)** | Coughed/Passed Blood | Y **(N)** | Recent Hospital Patient | Y **(N)** |
| Recent Treatment | Y **(N)** | Use Needles | Y **(N)** | False Limbs/Teeth | Y **(N)** |
| Contagious Disease | Y **(N)** | Pregnant/Recent Delivery | Y **(N)** | | |

Doctors Name and Address

Health Insurance    -

Special Diet

Prescriptions/Medications

Drug Allergies

Descriptions

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _____    Date: _____    Time: _____

Officers's Signature _____    Date: _____    Time: _____
CJ007  ADAMS, DEREK