**EXHIBIT A, PART 2**

| Covington County Sheriff | **INMATE PROPERTY LOG** | Booking Number |
|---|---|---|
| | | 200001843 |
| | | Booking Date |
| Printed: Wed Apr 02,2003 | **AL EVERITT BOYETT (S416081511)** | **APRIL 2nd, 2003** |

| Currency | | Change | | Checks | | Food Stamps | | Total Received |
|---|---|---|---|---|---|---|---|---|

| Quantity | Property Received | | Quantity | Property Received |
|---|---|---|---|---|
| | WALLET | | | |
| | WHITE SHORTS | | | |
| | BLACK TANK TOP | | | |
| | PR SANDALS BRO/BLK | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Notes**

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.

Inmate's Signature _____  Date: _____  Time: _____

I Hereby certify the receipt of the above arrested individual and his/her property.

Officers's Signature _____  Date: _____  Time: _____

### ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.

Inmate's Signature _____  Date: _____  Time: _____

Officers's Signature _____  Date: _____  Time: _____

| Covington County Sheriff<br><br>Printed: Mon Oct 06,2003 | **INMATE DATA**<br><br>**AL EVERITT BOYETT (S416081511)** | Booking Number<br>**200002104**<br>Booking Date<br>**MAY 7th, 2003** |
|---|---|---|

| Section<br>**D-BLOCK** | Block | Cell | Bed | Social Security Number<br>**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** | Alias | Est Release Date |
|---|---|---|---|---|---|---|

| Address | **RT.1 BOX227 A**<br>**REDLEVEL  AL** | Home Telephone<br>**(334) 222-5452** |
|---|---|---|

| Sex<br>**M** | Date of Birth<br>**1965-01-15** | Age<br>**38** | Height<br>**5'  07"** | Weight<br>**150** | Race<br>**WHITE** | Eyes<br>**BROWN** | Hair<br>**BROWN** |
|---|---|---|---|---|---|---|---|

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|

| Next of Kin | **TONY BOYETT - BROTHER**<br>**LOANGO  AL** | NOK Telelphone |
|---|---|---|

| Charge(s)<br>**WRIT OF ARREST** | Bond |
|---|---|

| Jailer<br>**CJ008  JOSEY, AMOS** | Photo Taken By<br>**CJ008  JOSEY, AMOS** | Fingerprinted By |
|---|---|---|

| Admission Type<br>**WARRANT** | Phone Call<br>**Y** | NCIC Check<br>**N** |
|---|---|---|

| Arrest Case Number<br>**BOX#132** | DNA Sample By |
|---|---|

| Agency Arrested For<br>**COV. COUNTY** | Arresting Officer<br>**02314  MOTLEY, TEDDIE** |
|---|---|

Agency Hold For

| Release Date<br>**2003-10-06** | Release Time<br>**05:45** | Release Officer<br>**CJ011  MILLER, BROOKE** |
|---|---|---|

Notes

**@ TIME OF INTAKE, WRITT OF ARREST WAS GIVEN ON WARRANT;**
**CHARGE NOT KNOWN, MUST CHECK WITH COURT FOR FURTHER INFO.**
**BOND UNKNOWN.**
**SENT TO CONECUH ON 7-04-2003**
**PROPERTY BOX#128**
**RELEASED FOR ENTERPRISE REHAB**

# Profile for
# AL EVERITT BOYETT
## S416081511

**AL EVERITT BOYETT**
**RT.1 BOX227 A**
**REDLEVEL  AL**

**(334) 222-5452**

| Social Security Number | Date of Birth | Age | Race | Sex | Height |
|---|---|---|---|---|---|
| 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 | 1965-01-15 | 38 | WHITE | M | 5'  07" |

| Weight | Hair | Eyes | Other | Tatoos | |
|---|---|---|---|---|---|
| 150 | BROWN | BROWN | | RIGHT ARM,LEFT ARM,BACK | |

| Drivers License | | Class | Vehicle Tag | | Tag Year |
|---|---|---|---|---|---|
| | | | | | |

| Name of Employer 1 | Address |
|---|---|
| | Telephone |

| Name of Employer 2 | Address |
|---|---|
| | Telephone |

## NOTES

ON 05/07/2003 @1030 THIS SUBJECT WAS ARRESTED FOR A WRITT OF ARREST BY CCSO/ T. MOTLEY.

Printed Wed May 07,2003

| Covington County Sheriff | **INMATE PROPERTY LOG** | Booking Number **200002104** |
|---|---|---|
| Printed: Wed May 07, 2003 | **AL EVERITT BOYETT (S416081511)** | Booking Date **MAY 7th, 2003** |

| Currency | Change | Checks | Food Stamps | Total Received |
|---|---|---|---|---|
| | | | | |

| Quantity | Property Received | Quantity | Property Received |
|---|---|---|---|
| 1 | **PAIR BOOTS** | | |
| 1 | **PAIR PANTS** | | |
| 1 | **SHIRT** | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Notes    PROPERTY BOX#128.

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.
Inmate's Signature _____ Date: _____ Time: _____

I Hereby certify the receipt of the above arrested individual and his/her property.
Officers's Signature _____ Date: _____ Time: _____

## ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____

Page 1



...S\LES\PCX\MUG\S416081511_003.JPG



...S\LES\PCX\MUG\S416081511_002.J



...S\LES\PCX\MUG\S416081511_001.JPG

AL EVERITT BOYETT
RT.1 BOX227 A
REDLEVEL, AL
(334) 222-5452

1965-01-15
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

5 ft 07 in
150 lbs
WHITE
BROWN
BROWN

MALE

Tattoos
RIGHT ARM,LEFT ARM,BACK

Printed: May 07, 2003  10:54

COVINGTON COL

# Covington County

**Sheriff**
Anthony Clark



# Sheriff's Department

290 Hillcrest Drive
Andalusia, Alabama 36420
Office (334) 428-2643
Fax (334) 428-2654

*Sunday*

*8 my + 4pm*

DATE & TIME: _8-15-03_

THIS IS AUTHORIZATION FROM COVINGTON COUNTY SHERIFF'S OFFICE
FOR _Al Boyette_ TO LEAVE THE COVINGTON COUNTY JAIL
ON A _8_ HOUR PASS ON _8-17-03_. FAILURE TO REPORT
BACK OR COMPLY WITH ALL RULES AND REGULATIONS WILL BE
CONSIDERED AS A VIOLATION AND WILL BE PROSECUTED TO THE
FULLEST EXTENT. THIS INCLUDES ALL LAWS COVERED IN THE CODE OF
ALABAMA.

**FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE**

I UNDERSTAND THAT NO DRUGS OR ALCOHOL WILL BE USED WHILE ON
PASS FROM THE JAIL. AND FAILURE TO RETURN TO THE JAIL AT THE
PROPER TIME WILL BE CONSIDERED, AS ESCAPE AND I WILL BE CHARGED.

I _Donald McCart_ TAKE RESPONSIBILITY FOR THE ABOVE NAMED
INMATE WHILE ON PASS FROM THE COVINGTON COUNTY JAIL. I FURTHER
TAKE RESPONSIBILITY FOR THE INMATE BEING BACK AT THE JAIL AT THE
ASSIGNED TIME.

_Al Boyett_
INMATE SIGNATURE

_Donald McCart_
RESPONSIBLE PERSON

PASS APPROVED BY _Jay Sofa_

CURRENT PHONE NUMBER _334 222 5452_ CAR MAKE _Ford Tempo_

CURRENT ADDRESS _Rt 5 city_          TAG NUMBER _71 W9-1_

CURRENT DRIVER LICENSE NUMBER _2 2 9 / 2 0 7_

STATE OF ALABAMA,          *    IN THE CIRCUIT COURT OF

     PLAINTIFF,         *    COVINGTON COUNTY, ALABAMA

VS.                  *    CASE NO. CC-2003-153

AL EVERITT BOYETT, JR.,    *

     DEFENDANT.        *    SEP 0 3 2003

**ORDER**

Defendant's application for probation came on for hearing this 3rd day of September, 2003. After considering the report of the probation officer and conducting a hearing, it is Ordered as follows:

(1) Defendant was previously sentenced to serve ten (10) years imprisonment in the Penitentiary of Alabama. Said sentence shall be split as follows: Defendant is to serve eighteen (18) months on supervised probation. At the conclusion of said eighteen month probationary period, he shall be incarcerated for the remainder of his sentence unless he successfully petitions this Court for modification of the balance of his sentence.

(2) Defendant is to receive credit for any time incarcerated on this charge.

(3) Defendant is ordered to pay all Court ordered assessments.

(4) During his probationary period, Defendant is to complete ten (10) hours of community service per month.

(5) Defendant is not to consume any alcohol.

(6) During his probationary period, Defendant is to attend at least one Narcotics Anonymous Meeting and at least one Alcohol Anonymous Meeting once a week, each and every week.

(7) During his probationary period, Defendant is to successfully complete the New Life Christian Mission Program in Enterprise, Alabama.

(8) Defendant is to remain in jail until his acceptance in the New Life Christian Mission Program in Enterprise, Alabama.

(9) Defendant is to pay all Court ordered assessments.

(10) The Court reserves jurisdiction to consider, prior to the time Defendant is to enter the penitentiary, whether the need for such penitentiary punishment has been obviated, or this sentencing order is in need of further modification.

(11) The effect of this order is to grant Defendant a reverse split-sentence.

(12) All probationary time shall be governed by the additional terms and conditions set forth in a separate probation order issued simultaneously herewith.

(13) Should the Defendant desire to have the Court modify the portion of his sentence requiring incarceration after the probationary period, it will be the responsibility of the Defendant to petition this Court for such modification prior to the time set forth above for such incarceration time to begin.

The Court's decision regarding any such sentence modification petition will be based upon the Defendant's conduct and adherence to the terms of his probation during the probationary period.

Done this 4th day of September, 2003.

FILED IN OFFICE

SEP 0 8 2003

CHARLES A. SHORT
CIRCUIT JUDGE

STATE OF ALABAMA,       *      IN THE CIRCUIT COURT OF

     PLAINTIFF,      *      COVINGTON COUNTY, ALABAMA

VS.      *      CASE NO. CC-2003-153

AL EVERITT BOYETT, JR.,      *

     DEFENDANT.      *      SEP 0 3 2003

## ORDER

Defendant's application for probation came on for hearing this 3rd day of September, 2003. After considering the report of the probation officer and conducting a hearing, it is Ordered as follows:

(1) Defendant was previously sentenced to serve ten (10) years imprisonment in the Penitentiary of Alabama. Said sentence shall be split as follows: Defendant is to serve eighteen (18) months on supervised probation. At the conclusion of said eighteen month probationary period, he shall be incarcerated for the remainder of his sentence unless he successfully petitions this Court for modification of the balance of his sentence.

(2) Defendant is to receive credit for any time incarcerated on this charge.

(3) Defendant is ordered to pay all Court ordered assessments.

(4) During his probationary period, Defendant is to complete ten (10) hours of community service per month.

(5) Defendant is not to consume any alcohol.

(6) During his probationary period, Defendant is to attend at least one Narcotics Anonymous Meeting and at least one Alcohol Anonymous Meeting once a week, each and every week.

(7)    During his probationary period, Defendant is to successfully complete the New Life Christian Mission Program in Enterprise, Alabama.

(8)    Defendant is to remain in jail until his acceptance in the New Life Christian Mission Program in Enterprise, Alabama.

(9)·   Defendant is to pay all Court ordered assessments.

(10)   The Court reserves jurisdiction to consider, prior to the time Defendant is to enter the penitentiary, whether the need for such penitentiary punishment has been obviated, or this sentencing order is in need of further modification.

(11)   The effect of this order is to grant Defendant a reverse split-sentence.

(12)   All probationary time shall be governed by the additional terms and conditions set forth in a separate probation order issued simultaneously herewith.

(13)   Should the Defendant desire to have the Court modify the portion of his sentence requiring incarceration after the probationary period, it will be the responsibility of the Defendant to petition this Court for such modification prior to the time set forth above for such incarceration time to begin.

The Court's decision regarding any such sentence modification petition will be based upon the Defendant's conduct and adherence to the terms of his probation during the probationary period.

Done this 4th day of September, 2003.

FILED IN OFFICE

SEP 0 3 2003

_____
CHARLES A. SHORT
CIRCUIT JUDGE

| State of Alabama<br>Unified Judicial System<br><br>Form C-53A    Rev 6/88 | ORDER OF PROBATION | Case Number<br><br>CC-2003-153 |
|---|---|---|

IN THE _____ CIRCUIT _____ COURT OF _____ COVINGTON _____ COUNTY

State of Alabama  v.  AL EVERITT BOYETT JR.

It appears to the Court the above named defendant has  [X] (plead guilty and) been convicted of
[ ] has been adjudicated a Youthful Offender for

the offense of _Unlawful Manufacture of a Controlled Substance II_
and has been sentenced to _____ ten (10) years

The defendant having applied for the benefits of probation and the Court having examined the cause, it is
ORDERED, ADJUDGED, AND DECREED that the said sentence is hereby suspended and that the said defendant is
placed on probation for a period of _See reverse split-sentence order bearing even date._

It is the order of the Court that the probationer comply with the following conditions of probation:

1. Do not violate any Federal, State or local law.
2. Avoid injurious or vicious habits.
3. Avoid persons or places of disreputable or harmful character.
4. Report to the Probation Officer as directed.
5. Permit the Probation Officer to visit him at his home or elsewhere.
6. Work faithfully at suitable employment as far as possible.
7. Remain within a specified place, to-wit: _State of Alabama_
8. Support his dependents to the best of his ability.
9. Do not change residence or employment without the consent of the Probation Officer.
10. Submit to substance abuse tests when ordered to do so by Probation Officer. These tests shall include urinalysis, breathalizer, and blood samples, but not limited thereto. Probationer will pay costs of tests.
11. Submit to search by the Probation Officer of his person, residence, vehicle, or any property under his control.
12. Pay to the Probation Officer $30.00 per month during the probation period, pursuant to law.

Other conditions of probation Ordered by the Court are as follows:
_Defendant is to pay all Court ordered assessments; complete 10 hours of community service_
_per month; not to consume any alcohol; attend Narcotics Anonymous Meeting and Alcohol_
_Anonymous Meeting once a week; successfully complete New Life Christian Mission Program;_
The defendant shall pay forthwith Remain in jail until accepted in Mission Program; pay assessments.

FILED IN OFFICE

SEP 08 2003

| Court Costs | $ _____ |
| Fines | $ _____ |
| Restitution | $ _____ |
| Appointed Counsel Fees and Expenses | $ _____ | → (plus a $1.00 Administration Fee with each periodic payment to the clerk) |
| Victim Compensation Assessment (See §15-23-17(b), Code 1975 - Felony conviction only) | $ _____ |
| THE TOTAL AMOUNT THE DEFENDANT IS REQUIRED TO PAY | $ _____ |

[ ] The full amount shall be paid in FULL by (date) _____
[ ] The full amount shall be paid in INSTALLMENTS commencing on (date) _____ in
the amount of $ _____ per _____ until paid in full.
[ ] Reference is hereby made to a separate income withholding order for Restitution.
Monies shall be paid to the CLERK
ADDRESS: _____

It is the further order of the Court and the defendant is hereby advised that the Court may at any time revoke or
modify any conditions of this probation or change the period of probation and may discharge defendant from
probation or extend the period of probation. The probationer shall be subject to arrest for violation of any condition
of the probation herein granted. The Court may, at any time, for cause, order the original sentence executed.

Ordered this (Date) _9-4-03_

_____
Judge

A copy of this order has been delivered to the probationer, who has been instructed regarding same this

(Date) _____

_____
Probation Officer

The above instructions and conditions have been read and explained to me and I have received a copy of this
order, and understand same and agree to abide by them.

(Date) _____

_____
Probationer's Signature

State of Alabama
Unified Judicial System

Form C-53A   Rev 6/88

# ORDER OF PROBATION

Case Number

CC-2003-153

IN THE _____ CIRCUIT _____ 'COURT OF _____ COVINGTON _____ COUNTY

State of Alabama  v.  AL EVERITT BOYETT  JR.

It appears to the Court the above named defendant has  ☒ (plead guilty and) been convicted of
☐ has been adjudicated a Youthful Offender for

the offense of  Unlawful Manufacture of a Controlled Substance II

and has been sentenced to _____ ten (10) years

The defendant having applied for the benefits of probation and the Court having examined the cause, it is
ORDERED, ADJUDGED, AND DECREED that the said sentence is hereby suspended and that the said defendant is
placed on probation for a period of _____ See reverse split-sentence order bearing even date.

It is the order of the Court that the probation comply with the following conditions of probation:

1. Do not violate any Federal, State or local law.
2. Avoid injurious or vicious habits.
3. Avoid persons or places of disreputable or harmful character.
4. Report to the Probation Officer as directed.
5. Permit the Probation Officer to visit him at his home or elsewhere.
6. Work faithfully at suitable employment as far as possible.
7. Remain within a specified place, to-wit: _____ State of Alabama
8. Support his dependents to the best of his ability.
9. Do not change residence or employment without the consent of the Probation Officer.
10. Submit to substance abuse tests when ordered to do so by Probation Officer. These tests shall include urinalysis, breathalizer, and blood samples, but not limited thereto. Probationer will pay costs of tests.
11. Submit to search by the Probation Officer of his person, residence, vehicle, or any property under his control.
12. Pay to the Probation Officer $30.00 per month during the probation period, pursuant to law.

Other conditions of probation Ordered by the Court are as follows:

Defendant is to pay all Court ordered assessments; complete 10 hours of community service
per month; not to consume any alcohol; attend Narcotics Anonymous Meeting and Alcohol
Anonymous Meeting once a week; successfully complete New Life Christian Mission Program;
Remain in jail until accepted in Mission Program; pay assessments.
The defendant shall pay the following:

| | |
|---|---|
| Court Costs ............................................... FILED IN OFFICE ................. $ _____ | |
| Fines ........................................................................................................ $ _____ | |
| Restitution .............................................. SEP 03 2003 ....................... $ _____ | (plus a $1.00 Administration Fee with each periodic payment to the clerk) |
| Appointed Counsel Fees and Expenses ................................................. $ _____ | |
| Victim Compensation Assessment (See §15-23-17(b), Code 1975 - Felony conviction only) ......... $ _____ | |
| THE TOTAL AMOUNT THE DEFENDANT IS REQUIRED TO PAY .............. $ _____ | |

☐ The full amount shall be paid in FULL by (date) _____
☐ The full amount shall be paid in INSTALLMENTS commencing on (date) _____ in
the amount of $ _____ per _____ until paid in full.
☐ Reference is hereby made to a separate income withholding order for Restitution.
Monies shall be paid to the CLERK _____
ADDRESS: _____

It is the further order of the Court and the defendant is hereby advised that the Court may at any time revoke or
modify any conditions of this probation or change the period of probation and may discharge defendant from
probation or extend the period of probation. The probationer shall be subject to arrest for violation of any condition
of the probation herein granted. The Court may, at any time, for cause, order the original sentence executed.

Ordered this (Date) _____ 9-4-03 _____

_____
Judge

A copy of this order has been delivered to the probationer, who has been instructed regarding same this

(Date) _____

_____
Probation Officer

The above instructions and conditions have been read and explained to me and I have received a copy of this
order, and understand same and agree to abide by them.

(Date) _____

_____
Probationer's Signature

**Covington County**
Sheriff
Anthony Clark



**Sheriff's Department**
290 Hillcrest Drive
Andalusia, Alabama 36420
Office (334) 428-2643
Fax (334) 428-2654

*Saturday*

*8 am t 4pm*

DATE & TIME: _9-19-03_

THIS IS AUTHORIZATION FROM COVINGTON COUNTY SHERIFF'S OFFICE
FOR _Al. Boyette_ TO LEAVE THE COVINGTON COUNTY JAIL
ON A _8_ HOUR PASS ON _9-20 -07_ . FAILURE TO REPORT
BACK OR COMPLY WITH ALL RULES AND REGULATIONS WILL BE
CONSIDERED AS A VIOLATION AND WILL BE PROSECUTED TO THE
FULLEST EXTENT.  THIS INCLUDES ALL LAWS COVERED IN THE CODE OF
ALABAMA.

**FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE**

I UNDERSTAND THAT NO DRUGS OR ALCOHOL WILL BE USED WHILE ON
PASS FROM THE JAIL.  AND FAILURE TO RETURN TO THE JAIL AT THE
PROPER TIME WILL BE CONSIDERED, AS ESCAPE AND I WILL BE CHARGED.

_Voncile Mcent_ TAKE RESPONSIBILITY FOR THE ABOVE NAMED
INMATE WHILE ON PASS FROM THE COVINGTON COUNTY JAIL.  I FURTHER
TAKE RESPONSIBILITY FOR THE INMATE BEING BACK AT THE JAIL AT THE
ASSIGNED TIME.

_Al Boyett_                              _Voncile McKae_
INMATE SIGNATURE                  RESPONSIBLE PERSON

PASS APPROVED BY _Jeff Egin_

CURRENT PHONE NUMBER _222-5452_        CAR MAKE _Ford Tempo_

CURRENT ADDRESS _Rt 5 Box 258_        TAG NUMBER _F1 W91_

CURRENT DRIVER LICENSE NUMBER _~~352~~ 2291207_



# Covington County
**Sheriff**
**Anthony Clark**

# Sheriff's Department
290 Hillcrest Drive
Andalusia, Alabama 36420
Office (334) 428 2643
Fax (334) 428-2654

*Saturday*
*8 Am + 4pm*

DATE & TIME: _9-19-03_

THIS IS AUTHORIZATION FROM COVINGTON COUNTY SHERIFF'S OFFICE
FOR _Al. Boyette_ TO LEAVE THE COVINGTON COUNTY JAIL
ON A _8_ HOUR PASS ON _9-20-03_. FAILURE TO REPORT
BACK OR COMPLY WITH ALL RULES AND REGULATIONS WILL BE
CONSIDERED AS A VIOLATION AND WILL BE PROSECUTED TO THE
FULLEST EXTENT. THIS INCLUDES ALL LAWS COVERED IN THE CODE OF
ALABAMA.

**FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE**

I UNDERSTAND THAT NO DRUGS OR ALCOHOL WILL BE USED WHILE ON
PASS FROM THE JAIL. AND FAILURE TO RETURN TO THE JAIL AT THE
PROPER TIME WILL BE CONSIDERED, AS ESCAPE AND I WILL BE CHARGED.

_Voncile Mcean_ TAKE RESPONSIBILITY FOR THE ABOVE NAMED
INMATE WHILE ON PASS FROM THE COVINGTON COUNTY JAIL. I FURTHER
TAKE RESPONSIBILITY FOR THE INMATE BEING BACK AT THE JAIL AT THE
ASSIGNED TIME.

_Al Boyett_
INMATE SIGNATURE                    RESPONSIBLE PERSON _Voncile McKean_

PASS APPROVED BY _Jay Egan_

CURRENT PHONE NUMBER _222-5452_        CAR MAKE _Ford Tempo_

CURRENT ADDRESS _Rt 5 Box 258_          TAG NUMBER _F1W91_

CURRENT DRIVER LICENSE NUMBER _2291207_

*Christian Recovery Program*
# 317 North Main Street
# Enterprise, Alabama 36330



TO:  Class 1-2004

SUBJECT:  Letter of Commitment

September 25, 2003

You have a bed confirmed at the New Life Center, Christian Recovery Program.  You are to report to: 317 North Main Street, Enterprise, Alabama on October 6, 2003 at 8:00 A.M.  Please be prepared to pass a drug screen test and move into our residential facility on this date.  If for some reason you can not be here at this scheduled time and date please advise me otherwise I will go to the waiting list to replace you.

The schedule for your class is a follows:

| | |
|---|---|
| Fill Date | October 6, 2003 |
| Proj. Graduation Date | January 30, 2004 |

If you bring money for any reason, we recommend you put it into a Client Transition Fund in your name, to prevent loss or theft.

Do not bring any entertainment systems, radios, CD, tape players, Walkman's, phones, beepers or musical instruments of any kind.  If you desire to have a clock, it must not have a radio or other system as part of it.

Bring nothing of value, since the Christian Mission will not be responsible for loss or theft.

If you are on any prescription medication please advise the staff upon reporting in.  Failure of a drug test will eliminate you from entering or staying at the New Life Center.

If you have any physical limitations, a medical practitioner must provide the limits of your handicap or disability.

Bring a week worth of clothing.  We have washers & dryers available.

Church is required twice on Sunday whether you stay on site or leave for a pass.

Personal vehicles may be brought but keys will be surrendered until such time as passes are permitted.

You may wish to bring a phone card to make calls.  You may wish to bring your own personal grooming items.  Laundry detergent is available but some folks bring their own because of personal preference or special skin conditions.  Linen pillows and towels are available.  Clients may bring their own supplies if they desire.  A stuffed animal for holding is permitted.

If you have any questions, please do not hesitate to contact us and clear up any issues which are not clear to you.

In Christ's Service,

*Gene Warren*

Rev. Gene Warren
Counselor

# E-mail NLC36330@aol.com  Phone: (334) 393-5641

I Shellie Greer picked up Al Boyett at 5:45Am on October 6, 2003 for Rehab in Enterprise.

Al Boyett Jr _____ inmate

Brooke Miller _____ Witness

Oct. 6, 2003

Released Al Boyett medication- going to Rehab.

| Covington County Sheriff | # INMATE PROPERTY LOG | Booking Number<br>**200006704** |
|---|---|---|
| Printed: Sun Dec 26,2004 | ## AL EVERITT BOYETT (S416081511) | Booking Date<br>**DECEMBER 26th, 2004** |

| Currency | | Change | | Checks | | Food Stamps | | Total Received | |
|---|---|---|---|---|---|---|---|---|---|
| | $4.00 | | $1.41 | | | | | | $5.41 |

| Quantity | Property Received | Quantity | Property Received |
|---|---|---|---|
| 1 | POCKET KNIFE | | |
| 1 | BLUE LIGHTER | | |
| 1 | ZIPPO LIGHTER | | |
| 1 | CAMOFLAUGE HAT | | |
| 1 | BROWN PAIR OF SHOES | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Notes

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.

Inmate's Signature _____ Date: _____ Time: _____

I Hereby certify the receipt of the above arrested individual and his/her property.

Officers's Signature _____ Date: _____ Time: _____

## ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____

| Covington County Sheriff<br><br>Printed: Sun Dec 26,2004 | **MEDICAL SCREENING FORM**<br>**AL EVERITT BOYETT (S416081511)** | Booking Number<br>**200006704**<br>Booking Date<br>**DECEMBER 26th, 2004** |

### ADMISSION OBSERVATIONS

| Is inmate conscious? | (Y) N | Is inmate capable of responding? | (Y) N | Can inmate walk on own? | (Y) N |
| Any difficulty breathing? | Y (N) | Is inmate hostile/aggressive? | Y (N) | Any visible signs of trauma, bleeding, wounds or illness? | Y (N) |
| Did arrest result in injury? | Y (N) | Any fever, swollen lymph nodes, or jaundice? | Y (N) | Is skin in good condition and free of vermin? | (Y) N |
| Is inmate under obvious influence of alcohol? | (Y) N | Is inmate under obvious influence of drugs? | Y (N) | Any visible signs of alcohol or drug withdrawal symptons? | Y (N) |
| Does inmate suggest risk of suicide? | Y (N) | Do you consider inmate an escape risk? | Y (N) | | |

Observations

### INMATE QUESTIONNAIRE

#### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| Hepatitis | Y (N) | Heart Disease | Y (N) | Mental/Emotional Upset | Y (N) |
| Tuberculosis | Y (N) | Hypertension | Y (N) | Attempted Suicide | Y (N) |
| Sexually Transmitted Disease | Y (N) | Epilepsy/Convulsions | Y (N) | Asthma/Emphysema | Y (N) |
| Ulcers | Y (N) | Hemophiliac (bleeder) | Y (N) | Cancer | Y (N) |
| Kidney Trouble | Y (N) | Aids/Exposed to Aids | Y (N) | Diabetes | Y (N) |
| DT's | Y (N) | Skin Problems | Y (N) | Use Insulin | Y (N) |
| Drug Addiction | Y (N) | Alcholism | Y (N) | Mental Illness | Y (N) |
| Recent Head Injury | Y (N) | Coughed/Passed Blood | Y (N) | Recent Hospital Patient | Y (N) |
| Recent Treatment | Y (N) | Use Needles | Y (N) | False Limbs/Teeth | Y (N) |
| Contagious Disease | Y (N) | Pregnant/Recent Delivery | Y (N) | | |

Doctors Name and Address
**NONE**

Health Insurance

Special Diet

Prescriptions/Medications

Drug Allergies

Descriptions

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____

**CJ023  AINSWORTH, BRANDON**

# PRISONER'S JAIL REPORT

S. S. N.# [4] [1] [6] - [0] [8] - [1] [5] [1] [1]

BOOKING OFFICER: _____

NAME: _AL__ E. BOYETT_____

DATE [1] [2] / [2] [6] / [0] [4] TIME: __7:19_____ AM (PM) Mil.

ALIAS. _____

ADDRESS: 14960 HOGFOOT RD  ANDALUSIA, AL 36420

AGE: 39 RACE: W SEX: M EYES: BRO HAIR: BRO

HGT: 5'7 WGT: 150 D. O. B.: [0] [1] / [1] [5] / [6] [5]

PLACE OF BIRTH: PENSACOLA_____  ESCAMBIA____
(City)                                          (County)

SCARS / MARKS: _____

ARRESTING OFFICER(S): MATT D. KENNEDY

AGENCY: ___A.S.T____

OFFENSE: D.U.I    POSS MARIJUANA 2ND / POSS DRUG PAR
3,000.00      3,000.00                          3,000.0

STATUS: _____ NEXT OF KIN: _____

PHONE NUMBER: (334) 881-0686

SENTENCE BEGINS: _____

SENTENCE ENDS: _____

HOLDS: _____

BEHAVIOR: _____

HOW RELEASED: _____

DATE: [  ] / [  ] / [  ] TIME: _____ AM PM Mil.

RELEASING OFFICER: _____

REMARKS: _____

ber
04
te
R 26th, 2004
Release Date

e Telephone
4) 881-0686
air
BROWN
Tag Year

Telephone

NCIC Check
Y

| Covington County Sheriff | **INMATE DATA** | Booking Number<br>**200006704** |
|---|---|---|
| Printed: Sun Dec 26,2004 | **AL EVERITT BOYETT (S416081511)** | Booking Date<br>**DECEMBER 26th, 2004** |

| Section<br>**HOLDING** | Block | Cell | Bed | Social Security Number<br>**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** | Alias | | Est Release Date |
|---|---|---|---|---|---|---|---|

| Address | **14960 HOGFOOT RD.**<br>**ANDALUSIA  AL** | Home Telephone<br>**(334) 881-0686** |
|---|---|---|

| Sex<br>**M** | Date of Birth<br>**1965-01-15** | Age<br>**39** | Height<br>**5'  07"** | Weight<br>**150** | Race<br>**WHITE** | Eyes<br>**BROWN** | Hair<br>**BROWN** |
|---|---|---|---|---|---|---|---|

| Drivers License<br>**AL** | Class | Vehicle Tag | Tag Year |
|---|---|---|---|

| Next of Kin  **TONY BOYETT** | NOK Telelphone |
|---|---|

| Charge(s)  **DUI,POM II,PODP**<br>**CHARGES ARE $3,000 EACH** | Bond<br>**$9,000** |
|---|---|

| Jailer  **CJ023  AINSWORTH, BRANDON** | Photo Taken By | Fingerprinted By |
|---|---|---|

| Admission Type<br>**ARREST** | Phone Call<br>**Y** | NCIC Check<br>**Y** |
|---|---|---|

| Arrest Case Number<br>**211** | DNA Sample By |
|---|---|

| Agency Arrested For<br>**STATE** | Arresting Officer |
|---|---|

| Agency Hold For |
|---|

| Release Date | Release Time | Release Officer |
|---|---|---|

Notes

**SUBJECT SEEMED TO BE VERY INTOXICATED AT THE TIME OF INTAKE**

STAPLE

Boyette     AL     Everett

X A. Boyett

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

1 15 65 M   W  5'06" 150 Bro  Bro

# INMATE PROPERTY LOG

## AL EVERITT BOYETT (S416081511)

| Covington County Sheriff<br><br>Printed: Tue May 03, 2005 | Booking Number<br>**200007743** |
| | Booking Date<br>**MAY 3rd, 2005** |

| Currency | | Change | | Checks | Food Stamps | Total Received | |
|---|---|---|---|---|---|---|---|
| | $26.00 | | $1.87 | | | | $27.87 |

| Quantity | Property Received | Quantity | Property Received |
|---|---|---|---|
| 2 | CIGS | | |
| 1 | STONE | | |
| 6 | DRINK TABS | | |
| 1 | STRIPED SHIRT | | |
| 1 | BLUE JEANS | | |
| 1 | BOXERS | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Notes    PROPERTY IN EVIDENCE BAG WITH NAME

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.

Inmate's Signature  X *Refused*                         Date: _____    Time: _____

I Hereby certify the receipt of the above arrested individual and his/her property.

Officers's Signature  *CJ006 - Bill Blu*        Date: *5-3-05*    Time: *2215*

## ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.

Inmate's Signature  _____        Date: _____    Time: _____

Officers's Signature  _____       Date: _____    Time: _____

# PRISONER'S JAIL REPORT

S. S. N.# [4] [1] [6] - [0] [8] - [1] [5] [1] [1]

BOOKING OFFICER: B. Blue

NAME: Al Bosolfe

DATE: [0][5] / [2][3] / [0][5] TIME: 21:50 AM PM (Mil.)

ALIAS: _____

ADDRESS: 11220 Starlit Ln. Axdalusio, AL 36420

AGE: _____ RACE: W SEX: m EYES: Be. HAIR: Bn.

HGT: 5'6 WGT: 150 D. O. B.: [0][1] / [1][5] / [6][5]

PLACE OF BIRTH: Pensacola       Escambia              Fl
                     (City)                 (County)          (State)

SCARS / MARKS: _____

ARRESTING OFFICER(S): K. Smith 2318

AGENCY: CCSO

OFFENSE: Domestic Violence III / Assult

STATUS: _____ NEXT OF KIN: Veneiel McCant

PHONE NUMBER: (334) 881 - 0686    222 - 5452

SENTENCE BEGINS: _____

SENTENCE ENDS: _____

HOLDS: _____

BEHAVIOR: _____

HOW RELEASED: _____

DATE: [ ][ ] / [ ][ ] / [ ][ ] TIME: _____ AM PM Mil.

RELEASING OFFICER: _____

REMARKS: — 3000 Bond —
Mandatory 12 hrs

| Covington County Sheriff<br><br>Printed: Tue May 03, 2005 | **INMATE SUMMARY**<br><br>**AL EVERITT BOYETT (S416081511)** | Booking Number<br>**200007743**<br>Booking Date<br>**MAY 3rd, 2005** |
|---|---|---|

| Section<br>**HOLDING** | Block | Cell | Bed | Social Security Number<br>**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** | Alias | | Est Release Date |
|---|---|---|---|---|---|---|---|

| Address | **14960 HOGFOOT RD.**<br>**ANDALUSIA  AL  36420** | Home Telephone<br>**(334) 881-0686** |
|---|---|---|

| Sex<br>**M** | Date of Birth<br>**1965-01-15** | Age<br>**40** | Height<br>**5'  07"** | Weight<br>**150** | Race<br>**WHITE** | Eyes<br>**BROWN** | Hair<br>**BROWN** |
|---|---|---|---|---|---|---|---|

| Drivers License<br>**AL  4805568** | Class | Vehicle Tag | Tag Year |
|---|---|---|---|

| Next of Kin | **VONCILE MCCART**<br>**ANDALUSIA  AL  36420** | NOK Telelphone<br>**(    ) 222-5452** |
|---|---|---|

| Charge(s)<br>**DOM VIOL III / ASSAULT** | Bond<br>**3,000** | Arresting Officer<br>**02318  SMITH, KEVIN** |
|---|---|---|

| Jailor<br>**CJ006  BLUE, BILL** | Release Date | Time | Releasing Officer |
|---|---|---|---|

## MEDICAL

| ADVISORY | Medication | | Dosage | | Doses/Day | Date Ends | Times | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| DISPENSED | Date Dispensed | Time | Medication | | Dosage | | Date Dispensed | Time | Medication | | Dosage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| TREATMENT | Date Treated | Time | Reason | | Date Treated | Time | Reason |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| NOTES | Doctor | Medications |
|---|---|---|
| | Special Diet | Drug Allergies |
| | Other | |

## PROPERTY

| RECEIVED | |
|---|---|
| RETURNED | |

## MEALS

| Meal Date | Time | Description | Meal Date | Time | Description | Meal Date | Time | Description |
|---|---|---|---|---|---|---|---|---|

## COURT DATES

| Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time |
|---|---|---|---|---|---|---|---|---|---|

## INCIDENTS

| Incident Date | Time | Subject | Incident Date | Time | Subject |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

## VISITORS

| Date Scheduled | Time | In | Out | Visitor Name | Date Scheduled | Time | In | Out | Visitor Name |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

## TELEPHONE CALLS

| Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed |
|---|---|---|---|---|---|---|---|---|---|---|---|

UNITED STATES DEPARTMENT OF
WASHINGTON, D.C. 20537

5 3 05

AL0230000
SO
ANDALUSIA, AL

FL (Escambia)          USA

Both Arms & Back

11220 Starlight Lane          Andalusia  AL

17005

Dom. Violence III / ASSAult

PRISONER'S JAIL REPORT

SSN# _416081511_

BOOKING OFFICER _____

NAME: _AL Bogett Jr_____

DATE _05/06/03_____ TIME _1030_____

ALIAS _____

ADDRESS _Route 1 Box 227A Red Level AL_

AGE _38_ RACE _W_ SEX _M_ EYES _Bro_ HAIR _Gry/Brown_

HGT _507_ WGT _150_ DOB: _01/5/65_

PLACE OF BIRTH _Pensacola FL_

SCARS/MARKS _Tatoo Skull R/Arm_

ARRESTING OFFICERS: _Motly_____

AGENCY: _CCSO_____

OFFENSE: _____

STATUS: _____ NEXT OF KIN: _Tony ~~Bogette~~ Bogett_

PHONE NUMBER _Unknown_____

SENTENCE BEGINS: _____

ENDS: _____

HOLDS: _____

BEHAVIOR _____

HOW RELEASED _____

DATE: _____ TIME: _____

RELEASING OFFICER: _____

REMARKS _____
_____
_____
_____

)                                    )

## IN THE DISTRICT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABMA,                    *

    PLAINTIFF,                    *

VS.                                 *    Case No.: DC 05--1061

Al Barnett                ,         *

    DEFENDANT.                    *

                        *

### ORDER SETTING CASE FOR TRIAL

This case is set for trial on the _15_ day of _August_, 20_05_, at _10:30_ o'clock (a.m.)/p.m. The Defendant is ordered to appear in the District Courtroom on that date and time for trial on the charge(s) brought against the Defendant.

It is further ORDERED that subpoenas issue for all witnesses listed, ordering them to appear in court at said time.

DONE and ORDERED this _7_ day of _June_, 20_05_.

                                Frank L. McGuire, III    FILED IN OFFICE
                                District Judge

                                            JUN 7 2005

I acknowledge receipt of a copy of this order.

                                              CLERK

Attorny Thur Sledge
222-9115

                              Al Barnett
                              (Defendant)

| Covington County Sheriff<br><br>Printed: Tue Jun 07, 2005 | **INMATE DATA**<br><br>**AL EVERITT BOYETT (S416081511)** | Booking Number<br>**200008027**<br>Booking Date<br>**JUNE 7th, 2005** |
|---|---|---|

| Section<br>**B-BLOCK** | Block | Cell | Bed | Social Security Number<br>**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** | Alias | Est Release Date |
|---|---|---|---|---|---|---|

| Address | **14960 HOGFOOT RD.**<br>**ANDALUSIA  AL  36420** | Home Telephone<br>**(334) 881-0686** |
|---|---|---|

| Sex<br>**M** | Date of Birth<br>**1965-01-15** | Age<br>**40** | Height<br>**5' 07"** | Weight<br>**150** | Race<br>**WHITE** | Eyes<br>**BROWN** | Hair<br>**BROWN** |
|---|---|---|---|---|---|---|---|

| Drivers License<br>**AL  4805568** | Class | Vehicle Tag | Tag Year |
|---|---|---|---|

| Next of Kin<br>**VONCILE MCCART** | NOK Telephone<br>**(334) 222-5452** |
|---|---|

| Charge(s)<br>**VOP** | Bond<br>**NO BOND** |
|---|---|

| Jailer<br>**CJ012  PORTREY, CLIFF** | Photo Taken By<br>**CJ023  PHILLIPS, CHAISE** | Fingerprinted By<br>**CJ023  PHILLIPS, CHAISE** |
|---|---|---|

| Admission Type<br>**ARREST** | Phone Call<br>**N** | NCIC Check<br>**N** |
|---|---|---|

| Arrest Case Number<br>**128 RED** | DNA Sample By |
|---|---|

| Agency Arrested For<br>**COV. COUNTY** | Arresting Officer<br>**02302  INABINETT, WALT** |
|---|---|

| Agency Hold For |
|---|

| Release Date | Release Time | Release Officer |
|---|---|---|

Notes

**INMATE BROUGHT IN BY W.INABINETT FROM COURT**

| Covington County Sheriff<br><br>Printed: Tue Jun 07,2005 | **MEDICAL SCREENING FORM**<br>**AL EVERITT BOYETT (S416081511)** | Booking Number<br>**200008027**<br>Booking Date<br>**JUNE 7th, 2005** |
|---|---|---|

## ADMISSION OBSERVATIONS

| | | |
|---|---|---|
| Is inmate conscious? **Ⓨ** N | Is inmate capable of responding? **Ⓨ** N | Can inmate walk on own? **Ⓨ** N |
| Any difficulty breathing? Y **Ⓝ** | Is inmate hostile/aggressive? Y **Ⓝ** | Any visible signs of trauma, bleeding, wounds or illness? Y **Ⓝ** |
| Did arrest result in injury? Y **Ⓝ** | Any fever, swollen lymph nodes, or jaundice? Y **Ⓝ** | Is skin in good condition and free of vermin? **Ⓨ** N |
| Is inmate under obvious influence of alcohol? Y **Ⓝ** | Is inmate under obvious influence of drugs? Y **Ⓝ** | Any visible signs of alcohol or drug withdrawal symptons? Y **Ⓝ** |
| Does inmate suggest risk of suicide? Y **Ⓝ** | Do you consider inmate an escape risk? Y **Ⓝ** | |

Observations    **INMATE APPEARS FINE AT TIME OF INTAKE**

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| | | |
|---|---|---|
| Hepatitis **Ⓨ** N | Heart Disease Y **Ⓝ** | Mental/Emotional Upset Y **Ⓝ** |
| Tuberculosis Y **Ⓝ** | Hypertension Y **Ⓝ** | Attempted Suicide Y **Ⓝ** |
| Sexually Transmitted Disease Y **Ⓝ** | Epilepsy/Convulsions Y **Ⓝ** | Asthma/Emphysema Y **Ⓝ** |
| Ulcers Y **Ⓝ** | Hemophiliac (bleeder) Y **Ⓝ** | Cancer Y **Ⓝ** |
| Kidney Trouble Y **Ⓝ** | Aids/Exposed to Aids Y **Ⓝ** | Diabetes Y **Ⓝ** |
| DT's Y **Ⓝ** | Skin Problems Y **Ⓝ** | Use Insulin Y **Ⓝ** |
| Drug Addiction Y **Ⓝ** | Alcholism Y **Ⓝ** | Mental Illness Y **Ⓝ** |
| Recent Head Injury Y **Ⓝ** | Coughed/Passed Blood Y **Ⓝ** | Recent Hospital Patient Y **Ⓝ** |
| Recent Treatment Y **Ⓝ** | Use Needles Y **Ⓝ** | False Limbs/Teeth Y **Ⓝ** |
| Contagious Disease Y **Ⓝ** | Pregnant/Recent Delivery Y **Ⓝ** | |

Doctors Name and Address
**NONE**

Health Insurance
**NONE**

Special Diet
**NONE**

Prescriptions/Medications
**NONE**

Drug Allergies
**NONE AWARE OF**

Descriptions
**INMATE APPEARS FINE AT TIME OF INTAKE**

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____

CJ012  PORTREY, CLIFF

| Covington County Sheriff<br><br>Printed: Tue Jun 07,2005 | # INMATE PROPERTY LOG<br>## AL EVERITT BOYETT (S416081511) | Booking Number<br>200008027<br>Booking Date<br>**JUNE 7th, 2005** |
|---|---|---|

| Currency<br>$173.00 | Change | Checks | Food Stamps | Total Received<br>$173.00 |
|---|---|---|---|---|

| Quantity | Property Received | Quantity | Property Received |
|---|---|---|---|
| 1 | STRIPED SHIRT | | |
| 1 | KAKIS | | |
| 1 | PAIR BLACK SHOES | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Notes   128 RED

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.
Inmate's Signature _____ Date: _____ Time: _____

I Hereby certify the receipt of the above arrested individual and his/her property.
Officers's Signature _____ Date: _____ Time: _____

## ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.

Inmate's Signature _~~Al Boyett Jr~~_ Date: _7-6-05_ Time: _1643_

Officers's Signature _____ Date: _7-6-05_ Time: _1643_

IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA,                    *

    PLAINTIFF,                       *

VS.                                  *          CASE NO. CC-2003-153.70

Al Everitt Boyett, Jr *

    DEFENDANT.                       *

FILED IN OFFICE

JUL   2005

_Roy A. Pearce_
CLERK

## ORDER

The defendant was brought before the Court for an initial appearance after arrest pursuant to Rule 27.5 of the Alabama Rules of Criminal Procedure.  The Court proceeded in the manner required by that rule, and also set bond for the defendant.  Such bond is hereby fixed in the amount of $ _10,000.00_ .

In the event the defendant should be able to make this bond, the following conditions shall apply:

·1.  The defendant must appear to answer and must submit to the orders and process of the Court having jurisdiction of this case, as directed.

2.  The defendant must refrain from committing any criminal offense.

3.  The defendant may not depart from the State of Alabama without leave of the Court having jurisdiction of this case.

4.  The defendant must promptly notify the Court of any change of the defendant's address.

5. _____

_____

_____

It is further ORDERED and ADJUDGED by the Court that a revocation hearing is scheduled by the Court upon the merits of the petition, and that the hearing on the merits is hereby set for the 14th day of July, 2005, at 9:00 a.m.

It is further ORDERED and ADJUDGED by the Court that Honorable Larry Grissett, a practicing attorney in Covington County, Alabama, is hereby appointed to represent the defendant at the revocation hearing.

The Clerk shall furnish a copy of this order to the defendant, to defendant's attorney, to the District Attorney, to the Probation Officer, and to the Sheriff.

Done and Ordered this 6th day of July, 2005.

_____
CIRCUIT JUDGE

FILED IN OFFICE

JUL 8 2005

## COVINGTON COUNTY JAIL
## INAMTE REQUEST/GRIEVANCE FORM

NAME _Al Barnett_     BLOCK: _C_   DATE _8-22-05_

( ) TELEPHONE CALL      CUSTODY CHANGE  ( ) PERSONAL PROBLEM

SPECIAL ST      TIME SHEET   ( ) OTHER   ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
SHERIFF  CHIEF JAILER  ( ) JAILER  ( ) RECORDS OFFICE   CHAPLIAN

IF GRIEVANCE  STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

There's A Block on the phone And I need to
speak speak with her about Medical problem
today please.

DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY:

APPROVED (X) DENIED  ( ) PAY PHONE  ( ) COLLECT  ( ) OTHER

Who does you need to speak with and
we can tell for you.

## COVINGTON COUNTY JAIL
## INAMTE REQUEST/GRIEVANCE FORM

NAME _W. Barnett_____ BLOCK _C_ DATE _5-21-05_

( ) TELEPHONE CALL    ( ) CUSTODY CHANGE  ( ) PERSONAL PROBLEM

( ) SPECIAL DIST    ( ) TIME SHEET   ( ) OTHER   ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO

SHERIFF ( ) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLIAN

IF GRIEVANCE  STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

_would you please let me try and contact my Aunt Del to check in on grand mother about her operation. I have tried but there's been no answer so far._

_thank you_

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

_Continue to call a give me the number & I will try to call her for you_

# COVINGTON COUNTY JAIL
## INAMTE REQUEST/GRIEVANCE FORM

NAME _B. Ray tt_         BLOCK: _D_     DATE _8-29-05_

TELEPHONE CALL        CUSTODY CHANGE   ( ) PERSONAL PROBLEM

( ) SPECIAL VISIT      ( ) TIME SHEET    ( ) OTHER    ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE, THEN PRESENT TO C/O

F REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
    SHERIFF   ( ) CHIEF JAILER  ( ) JAILER (·) RECORDS OFFICE ( ) CHAPLIAN

F GRIEVANCE, STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE

Hey B, I have a nine month sentance and would
like to be put on work release so I could use
the money to help pay my fines, or even the
pay angel. But payed work release would be better

                                        thank you

DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY:

APPROVED ( X ) DENIED  ( ) PAY PHONE  ( ) COLLECT  ( ) OTHER

No, due to your charges

## COVINGTON COUNTY JAIL
## INAMTE REQUEST/GRIEVANCE FORM

NAME: Al Brett    BLOCK: C    DATE: 5-30-05

TELEPHONE CALL    CUSTODY CHANGE  ( ) PERSONAL PROBLEM

SPECIAL VISIT    TIME SHEET  ( ) OTHER  ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
SHERIFF   (CHIEF JAILER) ( )JAILER ( )RECORDS OFFICE ( )CHAPLIAN

IF GRIEVANCE  STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Nurse Michell refuses to see me because I have a sore bump on my but this is the second time she has refused to treat me the first was with Dr. McWaaaten I cant understand how they can refuse to treat me when its there job.

                                    thank you

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

APPROVED  ( ) DENIED  ( ) PAY PHONE  ( ) COLLECT ( ) OTHER

I will speak to her about this situation

Anthony Clark sir.                    8-30-05
I Al Bryett Am writting you this
Letter in concern of nurse Mithell
I Ask her to Look at some sores
breaking out on my hip And she said
that she would not Look at my rear
I thought that was there job to see
what the problem was so that they
could solve it if posible this is the
second time I have had problems with
her and Dr Mewhorter first with the
(Hipp tituss C now this) I need med-
icial attention And fiil if they cant
do it we need to find someone who
can or maybe I could go up the
road so I m I will be taken care
of

                                    thank you
                                    Al Bryett


This is being takeno care of a
looked ink as of Nov

```
                    ALABAMA DEPARTMENT OF CORRECTIONS              INST:    220
CBR716-3            INMATE SUMMARY AS OF 09/19/2005                CODE: CIADM
```

**************************************************************************

```
AIS: 00242728    INMATE: BOYETT, AL EVERITT JR          RACE: W  SEX: M

INST: 220 - COVINGTON                     DORM:  00  JAIL CR: 000Y 00M 15D

DOB: 01/15/1965  SSN: 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

ADM DT: 09/08/2005 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMMITMENT - SPLIT SENTENC    STAT: NEW COMMITMENT - SPLIT SENTENC

CURRENT CUST: OTM-5   CURRENT CUST DT: 09/08/2005  PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND

SERVING UNDER ACT446 LAW IN CLASS IV       CURRENT CLASS DATE:   09/08/2005
INMATE IS EARNING : STRAIGHT TIME

COUNTY       SENT DT  CASE NO  CRIME                    JL-CR     TERM
COVINGTON  09/08/05 N05227.01 POSS MARIJUANA I          00150 000Y 09M 00D CS
                              9 YRS & 3 MOS PROBATION
           ATTORNEY FEES : $000250    HABITUAL OFFENDER : Y
           COURT COSTS   : $0000288   FINES : $0000450  RESTITUTION : $0001260

 TOTAL TERM      MIN REL DT      GOOD TIME BAL      GOOD TIME REV      LONG DATE
 000Y 09M 00D    05/22/2006      000Y 00M 00D       000Y 00M 00D      05/22/2006

INMATE LITERAL: CCW/COV CO CC03-153 NOT REC'D
```
**************************************************************************

```
DETAINER WARRANTS SUMMARY

>DET WRT 09/08/2005 TYPE NOTIFICATION ONLY      COVINGTON CO SO
     LITERAL: 9 MOS CC                          SEQ #: 01     CASE #: CC05-227.2
     OFFENSE: 9111M - DRIVING UNDER INFLUENCE
```
**************************************************************************

```
ESCAPE-PAROLE SUMMARY

     INMATE CURRENTLY HAS NO PAROLE RECORDS

     INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

     INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B
```
**************************************************************************

```
DISCIPLINARY/CITATION SUMMARY

     INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS
```

# COVINGTON COUNTY JAIL
## INMATE REQUEST/GRIEVANCE FORM

NAME _Al Boyett_     BLOCK _C Block_ DATE _10-14-05_

TELEPHONE CALL    CUSTODY CHANGE    , PERSONAL PROBLEM

SPECIAL LIST    TIME SHEET    ( V ) OTHER    ( ) GRIEVANCE

IF REPLY ON TIME YOUR REQUEST/ GRIEVANCE, THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
   SHERIFF    CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE    CHAPLAIN

IF GRIEVANCE, STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

_I Need A statement of my Account_
_Since August 15, 2005. I need this int weekly_
_balance you know_

          _Thank you_

------- BELOW THIS LINE - FOR REPLY ONLY:

APPROVED    ( ) DENIED ( ) PAY PHONE    COLLECT    OTHER

_Here are the print out on his jail_
_registered. from 8-15-2005 to 10-14-2005_

_Brenda Benson_

# INMATE REQUEST/GRIEVANCE FORM

NAME _Al Bovett_   BLOCK _C136cK_ DATE _10-24-05_

TELEPHONE CALL        CUSTODY CHANGE        ( ) PERSONAL PROBLEM

SPECIAL        TIME SHEET   ( V )OTHER   ( ) GRIEVANCE

IF REPLY TO TIME OUT REQUEST/ GRIEVANCE THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
SHERIFF   CHIEF JAILER ( )JAILER ( )RECORDS OFFICE   CHAPLIAN

IF GRIEVANCE STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE

Mrs Linda
Could I please have a print out of my time
served on my case no CC-03-153 which began
in9-22-03 til 10-22-02
in4-3-03 out4-17-03
in5-7-03 out10-6-03
in6-7-05 out7-6-05
And on 05-221
9-15-05 till 10-24-05
This will let me be able to get a Notary stamp
So the courts can see my 9 months are served

Sincerly

DO NOT USE THIS LINE - FOR REPLY ONLY:

APPROVED    DENIED  ( ) PAY PHONE    COLLECT   OTHER

Mr Boyett, Im showing your Min Release
date is 5/29/06. If you think otherwise
have your family call 428-2590 - Circuit Clerks
Office   J. Benson  10-22-06