**EXHIBIT D**

Covington County Sheriff

Printed: Tue May 03,2005

# MEDICAL SCREENING FORM

AL EVERITT BOYETT (S416081511)

Booking Number 200007743

Booking Date MAY 3rd, 2005

## ADMISSION OBSERVATIONS

| Question | Answer | Question | Answer | Question | Answer |
|---|---|---|---|---|---|
| Is inmate conscious? | Y | Is inmate capable of responding? | Y | Can inmate walk on own? | Y |
| Any difficulty breathing? | N | Is inmate hostile/aggressive? | N | Any visible signs of trauma, bleeding, wounds or illness? | N |
| Did arrest result in injury? | N | Any fever, swollen lymph nodes, or jaundice? | N | Is skin in good condition and free of vermin? | Y |
| Is inmate under obvious influence of alcohol? | Y | Is inmate under obvious influence of drugs? | Y N | Any visible signs of alcohol or drug withdrawal symptons? | N |
| Does inmate suggest risk of suicide? | N | Do you consider inmate an escape risk? | N | | |

Observations
WOULD NOT ANSWER QUESTION ON INFLUENCE OF DRUGS

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| Condition | Answer | Condition | Answer | Condition | Answer |
|---|---|---|---|---|---|
| Hepatitis | Y | Heart Disease | N | Mental/Emotional Upset | Y |
| Tuberculosis | N | Hypertension | N | Attempted Suicide | N |
| Sexually Transmitted Disease | N | Epilepsy/Convulsions | N | Asthma/Emphysema | N |
| Ulcers | N | Hemophiliac (bleeder) | Y | Cancer | N |
| Kidney Trouble | N | Aids/Exposed to Aids | N | Diabetes | N |
| DT's | N | Skin Problems | N | Use Insulin | N |
| Drug Addiction | N | Alcholism | N | Mental Illness | N |
| Recent Head Injury | N | Coughed/Passed Blood | N | Recent Hospital Patient | N |
| Recent Treatment | N | Use Needles | Y | False Limbs/Teeth | N |
| Contagious Disease | N | Pregnant/Recent Delivery | N | | |

Doctors Name and Address
NO

Health Insurance
NO

Special Diet

Name and Address

Medications
NO

Drug Allergies

Prescriptions

I have read the above carefully and have answered all questions

Inmate's Signature [signature]

Officers's Signature CJ006 [signature]
CJ006 BLUE

**MEDICAL STAFF RE ING SCREENING FORM** Southern Health Partners

LAST NAME | FIRST NAME | MIDDLE | INTAKE DATE | SCREENING DATE | TIME

PREVIOUS INCARCERATIONS | SEX | SOCIAL SECURITY NO. | DOB

CURRENT INSURANCE COVERAGES? | CURRENTLY UNDER PHYSICIAN'S CARE FOR CHRONIC CONDITION:

**VISUAL / MEDICAL OBSERVATION:** *(Explain all "Yes" Answers) Circle Y or N:*

| | YES |
|---|---|
| Is inmate unconscious or showing visible signs of illness, injury, bleeding, pain, or other symptoms suggesting the need for immediate emergency medical referral?<br>If yes: | Y |
| Are there any visible signs of fever, jaundice, skin lesions, rash, or infection: cuts, bruises, or minor injuries; needle marks, body vermin?<br>If yes: | Y |
| Does the inmate exhibit any signs that suggest the risk of suicide, assault, or abnormal behavior?<br>If yes: | Y |
| Does the inmate appear to be under the influence of, or withdrawing from drugs or alcohol?<br>If yes: | Y |
| Is the inmate's mobility restricted in any way due to deformity, cast, injury, etc.<br>If yes: | Y |

**ASK THE INMATE THESE QUESTIONS:** *(Explain all "Yes" answers)*

| | |
|---|---|
| Have you had or been treated for: (circle as appropriate) asthma, diabetes, epilepsy, heart condition, high blood pressure, mental health problems, seizures, ulcers, or other conditions?<br>Other: | Y |
| Have you taken or are you taking any medication(s) prescribed for you by a physician?<br>If yes: | Y |
| Are you allergic to any medications, foods, plants, etc.?<br>If yes: | Y |
| Have you fainted or had a head injury within the last 72 hours?<br>If yes: | Y |
| Do you have or have you been exposed to AIDS, hepatitis, TB, VD, or other communicable disease?<br>If yes: [illegible] | Y |
| Have you been hospitalized by a physician or psychiatrist within the last year?<br>If yes: | Y |
| Have you ever considered or attempted suicide?<br>If yes: | Y |
| Do you have a painful dental condition? [illegible]<br>If yes: | Y |
| Are you on a specific diet prescribed by a physician?<br>If yes: | Y |
| Do you use drugs? How often? [illegible] Last time?<br>What kind? How much? | Y |
| Do you use alcohol? How often? [illegible] Last time?<br>What kind? [illegible] How much? [illegible] | Y |
| Females: LMP Date:<br>Are you pregnant, recently delivered or aborted; on birth control pills; having abdominal pain or discharge? N/A<br>If yes: | Y |

**NOTE VITAL SIGNS:**

| Respiration: 18 | Pulse: 98 | Temperature: 97 | Blood Pressure: 139/[illegible] |
|---|---|---|---|

**HAVE ALL CONCERNS FROM OFFICER INTAKE FORM BEEN ADDRESSED WITH INMATE?** [illegible]

**ARE ALL STATED CHRONIC CONDITIONS NOTED:** [illegible]

**PPD IMPLANTED? Y OR N ARM LOCATION: R OR L IS H&P SCHEDULED FOR 14 DAYS:** [illegible]

**REMARKS:**

*I have answered all questions truthfully. I have been told and shown how to obtain medical services and advised on how to obtain medication up hereby give my consent for professional services to be provided to me by and through Southern Health Partners, Inc.*

Inmate's Signature: [illegible] Date: [illegible]

Interviewer's Signature and Title: [illegible] Date: [illegible]

MEDICATION ADMINISTRATION RECORD

MEDICATIONS

[illegible] HS [illegible] — HS

[illegible] — AM / PM

Imipramine 50 mg [illegible] BID x [illegible] days — AM / PM — 5 stop

Zantac [illegible] mg BID — AM / PM

[illegible] — PM — DC'd 6-29-05

Relafen 750 mg [illegible] BID x 10 days 6-29-05 — AM / PM

[illegible] SR [illegible] cap BID 30 days [illegible] (Refill x2) — AM / PM

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

[illegible]RTING FOR 6-1-05 THROUGH

[illegible]

Telephone No.

Alt. Telephone

NKA

9-16-05 1511

DOB

[illegible]

| Covington County Sheriff<br>Printed: Wed Jun 08,2005 | MEDICAL SCREENING FORM<br>AL EVERITT BOYETT (S416081511) | Booking Number 200008027<br>Booking Date JUNE 7th, 2005 |
|---|---|---|

## ADMISSION OBSERVATIONS

| | | | | | |
|---|---|---|---|---|---|
| Is inmate conscious? | (Y) N | Is inmate capable of responding? | (Y) N | Can inmate walk on own? | (Y) N |
| Any difficulty breathing? | Y (N) | Is inmate hostile/aggressive? | Y (N) | Any visible signs of trauma, bleeding, wounds or illness? | Y (N) |
| Did arrest result in injury? | Y (N) | Any fever, swollen lymph nodes, or jaundice? | Y (N) | Is skin in good condition and free of vermin? | (Y) N |
| Is inmate under obvious influence of alcohol? | Y (N) | Is inmate under obvious influence of drugs? | Y (N) | Any visible signs of alcohol or drug withdrawal symptons? | Y (N) |
| Does inmate suggest risk of suicide? | Y (N) | Do you consider inmate an escape risk? | Y (N) | | |

Observations
**INMATE APPEARS FINE AT TIME OF INTAKE**

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| | | | | | |
|---|---|---|---|---|---|
| Hepatitis | (Y) N | Heart Disease | Y (N) | Mental/Emotional Upset | Y (N) |
| Tuberculosis | Y (N) | Hypertension | Y (N) | Attempted Suicide | Y (N) |
| Sexually Transmitted Disease | Y (N) | Epilepsy/Convulsions | Y (N) | Asthma/Emphysema | Y (N) |
| Ulcers | Y (N) | Hemophiliac (bleeder) | Y (N) | Cancer | Y (N) |
| Kidney Trouble | Y (N) | Aids/Exposed to Aids | Y (N) | Diabetes | Y (N) |
| DT's | Y (N) | Skin Problems | Y (N) | Use Insulin | Y (N) |
| Drug Addiction | Y (N) | Alcholism | Y (N) | Mental Illness | Y (N) |
| Recent Head Injury | Y (N) | Coughed/Passed Blood | Y (N) | Recent Hospital Patient | Y (N) |
| Recent Treatment | Y (N) | Use Needles | Y (N) | False Limbs/Teeth | Y (N) |
| Contagious Disease | Y (N) | Pregnant/Recent Delivery | Y (N) | | |

Doctors Name and Address
**NONE**

Health Insurance
**NONE**

Special Diet
**NONE**

Prescriptions/Medications
**NONE**

Drug Allergies
**NONE AWARE OF**

Descriptions
**INMATE APPEARS FINE AT TIME OF INTAKE**

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature ____________________ Date: __________ Time: ______

Officers's Signature ____________________ Date: __________ Time: ______
**CJ012 PORTREY, CLIFF**

Boyett A.C. [illegible] 6/4/05 6/13/05 [illegible]

[illegible] [illegible] 1-5-05

[illegible] [illegible]

Exposed Hepatitis C. (R) [illegible] [illegible] [illegible]

[illegible]

Meth, cocaine, marijuana, [illegible] [illegible] [illegible] [illegible]

90 107 97.4 107/78

[illegible] [illegible] [illegible]

A.C. Boyett [illegible] [illegible]

SOUTHERN HEALTH PARTNERS

# INMATE SICK CALL SLIP – MEDICAL REQUEST

***TO BE COMPLETED BY INMATE:*** Please complete the top half of the Sick Call Slip and return it to the corre officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for yo seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay sys this facility.

Today's Date: 6-13-05 Pod/Location: [illegible] Cell: [illegible] ID#

Inmate's Full Name: [illegible]

Complaint/Problem: [illegible]

How long have you had this problem? 6-12-05

Inmate's Signature: [illegible] Date: 6-13-05

********** ********** ********** ********** ********** ********** ********

## *TO BE COMPLETED BY MEDICAL STAFF:*

Note Patient's Vital Signs: Temp 97 Resp 18 Pulse 72 B/P [illegible]

Instructions/Assessment: Document your findings, Inmate's responses/actions

[illegible handwritten notes]

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order

☐ Follow-Up Required? If checked, date to be seen again

☐ Chronic Condition

☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: [illegible] Seen by: [illegible]

*Place original form in patient's medical record.*



SOUTHERN
HEALTH
PARTNERS

# INMATE SICK CALL SLIP – MEDICAL REQUEST

***TO BE COMPLETED BY INMATE:*** Please complete the top half of the Sick Call Slip and return it to the cor officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for y seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay s this facility.

Today's Date: [illegible] Pod/Location: [illegible] Cell: [illegible] ID#: ______

Inmate's Full Name: Al Boyett

Complaint/Problem: My ear [illegible] and is [illegible] and I need to see the doctor [illegible]

How long have you had this problem? Since Tuesday of [illegible] week [illegible]

Inmate's Signature: Al Boyett Date: 6-13-05

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

***TO BE COMPLETED BY MEDICAL STAFF:***

Note Patient's Vital Signs: Temp 96.8 Resp 20 Pulse 78 B/P 106/64

Instructions/Assessment: Document your findings, Inmate's responses/actions

Refer to M.D.
Both ears impacted c wax (earwax removal [illegible])
Ibuprofen 800mg 1 po BID x 7 days
Leg cramps (No charge for f/u visit)
[illegible]

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again ______
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 6/13/05 Seen by: [illegible signature]

*Place original form in patient's medical record.*

[illegible] DATA HISTORY AND PHYSICAL EXAM

[illegible] Whaley [illegible] 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

[illegible] Boyett III Everett

[illegible] 1-15-65 [illegible]

MEDICAL HISTORY

[illegible]

[illegible] Vehicle accident 1996

[illegible] yes [illegible] vehicle accident

MENTAL HEALTH EVALUATION

[illegible] Any mental health [illegible] M [illegible] mental accident [illegible] 1996

[illegible] Nerve meds

[illegible] mental health due to vehicle accident

[illegible] NO

[illegible] NO

[illegible] NO

[illegible]

[illegible] W Brett

[illegible] Whaley

[illegible] Whaley

MEDICAL HISTORY & PHYSICAL ASSESSMENT

Reading [illegible] ✓

Cancer ✓

[illegible] ✓

EXAM

M 60 97 100

21 11-3/74 15.7 26

[illegible]

Reading difficulty

impacted c wax

decreased [illegible]

[illegible]

R [illegible] quad. [illegible]

LABORATORY TESTS

MENTAL HEALTH OBSERVATION

✓

✓

✓

✓

Seen MD on [illegible]

[illegible]

[illegible]

[illegible]

SOUTHERN
HEALTH
PARTNERS

# INMATE SICK CALL SLIP – MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the co officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay s this facility.

Today's Date:__________ Pod/Location:__________ Cell:__________ ID#__________

Inmate's Full Name:__________________________

Complaint/Problem:__________________________

______________________________________

______________________________________

How long have you had this problem?__________________

Inmate's Signature:__________________________ Date:__________

********** ********** ********** ********** ********** ********** ********

## *TO BE COMPLETED BY MEDICAL STAFF:*

Note Patient's Vital Signs: Temp______ Resp______ Pulse______ B/P______

Instructions/Assessment: Document your findings, Inmate's responses/actions__________

Referred to M.D

______________________________________

______________________________________

______________________________________

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again__________
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical:__________ Seen by: [signature]

*Place original form in patient's medical record.*

COVINGTON COUNTY JAIL
INAMTE REQUEST/GRIEVANCE FORM

NAME: ______________________ BLOCK: __________ DATE: ______________

TELEPHONE CALL CUSTODY CHANGE ( ) PERSONAL PROBLEM

SPECIAL VISIT TIME SHEET ( ) OTHER ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
SHERIFF CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLIAN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

[illegible]

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

# SOUTHERN RADIOLOGY SERVICES, LLC
## X-RAY REPORT

| DATE | LAST NAME | FIRST NAME | MI |
|---|---|---|---|
| 8/16/2005 | BOYETTE | AL | |
| D.O.B. | SEX | FACILITY | |
| 1/15/1965 | M | SHP-COVINGTON COUNTY JAIL | |
| ORDERING PHYSICIAN | | X-RAY NO. | |
| MCWATER | | | |

**IMAGES OF THE LEFT HAND, 8/16/05**

**HISTORY:** Edema.

Patient had trauma the week prior. Patient sustained a fracture to the neck of the fifth metacarpal without gross displacement. There is no dislocation noted either. No additional acute fracture is identified. There is a prominent spur at the distal end of the fifth digit proximal phalanx that could be related to the old trauma. No acute foreign bodies suggested.

**IMPRESSION:** Nondisplaced fracture of the distal fifth metacarpal.

Vincent Martin MD/kmc

dt 8/16/2005 12:18:12 PM
td 8/16/2005 12:37:50 PM

PROGRESS NOTES

[illegible], [illegible] [illegible]

Date | Notes Should Be Signed by Physician

4/29/05 S – [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

+ leg cramps [illegible] [illegible] [illegible]

O [illegible] – [illegible] [illegible] [illegible]

A Chronic [illegible] leg cramps

R Robaxin 250 mg [illegible] [illegible] x 10 d

② [illegible] [illegible] [illegible] [illegible]

Refill x 2

[illegible] 4/29/05 [illegible]

5/17/05 S – c/o [illegible] of [illegible]

+ [illegible]

Southern Health Partners, Inc.

# ADMISSION DATA / HISTORY AND PHYSICAL FORM

Exam Date: [illegible] S.S.#: [illegible] ID#:

Inmate Name: [illegible] (Last) (First) (Middle) Date Booked: [illegible]

Alias: (Last) (First) (Middle) County: [illegible]

Address: [illegible] (Street) (City) (State) [illegible]

Telephone: [illegible] Birthdate: [illegible] Religion: [illegible]

Education Completed: [illegible] Special Education:

Marital Status: S M W D Separated Read/Write English: YES NO Other:

Previous Incarcerations: (Facility/Date) [illegible]

## MEDICAL HISTORY

Notify in Emergency: [illegible] (Name) [illegible] (Relationship)

Address: [illegible] (Street) (City) (State) (Zip) Phone: [illegible]

Health Insurance: [illegible] (Type of Insurance) (State) (Policy Number)

Family Physician: [illegible] (Name) (Street Address) (City) (State) (Zip) (Phone Number)

Past Hospitalizations (include surgeries): [illegible]

(Location) (Street Address) (City) (State) (Zip)

Head injury with Loss of Consciousness: [illegible] Last Tetanus: [illegible] Immunization:

Allergies: [illegible]

Current Medication(s): [illegible]

## MENTAL HEALTH EVALUATION

Hospitalization for Mental Health Reasons: YES NO If Yes, Why: [illegible]

Where: [illegible] (Location) (Street Address) (City) (State) (Zip) When: [illegible] (Date)

Psychotropic Meds (Specify type and last dose): [illegible]

Prior Counseling/Out-Patient Treatment for: [illegible]

Where: [illegible] (Location) (Street Address) (City) (State) (Zip) When: (Date)

Have you ever attempted suicide: [illegible] How: When: (Date)

Have you recently considered committing suicide? [illegible]

Do people consider you a violent person? [illegible]

Have you ever been arrested for a violent crime/sexual offense? (Specify) [illegible]

Street drugs: [illegible] (Type—Monthly) (How Often) (How Long) Smoker: [illegible] (Type) Drink: [illegible]

Inmate's Signature: Date:

Interviewer's Signature: [illegible] Date: [illegible]

Witness (if physical is refused): [illegible] Date: [illegible]

# MEDICAL HISTORY & PHYSICAL ASSESSMENT

| Problems | Yes | No | Problems | Yes | No | Problems | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Vision | ✓ | | Hypertension | | ✓ | Gonorrhea | | ✓ |
| Hearing | | ✓ | Anemia | | ✓ | Syphilis | | ✓ |
| Balance/Dizziness | ✓ | | Blood | ✓ | | Muscle Problem | ✓ | |
| Blackouts | | ✓ | Stomach Pain | ✓ | | Joint Problem | ✓ | |
| DT's | | ✓ | Heartburn | ✓ | | Arthritis | ✓ | |
| Headaches | ✓ | | Ulcer | | ✓ | Other | | |
| Seizures | | ✓ | Nausea/Vomiting | | ✓ | Other | | |
| Nervous Disorder | ✓ | | Gall Bladder | | ✓ | Regular Menstrual Period | | |
| Throat | ✓ | ✓ | Liver | ✓ | | Irregular Menstrual Period | | |
| Teeth | ✓ | | Hepatitis | ✓ | | # of days Menstrual Period | | |
| Asthma | | ✓ | Diabetes | | ✓ | LMP | | |
| Hay Fever | | ✓ | Kidney Disease | | ✓ | Gravida/Para | | |
| Pneumonia | | ✓ | Bladder Infection | | ✓ | Last Pap | | |
| Tuberculosis | | ✓ | Trouble Voiding | ✓ | | Contraception | | |
| Heart | ✓ | | Pediculi (lice) | | ✓ | Other | | |

## EXAM:

Age [illegible] Sex M Race W Ht 5'7" Wt 165

Pulse BP Temp Resp

| Area/Type | N | A/Comment | Area/Type | N | A/Comment |
|---|---|---|---|---|---|
| Skin: Color, Condition, Turgor, Recent Inj. | | [illegible] | Chest (Breasts): Configuration, Auscultation, Respirations, Cough/Sputum | ✓ | |
| Head: Glasses, Pupils, Sclera, Conjunctiva, Vision | ✓ | | Heart: Auscultation, Radial pulses, Apical pulse, Rhythm | ✓ | |
| Ears: Appearance, Canals, Hearing | ✓ | | Extremities: Pulses, Edema, Joints | ✓ | |
| Mouth: Teeth/Gums, Dentures, Plates, Throat, Tongue, Tonsils | | | Abdomen: Shape; Palpation: Hernia, Bowel Sounds | ✓ ✓ | |
| Nose | ✓ | | Spine | ✓ | |
| Neck: Veins, Mobility, Thyroid, Carotids, Lymph nodes | ✓ | | Genital/Urinary System | ✓ | |

## LABORATORY TESTS

| | Date & Initial | Results |
|---|---|---|
| Was PPD planted and read timely? | 4/30/05 | [illegible] |
| VDRL / RPR | [illegible] | |
| Other Lab Tests needed | [illegible] | |
| Pregnancy Test? | | |

## MENTAL HEALTH OBSERVATION

| | N | A/Comment |
|---|---|---|
| Orientation (person, place, time) | | |
| General appearance, (and/or behavior, mannerisms | | |
| Affect (mood) | | |
| Content of thought, history of suicide, present thoughts of suicide | | [illegible] |

Physical Examiner's Signature: [illegible] Date: [illegible]

Physician's Signature: [illegible]

HEALTH PARTNERS

# INMATE SICK CALL SLIP – MEDICAL REQUEST

***TO BE COMPLETED BY INMATE:*** Please complete the top half of the Sick Call Slip and return it to the correc officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay syst this facility.

Today's Date: [illegible] Pod/Location: [illegible] Cell: ______ ID# ______

Inmate's Full Name: [illegible]

Complaint/Problem: [illegible]

How long have you had this problem? [illegible]

Inmate's Signature: [illegible] Date: [illegible]

********** ********** ********** ********** ********** ********** **********

***TO BE COMPLETED BY MEDICAL STAFF:***

Note Patient's Vital Signs: Temp [illegible] Resp [illegible] Pulse [illegible] B/P [illegible]

Instructions/Assessment: Document your findings, Inmate's responses/actions [illegible]

[illegible]

- ☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
- ☐ Follow-Up Required? If checked, date to be seen again [illegible]
- ☐ Chronic Condition
- ☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: [illegible] Seen by: [illegible]

*Place original form in patient's medical record.*

S — Has Hep C.

O — Had last months (?) tracking — Hep C.

A — Hx Hep C

P — May see his own MD for at his own expense

# INMATE SICK CALL SLIP – MEDICAL REQUEST

TO BE COMPLETED BY INMATE: Please complete the top half of this form [illegible] and review by the medical staff [illegible] appropriate medical staff member. You will be charged [illegible]

Today's Date [illegible] Pod/Location [illegible]

Inmate's Full Name [illegible]

Complaint/Problem [illegible]

How long have you had this problem? [illegible]

Inmate's Signature [illegible] Date [illegible]

TO BE COMPLETED BY MEDICAL STAFF:

Temp_______ Resp [illegible] Pulse [illegible] BP [illegible]

Findings/Assessment: Document any findings, inmate's responses/actions

[illegible]

[illegible] Treatment Protocol; via telephone order [illegible]

[illegible] date to be seen again [illegible]

[illegible] medical co-pay for this visit

[illegible]

# Doctor/SICK CALL REFUSAL FORM

I, Al Boyett (inmate name) understand that my name is on the sick call list to be seen by Southern Health Partners medical staff at Covington County Jail, and that I am declining to be seen at this time. I further understand that it will be documented as such in my medical file, and that my name will NOT be added back to sick call, unless I submit another sick call request.

Inmate Signature — Date/Time

Witness Signature — Date/Time

Nurse Signature — Date/Time Noted

COVINGTON COUNTY JAIL

INMATE REQUEST/GRIEVANCE FORM

NAME ____________ BLOCK ______ DATE ______

TELEPHONE CALL  CUSTODY CHANGE  ( ) PERSONAL PROBLEM

SPECIAL DIET  TIME SHEET  (✓) OTHER  ( ) GRIEVANCE

PROPERLY FILL OUT REQUEST/ GRIEVANCE, THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
SHERIFF  CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE  CHAPLAIN

IF GRIEVANCE STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE

[illegible handwriting]

[illegible handwriting] ... reply.

[illegible date] inmate requesting Hep. C profile to determine his stage of Hep. C [illegible]

[signature]

BELOW THIS LINE FOR REPLY ONLY:

( ) APPROVED  ( ) DENIED  ( ) PAY PHONE  ( ) COLLECT  ( ) OTHER



# INMATE SICK CALL SLIP – MEDICAL REQUEST

TO BE COMPLETED BY INMATE: [illegible]

Date: [illegible] Location: [illegible]

Inmate's Full Name: [illegible]

Complaint/Problem: [illegible]

How long have you had this problem? One (1) week

Inmate's Signature: [illegible]

TO BE COMPLETED BY MEDICAL STAFF:

Patient's Vital Signs: Temp ______ Resp ______

Exam/Assessment: Document your findings. Inmate [illegible] S: See Above

O: inmate has a rash on his leg and buttocks

A: inmate has [illegible]

P: Dermatology [illegible]

[illegible] Tums [illegible]

[illegible] Orders – [illegible] Treatment Protocols, [illegible] telephone [illegible]

[illegible] Required [illegible] again ______

[illegible] this visit

Date: 11/1/05 [illegible]

MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zantac 150 mg T PO BID | am Discontinue<br>pm Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| [illegible] mg T PO BID x 10 days | am Discontinue<br>pm Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Decongamine SR T Cap BID x 30 days (Refuse x2) | am Discontinue<br>pm Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| [illegible] T PO BID [illegible] | am Discontinue<br>pm Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

CHARTING FOR 7-1-05 THROUGH 7-31-05

Resident: [illegible]

Physician:

Allergies: NKA

Telephone No.

Alt. Telephone

Rehabilitation Potential

Diagnosis:

Medicaid Number | Medicare Number 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 | Admission Date

MEDICATION ADMINISTRATION RECORD

MEDICATIONS HOUR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

NILDA