IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| AL EVERITT BOYETT, JR. | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-966-D |
| ANTHONY CLARK, SHERIFF, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of the Motion for Extension of Time filed December 7, 2005, and for good cause, it is ORDERED that:

1. Defendants Mitchell and McWhorter's Motion for Extension of Time (Doc. No. 13) is GRANTED; and

2. Defendants Mitchell and McWhorter are GRANTED an extension from November 22, 2005 and December 12, 2005, respectively, to February 10, 2006 to file their answer and written report.

Done this 9th day of December, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE