IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTICT OF ALABAMA
NORTHERN DIVISION

AL EVERITT BOYETT, JR  *
   Plaintiff,  *
  V  * CIVIL ACTION
ANTHONY CLARK, SHERIFF, et al., * NO. 2:05-CV-966-D

RECEIVED
2005 DEC 12 A 9:35
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

"Notice of Change of Address"

AL EVRITT BOYETT JR  AIS 242728  3 dorm
Fountain 3800
ATMORE ALABAMA 36503

DONE THIS 5th DAY OF DEC 2005

          Sincerely
          Al Boyett Jr

5:966