IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AL EVERITT BOYETT, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION : 2:05-CV-966-D |
| | ) |
| ANTHONY CLARK, SHERIFF, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Daniel F. Beasley of the firm of Lanier Ford Shaver & Payne, P. C., 200 West Court Square, Suite 5000, Post Office Box 2087, Huntsville, Alabama 35804, hereby enters his appearance as an attorney of record for the defendants, identified and designated in the complaint as **"Nurse Mitchell" and Dr. M.H. McWhorter, III."**

                    Respectfully submitted,

                    /s/ Daniel F. Beasley
                    Daniel F. Beasley
                    Attorney for Jamie Mitchell, RN and
                    Millard McWhorter, MD

LANIER FORD SHAVER & PAYNE P.C.
200 West Side Square, Suite 5000
P.O. Box 2087
Huntsville, Alabama 35804
(256) 535-1100

## CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of January, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Scott Gosnell, Esq.
Webb and Eley
PO Box 240909
Montgomery , AL 36124-0909

and I hereby certify that I have mailed by United States Mail, postage prepaid, the document to the following non-CM/ECF participant:

Bobby Joe Suggs
Covington County Jail
290 Hillcrest Dribe
Andalusia, AL 36420


/s/ Daniel F. Beasley
Of Counsel