IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| AL EVERITT BOYETT, JR. | * | |
| PLAINTIFF | * | |
| | * | |
| v. | * | CIVIL ACTION NO. 2:05-cv-966-D |
| | * | |
| ANTHONY CLARK, SHERIFF, et al, | * | |
| DEFENDANTS | * | |

## MOTION TO ALLOW AMENDED COMPLAINT

 **COMES NOW,** Al Everitt Boyett, Jr. Pro Se in the above styled matter and moves this court for an order granting said motion and in support and grounds heretofore, the Plaintiff shows unto this Honorable Court as follows:

1. The Plaintiff filed a complaint under 42 U.S.C.§ 1983 alleging a violation of his Constitutional rights on October 4,2005 In that his 1st, 4th, 5th, and 8th Constitutional Amendments have been violated while in the custody of the Covington County jail in Andalusia, Alabama due to there deliberate indifference to the Plaintiff's serious medical condition in which he was denied the proper care of his serious medical need.

2. The Plaintiff is asking this honorable court leave to amend the original complaint and cites Fed. R. Civ. P. 15 (a) as his authority. the plaintiff is acting Pro Se and thus is unskilled and a layperson in matters regarding legal matters and the proper method to file legal motions and pleadings.

WHEREFORE, THE PLAINTIFF PRAYS THAT SAID MOTION TO ALLOW HIM TO AMEND HIS ORIGINAL COMPLAINT BE GRANTED.

*Al Everitt Boyett Jr*
AL EVERITT BOYETT PRO SE
FOUNTAIN 3800
ATMORE, ALA. 36503

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY AND AFFIRM THAT I HAVE SERVED A COPY OF THIS MOTION ON THE PARTIES LISTED BELOW BY PLACING A COPY IN THE ATMORE PRISON U.S. MAILBOX FIRST CLASS POSTAGE AFFIXED THIS 13th DAY OF JAN, 2006

ANTHONY CLARK, SHERIFF
COVINGTON COUNTY JAIL
290 HILLCREST DRIVE
ANDALUSIA, AL 36420

LANIER FORD SHAVER & PAYNE P.C.
200 WEST SIDE SQUARE, SUITE 5000
p.o. box 2087
HUNTSVILLE, ALA 35804

*Al Everitt Boyett Jr*
AL EVERITT BOYETTE, JR.