IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| AL EVERITT BOYETT, JR. | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-966-D |
| ANTHONY CLARK, SHERIFF, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Plaintiff has filed a Motion for Leave to Amend Complaint (Doc. No. 17.) Upon consideration of the motion, it is ORDERED that:

1. The Motion for Leave to Amend Complaint (Doc. No. 17) is GRANTED; and

2. On or before February 7, 2006 Plaintiff file his amended complaint.

Done this 24TH day of January, 2006.

          /s/Charles S. Coody
          CHARLES S. COODY
          CHIEF UNITED STATES MAGISTRATE JUDGE