**LabCorp** — LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000
Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 222-397-3297-0 | S | MB | COMPLETE | Page #: 1 |

ADDITIONAL INFORMATION   SS#: 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
FASTING: N
PHONE: 334-222-5452   DOB: 1/15/1965

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| BOYETT, AL | M | 40 / 6 |

PT. ADD.: 14692 HOG FOOT RD
Andalusia   AL   36420-0000

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 8/10/2005 | 11:59 | 8/10/2005 | 8/11/2005 | 17:36 | 2945 |

**CLINICAL INFORMATION**
CD- 41126604010

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| VYAS V | 1151965 |

ACCOUNT: Drs Vyas
Clinical Acct- Im
125 Medical Park Suite 103 And 104
Andalusia   AL   36420-0000
ACCOUNT NUMBER: 01156855

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| HCV Ab w/Rflx to RIBA | | | | |
| > HCV Ab | 73.6H | s/co ratio | 0.0 - 0.9 | MB |
| Positive | | | | |

Indicates past or present HCV infection; Immunoblot testing not performed. Samples with high S/CO ratios (>9.9) confirm positive (95%), but 5 out of 100 might represent false-positives. PCR testing can be requested if indicated. Qualitative HCV RNA testing will differentiate active from resolved infection.

LAB: MB LabCorp Birmingham                                   DIRECTOR: John Elgin II MD
1801 First Avenue South, Birmingham, AL 35233-0000

To whom it may concern,
I ____ HCV (Hepatitis C) and need medical treatment as soon as possible to help keep it from spreading. On all attempts to get the jail to treat me or put me somewhere that I could be treated, I have been refussed. And I'm in desperate need of treatment. The longer I wait the longer my treatment will last. I have been waiting since 9-15-05.

✱ Al Boyett
Petitioner Signature

Notary Patricia Sweatt
Date 10-4-05
EX 1-29-09

| Pat Name: BOYETT, AL | Pat ID: 1151965 | Spec #: 222-397-3297-0 | Seq #: 2945 |

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report