## COVINGTON COUNTY JAIL
### INAMTE REQUEST/GRIEVANCE FORM

NAME: Al Boyett    BLOCK: C    DATE: 8-30-05

( ) TELEPHONE CALL    ( ) CUSTODY CHANGE    ( ) PERSONAL PROBLEM

( ) SPECIAL DIET    ( ) TIME SHEET    ( ) OTHER    (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO:
( ) SHERIFF  (CHIEF JAILER)  ( ) JAILER  ( ) RECORDS OFFICE  ( ) CHAPLIAN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Nurse Michell refuses to see me because I have a sore bump on my but this is the second time she has refused to treat me the first was with Dr McWaster I can't understand how they can refuse to treat me when it's there job

thank you

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

( ) APPROVED    ( ) DENIED    ( ) PAY PHONE    ( ) COLLECT    ( ) OTHER

I will speak to her about this situation

8-22-05

I Al Boyett I'm writting this letter to sheriff Anthony Clark

Anthony Clark sir,

I am serving time for volation of probation I have a medical condition known as (Hippitituss C.) and need medication on daily baceses and have been denied by Dr McWhorter the jail doctor and request counsel to file a motion for medical attention

Thank you.
Al Boyett

Seeing the nurse today 8-25-2005 LB.

Anthony Clark sir.    8-30-05

I Al Boyett Am writting you this Letter in concern of Nurse Mithell I Ask her to Look at some sores breaking out on my hip And she said that she would not Look at my rear I thought that was there job to see what the problem was so that they could solve it if posible this is the second time I have had problems with her and Dr Mewhorter first with the (Hippitituss C now this) I need medical attention And fill if they can't do it we need to find someone who can or maybe I could go up the road so I no I will be taken care of.

thank you
Al Boyett


This is being takens care of & looked into as of now

8-22-05

I Al Boyett I'm writting this letter to sheriff Anthony Clark

Anthony Clark sir,

I am serving time for velation of probation I have a medical condition known as (Hippitituss C) and need medication on daily baceses and have been denied by Dr McWhorter the jail doctor and request counsel to file a motion for medical attention

Thank you
Al Boyett

Seeing the nurse today 8-25-2005 LB.

Anthony Clark sir                                        6-30-05
I Al Boyett Am writting you this
Letter in concern of Nurse Mithell
I Ask her to Look at some sores
breaking out on my hip And she said
that she would not Look at my rear
I thought that was there job to see
what the problem was so that they
could solve it if posible this is the
second time I have had problems with
her and Dr Mcwhorter first with the
(Hipp.tituss C now this) I need med-
ical attention And fill if they can't
do it we need to find someone who
can or may be I could go up the
road so I no I will be taken care
of.

                                        thank you
                                        Al Boyett


This is being takens care of &
looked into as of now