IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| . AL EVERITT BOYETT, JR., | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )CIVIL ACTION : 2:05-CV-966-D |
| | ) |
| ANTHONY CLARK, SHERIFF, *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## MOTION FOR EXTENSION TO FILE SPECIAL REPORT AND ANSWER

Come now the Defendants, Southern Health Partners, Inc., Dr. Millard McWhorter, and Jamie Mitchell, and hereby move this Court for an extension of time within which to file their Special Report and Answer. As grounds for said motion, Defendants hereby set down and assign the following:

1.     Pursuant to the Court's December 9, 2005 Order, Defendants' Special Report and Answer is due to be filed by Friday, February 10, 2006.

2.     Earlier today, on Wednesday, February 8, 2006, Plaintiff filed his Amended Complaint, which makes new and more specific allegations against these Defendants.

3.     Although Defendants were prepared to file their Special Report and Answer in Response to the Plaintiff's initial Complaint, Defendants would like this

Court to treat their Special Report as a Motion for Summary Judgment and, as such,

need an opportunity to respond to the new allegations in the Amended Complaint.

WHEREFORE, Defendants move for an additional thirty day extension in

which to submit their Special Report and Answer.

Robert N. Bailey, II
Attorney for Southern Health Partners,
Jamie Mitchell, RN and
Millard McWhorter, MD

LANIER FORD SHAVER & PAYNE P.C.
200 West Side Square, Suite 5000
P.O. Box 2087
Huntsville, Alabama 35804
(256) 535-1100

## CERTIFICATE OF SERVICE

I hereby certify that on this the 8th day of February, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Scott Gosnell, Esq.
Webb and Eley
PO Box 240909
Montgomery , AL 36124-0909

and I hereby certify that I have mailed by United States Mail, postage prepaid, the document to the following non-CM/ECF participant:

Al Everitt Boyett
3800 Fountain
Atmore, AL  36503

_____
Of Counsel