IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

AL EVERITT BOYETT, JR., #242 728         *

   Plaintiff,                               *

   v.                                       *       2:05-CV-966-ID

ANTHONY CLARK, SHERIFF, *et al*.,         *

   Defendants.                              *

_____

**ORDER ON MOTION**

Upon consideration of Defendants McWhorter, Mitchell, and Southern Health Partners' ["SHP"] Motion for Extension of Time, and for good cause, it is ORDERED that:

1. The Motion for Extension of Time (Doc. No. 21) is GRANTED; and

2. Defendants McWhorter, Mitchell and SHP are GRANTED an extension from February 10, 2006 to March 13, 2006 to file their answer and written report.

Done this 13th day of February, 2006.

                              /s/Charles S. Coody
                              CHARLES S. COODY
                              CHIEF UNITED STATES MAGISTRATE JUDGE