IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| AL EVERITT BOYETT, JR., #242 728 | * | |
| Plaintiff, | * | |
| v. | * | 2:05-CV-966-ID |
| ANTHONY CLARK, SHERIFF, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's pleading filed February 7, 2006, which the court construes as a Motion for Leave to File a Demand for Jury Trial (Doc. No. 20), and for good cause, it is

ORDERED that the motion be and is hereby GRANTED.

The Clerk is directed to file Plaintiff's February 20, 2006 pleading (Doc. No. 20) as a demand for trial by jury.

Done this 13th day of February, 2006.

                                                  /s/Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE