IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AL EVERITT BOYETT, JR.,      ) | |
|      ) | |
|     Plaintiff,      ) | |
|      ) | |
| v.      ) | CIVIL ACTION NO. 2:05-CV-966-D |
|      ) | |
| ANTHONY CLARK, SHERIFF, *et al.*,      ) | |
|      ) | |
|     Defendants.      ) | |

## AFFIDAVIT OF ANNETTE CAIN, L.P.N.

Before me, the undersigned notary public, in and for said County and State, personally appeared **Annette Cain, L.P.N.**, who, after first being duly sworn by me, deposes and states as follows:

1.     My name is Annette Cain, L.P.N. I am over the age of 19 years and have personal knowledge of the facts contained herein.

2.     I am currently employed by Southern Health Partners, Inc. ("SHP") as the medical team administrator for the Covington County Jail. Attached as Exhibit A is a true and correct copy of inmate Al Everitt Boyett's entire medical chart. These records were made at the time of the events referenced therein and were made and kept in the regular course of SHP's business.

Annette Cain, L.P.N.

STATE OF ALABAMA )

COUNTY OF _Madison_ )

)

    I, the undersigned Notary Public in and for said county in said state, hereby certify that Annette Cain, whose name is signed to the foregoing and who is known to me, acknowledged before me that, being fully informed of the contents of said instrument, she executed the same voluntarily on the day the same bears date.

    GIVEN UNDER MY HAND and official seal on this the _2_ day of _March_ , 2006.

Notary Public
My Commission Expires: _12-3-2007_

# EXHIBIT A

| Covington County Sheriff<br><br>Printed: Tue May 03,2005 | MEDICAL SCREENING FORM<br><br>AL EVERITT BOYETT (S416081511) | Booking Number<br>200007743<br>Booking Date<br>MAY 3rd, 2005 |
| --- | --- | --- |

## ADMISSION OBSERVATIONS

| | | |
| --- | --- | --- |
| Is inmate conscious? (Y) N | Is inmate capable of responding? (Y) N | Can inmate walk on own? (Y) N |
| Any difficulty breathing? Y (N) | Is inmate hostile/aggressive? Y (N) | Any visible signs of trauma, bleeding, wounds or illness? Y (N) |
| Did arrest result in injury? Y (N) | Any fever, swollen lymph nodes, or jaundice? Y (N) | Is skin in good condition and free of vermin? (Y) N |
| Is inmate under obvious influence of alcohol? (Y) N | Is inmate under obvious influence of drugs? Y N | Any visible signs of alcohol or drug withdrawal symptons? Y (N) |
| Does inmate suggest risk of suicide? Y (N) | Do you consider inmate an escape risk? Y (N) | |

Observations

**WOULD NOT ANSWER QUESTION ON INFLUENCE OF DRUGS**

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Hepatitis | (Y) N | Heart Disease | Y (N) | Mental/Emotional Upset | (Y) N |
| Tuberculosis | Y (N) | Hypertension | Y (N) | Attempted Suicide | Y (N) |
| Sexually Transmitted Disease | Y (N) | Epilepsy/Convulsions | Y (N) | Asthma/Emphysema | Y (N) |
| Ulcers | Y (N) | Hemophiliac (bleeder) | (Y) N | Cancer | Y (N) |
| Kidney Trouble | Y (N) | Aids/Exposed to Aids | Y (N) | Diabetes | Y (N) |
| DT's | Y (N) | Skin Problems | Y (N) | Use Insulin | Y (N) |
| Drug Addiction | Y (N) | Alcholism | Y (N) | Mental Illness | Y (N) |
| Recent Head Injury | Y (N) | Coughed/Passed Blood | Y (N) | Recent Hospital Patient | Y (N) |
| Recent Treatment | Y (N) | Use Needles | (Y) N | False Limbs/Teeth | Y (N) |
| Contagious Disease | Y (N) | Pregnant/Recent Delivery | Y (N) | | |

Doctors Name and Address

**NO**

Health Insurance

**NO**

Special Diet

**NO**

Prescriptions/Medications

**NO**

Drug Allergies

**NO**

Descriptions

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature  X Refused

Date: _____   Time: _____

Officers's Signature  CJ006 Bill Blu
CJ006 BLUE, BILL

Date: 5-3- 05   Time: 2215

# MEDICAL STAFF RI ___ ING SCREENING FORM

Southern Health Partners,

LAST NAME: _Burgett_  FIRST NAME: _Al_  MIDDLE: _Everitt_  INTAKE DATE: _5/3/05_  SCREENING DATE: _5/4/03_  TIME

PREVIOUS INCARCERATIONS:

SEX  SOCIAL SECURITY NO. _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_  DOB _1-15-_

CURRENT INSURANCE COVERAGES?    CURRENTLY UNDER PHYSICIAN'S CARE FOR CHRONIC CONDITION:

**VISUAL / MEDICAL OBSERVATION:** *(Explain all "Yes" Answers)* Circle Y or N:

| | YES |
|---|---|
| Is inmate unconscious or showing visible signs of illness, injury, bleeding, pain, or other symptoms suggesting the need for immediate emergency medical referral? If yes: | Y |
| Are there any visible signs of fever, jaundice, skin lesions, rash, or infection: cuts, bruises, or minor injuries; needle marks, body vermin? If yes: | Y |
| Does the inmate exhibit any signs that suggest the risk of suicide, assault, or abnormal behavior? If yes: | Y |
| Does the inmate appear to be under the influence of, or withdrawing from drugs or alcohol? If yes: | Y |
| Is the inmate's mobility restricted in any way due to deformity, cast, injury, etc. If yes: | Y |

**ASK THE INMATE THESE QUESTIONS:** *(Explain all "Yes" answers)*

| | |
|---|---|
| Have you had or been treated for: (circle as appropriate) asthma, diabetes, epilepsy, heart condition, high blood pressure, mental health problems, seizures, ulcers, or other conditions? Other: | Y |
| Have you taken or are you taking any medication(s) prescribed for you by a physician? If yes: | Y |
| Are you allergic to any medications, foods, plants, etc.? If yes: | Y |
| Have you fainted or had a head injury within the last 72 hours? If yes: | Y |
| Do you have or have you been exposed to AIDS, hepatitis, TB, VD, or other communicable disease? If yes: _yes — needles + sexual contact last wk._ | (Y) |
| Have you been hospitalized by a physician or psychiatrist within the last year? If yes: | Y |
| Have you ever considered or attempted suicide? If yes: | Y |
| Do you have a painful dental condition? If yes: _dental caries_ | (Y) |
| Are you on a specific diet prescribed by a physician? If yes: | Y |
| Do you use drugs? How often? _acc ETOH use_ What kind? Last time? How much? | (Y) |
| Do you use alcohol? How often? _occasional_ What kind? _coke, pot_ Last time? How much? _4 days ago_ | (Y) |
| Females: LMP Date: Are you pregnant, recently delivered or aborted; on birth control pills; having abdominal pain or discharge? _N/A_ If yes: | |

**NOTE VITAL SIGNS:**

| Respiration: 18 | Pulse: 88 | Temperature: 97° | Blood Pressure: 133/78 |
|---|---|---|---|

HAVE ALL CONCERNS FROM OFFICER INTAKE FORM BEEN ADDRESSED WITH INMATE? _yes_

ARE ALL STATED CHRONIC CONDITIONS NOTED: _yes_

PPD IMPLANTED? _Y_ OR N   ARM LOCATION: _R_ OR L   IS H&P SCHEDULED FOR 14 DAYS: _yes_

REMARKS: _____

*I have answered all questions truthfully. I have been told and shown how to obtain medical services and advised on how to obtain medication up hereby give my consent for professional services to be provided to me by and through Southern Health Partners, Inc.*

Inmate's Signature: X _Al Burgett_  Date: _5/4_

Interviewer's Signature and Title: _____  Date: _5/4_

| Covington County Sheriff | **MEDICAL SCREENING FORM** | Booking Number |
|---|---|---|
| Printed: Wed Jun 08, 2005 | **AL EVERITT BOYETT (S416081511)** | 200008027 |
| | | Booking Date |
| | | JUNE 7th, 2005 |

## ADMISSION OBSERVATIONS

| | | |
|---|---|---|
| Is inmate conscious? **Y** N | Is inmate capable of responding? **Y** N | Can inmate walk on own? **Y** N |
| Any difficulty breathing? Y **N** | Is inmate hostile/aggressive? Y **N** | Any visible signs of trauma, bleeding, wounds or illness? Y **N** |
| Did arrest result in injury? Y **N** | Any fever, swollen lymph nodes, or jaundice? Y **N** | Is skin in good condition and free of vermin? **Y** N |
| Is inmate under obvious influence of alcohol? Y **N** | Is inmate under obvious influence of drugs? Y **N** | Any visible signs of alcohol or drug withdrawal symptons? Y **N** |
| Does inmate suggest risk of suicide? Y **N** | Do you consider inmate an escape risk? Y **N** | |

Observations        INMATE APPEARS FINE AT TIME OF INTAKE

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| | | |
|---|---|---|
| Hepatitis **Y** N | Heart Disease Y **N** | Mental/Emotional Upset Y **N** |
| Tuberculosis Y **N** | Hypertension Y **N** | Attempted Suicide Y **N** |
| Sexually Transmitted Disease Y **N** | Epilepsy/Convulsions Y **N** | Asthma/Emphysema Y **N** |
| Ulcers Y **N** | Hemophiliac (bleeder) Y **N** | Cancer Y **N** |
| Kidney Trouble Y **N** | Aids/Exposed to Aids Y **N** | Diabetes Y **N** |
| DT's Y **N** | Skin Problems Y **N** | Use Insulin Y **N** |
| Drug Addiction Y **N** | Alcholism Y **N** | Mental Illness Y **N** |
| Recent Head Injury Y **N** | Coughed/Passed Blood Y **N** | Recent Hospital Patient Y **N** |
| Recent Treatment Y **N** | Use Needles Y **N** | False Limbs/Teeth Y **N** |
| Contagious Disease Y **N** | Pregnant/Recent Delivery Y **N** | |

Doctors Name and Address
        NONE

Health Insurance
        NONE

Special Diet
        NONE

Prescriptions/Medications
        NONE

Drug Allergies
        NONE AWARE OF

Descriptions
        INMATE APPEARS FINE AT TIME OF INTAKE

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _____  Date: _____  Time: _____

Officers's Signature _____  Date: _____  Time: _____
        CJ012  PORTREY, CLIFF

# ΞEDICAL STAFF RECEIVING SᴄᴿEENING FORM

Sᴏᴜᴛʜem Health Partners, inc

[NAME] **Boyett**  FIRST NAME  **Al**  MIDDLE  **Everett**  INTAKE DATE **6/4/05**  SCREENING DATE **6/8/05**  TIME **0745**

PREVIOUS INCARCERATIONS:

SEX  SOCIAL SECURITY NO. **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**  DOB **1-5-65**

KRENT INSURANCE COVERAGE(S)?  **Mone**

CURRENTLY UNDER PHYSICIAN'S CARE FOR CHRONIC CONDITION  **NO**

## VISUAL / MEDICAL OBSERVATION: (Explain all "Yes" Answers) Circle Y or N:

| | YES | NO |
|---|---|---|
| ¡nmate unconscious or showing visible signs of illness, injury, bleeding, pain, or other symptoms suggesting the need for immediate emergency medical referral? yes: | Y | N |
| ᴀ.e there any visible signs of fever, jaundice, skin lesions, rash, or infection: cuts, bruises, or minor injuries, needle marks, body vermin? yes: | Y | N |
| ᴅoes the inmate exhibit any signs that suggest the risk of suicide, assault, or abnormal behavior? yes: | Y | N |
| ᴅoes the inmate appear to be under the influence of, or withdrawing from drugs or alcohol? yes: | Y | N |
| ᴵs the inmate's mobility restricted in any way due to deformity, cast, injury, etc. yes: | Y | N |

## ᴀSK THE INMATE THESE QUESTIONS: (Explain all "Yes" answers)

| | YES | NO |
|---|---|---|
| ᴴave you had or been treated for: (circle as appropriate) asthma, diabetes, epilepsy, heart condition, high blood pressure, mental health problems, seizures, ulcers, or other conditions? other: | Y | N |
| ᴴave you taken or are you taking any medication(s) prescribed for you by a physician? yes: | Y | N |
| ᴀe you allergic to any medications, foods, plants, etc.? yes: | Y | N |
| ᴴave you fainted or had a head injury within the last 72 hours? yes: | Y | N |
| ᴅo you have or been exposed to AIDS, hepatitis, TB, VD, or other communicable disease? yes: *hepatitc C, (R) back due to lifting, active - herniated disc* | Y | N |
| ᴴave you been hospitalized by a physician or psychiatrist within the last year? *Dr. Johnson Redland* | Y | N |
| ᴴave you ever considered or attempted suicide? yes | Y | N |
| ᴅo you have a painful dental condition? yes: *Caries* | Y | N |
| ᴀe you on a specific diet prescribed by a physician? yes: | Y | N |
| ᴅo you use drugs? How often? *wkly*  hat kind? *Meth, Cocaine, marijuana, Lortabs*  Last time? *3-4 days ago meth with tab*  How much? | Y | N |
| ᴅo you use alcohol? How often? *off/on*  hat kind? *beer*  Last time? *2 days*  How much? *6 pk* | Y | N |
| ᴴemales: LMP Date. | | |
| ᴀe you pregnant, recently delivered or aborted; on birth control pills; having abdominal pain or discharge? yes: | Y | N |

## ᴺOTE VITAL SIGNS:

ᴿespiration: **90**   Pulse: **107**   Temperature: **97.4**   Blood Pressure **107/78**

ᴴAVE ALL CONCERNS FROM OFFICER INTAKE FORM BEEN ADDRESSED WITH INMATE? **Yes**

ᴬRE ALL STATED CHRONIC CONDITIONS NOTED: **Yes**

ᴾᴅ IMPLANTED?  Y or (N)  ARM LOCATION: R OR L   IS H&P SCHEDULED FOR 14 DAYS. **Yes**

ᴿEMARKS: *Denies being hemophilia*

ᴵave answered all questions truthfully. I have been told and shown how to obtain medical services and advised on how to obtain medication upon release reby give my consent for professional services to be provided to me by and through Southern Health Partners, Inc

ᴵnmate's Signature  *Al Boyett*

ᴿerviewer's Signature and Title  *Gyens LPN*   Date **6-8-05**   Date **6-8-05**



SOUTHERN
HEALTH
PARTNERS

# INMATE SICK CALL SLIP – MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the corre officer and/or medica staff for submission and review by the medical staff. The medical staff will arrange for yo seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay sys this facility.

Today's Date: 6-13-05   Pod/Location: 13   Cell: Floor   ID#

Inmate's Full Name: Al E Boyett

Complaint/Problem: Ear Infection

How long have you had this problem? 6-12-05

Inmate's Signature: Al Boyett   Date: 6-13-05

\* \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \*

## *TO BE COMPLETED BY MEDICAL STAFF:*

Note Patient's Vital Signs:   Temp 97³   Resp 18   Pulse 71   B/P 114/67

Instructions/Assessment: Document your findings, inmate's responses/actions

c/o of feeling stop up B/P Ears
Noted Ear wax build up in Dear —
(1) Ear Wax removal Kit
5-10 drops BID x 4 da
(2) ref don't return to me
SO Dr MR

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required?  If checked, date to be seen again
☐ Chronic Condition
☑ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 6/14/05   Seen by

*Place original form in patient's medical record.*

6-17-05. Returned c c/o earache. Red swollen inside. Amoxicillin



**SOUTHERN HEALTH PARTNERS**

# INMATE SICK CALL SLIP – MEDICAL REQUEST

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the cor officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for y seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay s this facility.

Today's Date: 6-17-05  Pod/Location: B Block  Cell: B-7  ID# _____

Inmate's Full Name: Al Boyett

Complaint/Problem: My ear poped and is throbing and I need to see the doctor imedimently

How long have you had this problem? Since Tuesday of this week Is when it started.

Inmate's Signature: Al Boyett  Date: 6-17-05

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:  Temp 96-8  Resp 20  Pulse 78  B/P 106/64

Instructions/Assessment: Document your findings, Inmate's responses/actions _____

Refer to M.D.
Both ears impacted c wax (Earwax kit Not w
Ibuprofen 800 mg. i PO BID x 7 day
Leg cramps ( No charge f up visit )
R quad. ab___

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again _____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 6/18/05  Seen by: _____

Place original form in patient's medical record.

Southern Health Partners, Inc.
## ADMISSION DATA / HISTORY AND PHYSICAL FORM

Exam Date: 6/19/05          S.S.#: 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          ID#: _____

Inmate Name: Boyett _____ Al _____ Everitt          Date Booked: _____
　　　　　　　　(Last)　　　　　(First)　　　(Middle)

Alias: _____ _____ _____          County: _____
　　　　(Last)　　(First)　　(Middle)

Address: _____          
　　　　　(Street)

Telephone: _____          Birthdate: 1-15-65          Religion: _____
　　　　　　　　　　　　　　(City)　　　　(State)　　　(Zip)

Education Completed: _____          Special Education: _____

Marital Status: S  M  W  (D)  Separated          Read/Write English: YES  NO  Other: _____

Previous Incarcerations: (Facility/Date) _____

## MEDICAL HISTORY

Notify in Emergency: _____

Address: _____ _____
　　　　　(Street)　　　(Name)

Health Insurance: _____          Phone: _____
　　　　　　　　　(City)　(State)　(Zip)　　(Relationship)

Family Physician: _____
　　　　　(Type of Insurance)

　　　　(Name)　　(Street Address)　　(City)　(State)　(Zip)　(Policy Number)

Past Hospitalizations (include surgeries): Vehicle accident 1996
　　　　(Location)　　　　(Street Address)　　(City)　(State)　(Zip)　(Phone Number)

Head Injury with Loss of Consciousness: Yes  Last Tetanus: _____  Immunization: _____

Allergies: Vehicle accident

Current Medication(s): _____

## MENTAL HEALTH EVALUATION

Hospitalization for Mental Health Reasons: YES  NO  If Yes, Why: Mental dest done

Where: Cexy Mental Health  M  AL  When: 1996
　　　(Location)　　　(Street Address)　(City)　(State)　(Zip)　　(Date)

Psychotropic Meds (Specify type and last dose): Nerve meds

Prior Counseling/Out-Patient Treatment for: Nes

Where: Andalusia Mental Health due to vehicle accident  When: _____
　　　(Location)　　(Street Address)　(City)　(State)　(Zip)　　(Date)

Have you ever attempted suicide? NO  How: _____  When: _____

Have you recently considered committing suicide? NO  When: _____

Do people consider you a violent person? NO

Have you ever been arrested for a violent crime/sexual offense? (Specify) Domestic violence  July 05
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Date)

Street drugs: Meth  marajuana  Al Boyett          Smoker: Yes  Etoh: NO
　　　　　　　(Type)　(How Often)　(How Long)　　　　　　(Type)

Inmate's Signature: Al Boyett

Interviewer's Signature: L. Wario LPN          Date: 6/19/05

Witness: (if physical is refused): _____          Date: 6/19/05

　　　　　　　　　　　　　　　　　　　　　　　Date: _____

# MEDICAL HISTORY & PHYSICAL ASSESSMENT

| Problems | Yes | No | Problems | Yes | No | Problems | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Vision _Reading_ | ✓ | | Hypertension | | ✓ | Gonorrhea | | ✓ |
| Hearing | ✓ | | Anemia | | ✓ | Syphilis | | ✓ |
| Balance/Dizziness | ✓ | | Blood | | ✓ | Muscle Problem | ✓ | _leg & toe cramps_ |
| Blackouts | | ✓ | Stomach Pain _(?) ulcer_ | ✓ | | Joint Problem | | ✓ |
| DT's | | ✓ | Heartburn | | ✓ | Arthritis | | ✓ |
| Headaches | | ✓ | Ulcer | | ✓ | Other | | ✓ |
| Seizures | | ✓ | Nausea/Vomiting | | ✓ | Other | | |
| Nervous Disorder | | ✓ | Gall Bladder | | ✓ | Regular Menstrual Period | | |
| Throat | | ✓ | Liver | | ✓ | Irregular Menstrual Period | | |
| Teeth _caries_ | ✓ | | Hepatitis | | ✓ | # of days Menstrual Period | | |
| Asthma | | ✓ | Diabetes | | ✓ | LMP | | |
| Hay Fever | | ✓ | Kidney Disease | | ✓ | Gravida/Para | | |
| Pneumonia | | ✓ | Bladder Infection | | ✓ | Last Pap | | |
| Tuberculosis | | ✓ | Trouble Voiding | | ✓ | Contraception | | ✓ |
| Heart | | ✓ | Pediculi (lice) | | ✓ | Other | | |

## EXAM:

Age____ Sex _M_ Race _W_ Ht. _5'7_ Wt. _150_

Pulse _81_ BP _113/74_ Temp. _95.7_ Resp. _20_

| Area/Type | N | A/Comment | Area/Type | N | A/Comment |
|---|---|---|---|---|---|
| Skin: Color / Condition / Turgor / Recent Inj. | ✓ | | Chest (Breasts): Configuration / Auscultation / Respirations / Cough/Sputum | | _cl lungs_ |
| Head: Glasses / Pupils / Sclera / Conjunctiva / Vision | | _Reading difficulty_ | Heart: Auscultation / Radial pulses / Apical pulse / Rhythm | ✓ | |
| Ears: Appearance / Canals / Hearing | | _impacted = wax_ _decreased pain both ears_ | Extremities: Pulses / Edema / Joints | | _leg & toe cramps_ |
| Mouth: Teeth/Gums / Dentures / Plates / Throat / Tongue / Tonsils | ✓ | | Abdomen: Shape / Palpation / Hernia / Bowel Sounds | ✓ | _(R) upper quad. abd._ _pain_ _mid-ab pain_ _epigastric_ |
| Nose | ✓ | | Spine | ✓ | |
| Neck: Veins / Mobility / Thyroid / Carotids / Lymph / nodes | ✓ | | Genital/Urinary System | ✓ | |

## LABORATORY TESTS

| | Date & Initial | Results |
|---|---|---|
| Was PPD planted and read timely? | | |
| VDRL / RPR | | |
| Other Lab Tests needed: | | |
| Pregnancy Test? | | |

## MENTAL HEALTH OBSERVATION

| | N | A/Comment |
|---|---|---|
| Orientation (person, place, time) | ✓ | |
| General appearance (motor behavior, mannerisms | ✓ | |
| Affect (mood) | ✓ | |
| Content of thought, history of suicide, present thoughts of suicide | ✓ | |

Physical Examiner's Signature: _____ LPN

Physician's Signature: _____ _Suggs MD on 10/20/05_   Date: _6/19/05_

6-17-05    Al. Bayett _____ L.5-65 .... 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

6/17/05  Ear Canal red & swollen c/o pain in ear. Started on Amoxicill
500 mg ī p.o BID X 7 days. Cont. ē ear wax removal - S.o Dr. McWhorter RL

6/22/05  Seen by Dr. McWhorter. C/o abs. pain
problems ē impated ear wax. Flu
Order Baxtal 150mg. BID. Colace
q HS #6 both ears g.d.



**SOUTHERN HEALTH PARTNERS**

# INMATE SICK CALL SLIP – MEDICAL REQUEST

***TO BE COMPLETED BY INMATE:*** Please complete the top half of the Sick Call Slip and return it to the co
officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for
seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay s
this facility.

Today's Date: 6-24-05  Pod/Location: B Block  Cell: _____  ID# _____

Inmate's Full Name: Al E Boycff

Complaint/Problem: Ear are getting worse instead of
Better    follow up

How long have you had this problem? 2 weeks

Inmate's Signature: Al Boyctt                      Date: 6-24-05

\* \* \* \* \* \* \* \* \*  \* \* \* \* \* \* \* \* \*  \* \* \* \* \* \* \* \* \*  \* \* \* \* \* \* \* \* \*  \* \* \* \* \* \* \* \* \*  \* \* \* \* \* \* \* \* \*  \* \* \* \* \* \* \*

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:    Temp_____    Resp_____    Pulse_____    B/P_____

Instructions/Assessment: Document your findings, inmate's responses/actions_____

Referred to M.D

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again_____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical:_____    Seen by: Q Calvin Brm

*Place original form in patient's medical record.*

COVINGTON COUNTY JAIL
INAMTE REQUEST/GRIEVANCE FORM

NAME: _Al Royett_____     BLOCK: _B___ DATE: _6-28-05_

TELEPHONE CALL     CUSTODY CHANGE  ( ) PERSONAL PROBLEM

SPECIAL VISIT     ( ) TIME SHEET  (✓) OTHER   ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE, THEN PRESENT TO C/O

■ REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO :
SHERIFF    CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLIAN

F GRIEVANCE  STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Doctor It seem's that every thing you've
tried hasn't worked for my ear's and I wish you
would let me see a doctor that could take
care of it this has been going on over 2 weeks
and I need some kind of relief from the pain that
it is causing

DO NOT WRITE BELOW THIS LINE — FOR REPLY ONLY:

APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

# SOUTHERN RADIOLOGY SERVICES, LLC

ALABAMA / MISSISSIPPI
· 1-800-645-8183

**PLEASE PRINT**

Please Indicate Patient Status
- Medicare Part A Patient (Skilled)
- ✓ 3rd Party (Non-Skilled)
- VA Patient
- Employee

PATIENT: _____ Last _____ First _____ MI

**RESPONSIBLE PARTY INFORMATION**
(MUST BE COMPLETED FOR ALL PATIENTS)

DOB: 1-15-65    SEX (M) F    ROOM # C    CODE

NAME Souther Health Partner    PHONE # (   )

FACILITY Cow Moxility Jail

ADDRESS 3212 Ringgold Rd # 364

PHONE 334.423.2640    FAX 334.428.2055

CITY: Chattanooga    STATE: TN    ZIP 37412

SSN# 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

MEDICARE #:    CODE

MEDICAID #:    CODE

INSURANCE    CODE

PATIENT SIGNATURE: _____

Patient's or Authorized Person's Signature  I authorized the release of any medical or other information necessary to process this claim. I request payment of government/insurance benefits be made to the provider performing services.

INSURANCE #:    PRE CERTIFICATION #

✗ Patient Unable to Sign

**EXAMS REQUESTED: Please Mark Each Clearly**

**X-RAY EXAMS**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 74000 | Abdomen, 1 View | | 73520 | Hip, Min 2 Views w/Pelvis  L  R | | 73590 | Tibia/Fibula, 2 Views  L  R |
| 73600 | Ankle, 2 Views (AP 7 LAT)  L  R | | 73510 | Hip, Comp Min 2 Views  L  R | | 73100 | Wrist, 2 Views  L  R |
| 73610 | Ankle, Comp Min 3 Views  L  R | | 73080 | Humerus, Min 2 Views  L  R | | 73110 | Wrist, Min 3 Views  L  R |
| 73650 | Calcaneus (Heel), 2 Views  L  R | | 73560 | Knee, 2 Views  L  R | | | OTHER |
| 71010 | Chest, 1 View (AP) | | 73562 | Knee, 3 Views (no OBLO)  L  R | | | OTHER EXAMS  L  R |
| | | | 70160 | Nasal Bones, Comp Min 3 Views | | | |
| 71111 | Chest With Ribs, 4 Views | | 72170 | Pelvis, 1 View | | | |
| 73000 | Clavicle, Complete | | 71100 | Ribs, 2 Views  L  R | | 93000 | EKG    Pacemaker  Y  N |
| 73070 | ELbow, 2 Views  L  R | | 72220 | Sacrum/Coccyx, Min 2 Views | | 95819 | EEG |
| 73080 | Elbow, Comp 3 Views  L  R | | 73030 | Shoulder, Min 2 Views  L  R | | | |
| 73550 | Femur, 2 Views  L  R | | 70210 | Sinuses, Less Than 3 Views | | | |
| 73620 | Foot, 2 Views  L  R | | | | | | |
| 73630 | Foot, Comp Min 3 Views  L  R | | 70250 | Skull, Less Than 4 Views | | | |
| 73090 | Forearm, 2 Views  L  R | | 72040 | Spine Cervical 2 Views | | | |
| 73120 | Hand, 2 Views  L  R | | 72100 | Spine, Lumbosacral 2 Views | | | |
| 73130 | Hand, Min 3 Views  L  R | | 72070 | Spine, Thoracic 2 Views | | | |

**DIAGNOSIS/SYMPTOM(S):  Please Mark ALL that apply**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 787 3 | Abdomen Distention (Flatulence) | | 496 | COPD, Chronic Obstructive Pulm Dis | | 560 9 | Obstruction, Intestinal |
| 787 5 | Abnormal Bowel Sounds | | 786 2 | Coughing | ✓ | | Pain in _____ |
| 413.0 | Angina | | | Dislocation of _____ | | 486 | Pneumonia, Confirmed |
| | Arthritis of _____ | | 780 4 | Dizziness | | 514 | Pneumonia, Probable |
| 429 2 | ASCVD, Arterosclerotic cardiovas Dis | | 787 2 | Dysphagia (Difficulty Swallowing) | | 795 5 | Positive Mantoux, PPD |
| 427 31 | Atrial Fibrillation | ✓ | 782 3 | Edema (Swelling) | | 518 4 | Pulmonary Edema, NOS |
| 507 0 | Aspiration | | 492 0 | Emphysema | | 515 | Pulmonary Fibrosis |
| 427.89 | Bradycardia | | 780 6 | Febrile (Feverish) | | 786 7 | Rales in Chest |
| | Bruise of _____ | | | Possible Fracture of _____ | | 786 09 | Shortness of Breath |
| 466.0 | Bronchitis, NOS | | 560 39 | Impaction | | 780 2 | Syncope & Collapse |
| | Carcinoma of _____ | | 518 3 | Infiltrate, Lung | | 785 0 | Tachycardia |
| 429 3 | Cardiomegaly | | 410 92 | Myocardial Infarction | | 011 90 | Tuberculosis |
| 786 50 | Chest Pain, Unspecified | | 787 01 | Nausea and Vomiting | | 519 8 | URI (Chronic) |
| 514 | Congestion, Chest | | | | | | |
| 428.0 | Congestive Heart Failure | | | | | | OTHER _____ |

PHYSICIAN'S SIGNATURE

Because of physical psychological and/or age limitations  this patient would find it difficult to receive this/these procedure(s) at a fixed site. I certify that this/these procedure(s) is/are medically necessary for the proper treatment of this patient

RADIOLOGIST:

PRELIMINARY REPORT:

NURSE'S SIGNATURE: V Calum Rn

ORDERING PHYSICIAN: New Aactur    First    Last    CODE

PHONE #: (   )

FAX: (   )

X-RAY #    TECH

DATE 8 16 05    #VIEWS 3

ARRIVE TIME 1105 Am    Q0092 # 1

DEPART TIME 1125    # PTS SEEN 1

_____

AM

TIME _____ PM

# SOUTHERN RADIOLOGY SERVICES, LLC
## X-RAY REPORT

| DATE | LAST NAME | FIRST NAME | MI |
|------|-----------|------------|-----|
| 8/16/2005 | BOYETTE | AL | |
| **D.O.B.** | **SEX** | **FACILITY** | |
| 1/15/1965 | M | SHP-COVINGTON COUNTY JAIL | |
| **ORDERING PHYSICIAN** | | **X-RAY NO.** | |
| MCWATER | | | |

### IMAGES OF THE LEFT HAND, 8/16/05

**HISTORY:** Edema.

Patient had trauma the week prior. Patient sustained a fracture to the neck of the fifth metacarpal without gross displacement. There is no dislocation noted either. No additional acute fracture is identified. There is a prominent spur at the distal end of the fifth digit proximal phalanx that could be related to the old trauma. No acute foreign bodies suggested.

**IMPRESSION:** Nondisplaced fracture of the distal fifth metacarpal.

_____

Vincent Martin, M.D./kmc

tt:    8/16/2005 12:48:12 PM
td:    8/16/2005 12:37:50 PM

**PROGRESS NOTES**

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

| Last Name | First Name | Attending Physician | Room No | Hosp. No. |
|---|---|---|---|---|

Date — Notes Should Be Signed by Physician

6/29/05  S — Inmate is C/O leg cramps

& leg cramps.   BP 80/53  P 97  R 18
Tmp 94.7

O  Ears — of fluid behind TM'S

A. Chronic complaints
leg cramps

R  ① Robaxin 750 cm  — tab BID
x 10 d
② Persantine 3R — tabs BID x 30 d

Refill X 2

Return for note  11/29/05

8/17/05  S — C/O fracture of @ hand
& Hep C.

T 97!
P-100
R 24
BP 135/100

O  Inmate informed that @ leg
may not heal properly & will be
sent back to orthopedist to reset

A 1) R/O fracture @ hand ② Anxiety
② Hep C

Dr. _____

Southern Health Partners, Inc.

# ADMISSION DATA / HISTORY AND PHYSICAL FORM

Exam Date: 8/25/05                    S.S.#: 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          ID#: _____

Inmate Name: Barnette _____ Al _____
                (Last)              (First)         (Middle)     Date Booked: 8-15-05

Alias: B _____                                                County: Cov
        (Last)              (First)         (Middle)

Address: 14960 Hosfact Rd __ Andalusia __ Al. __ 36420
          (Street)           (City)       (State)    (Zip)

Telephone: 222-5452      Birthdate: 1-15-65          Religion: Baptist

Education Completed: 9th _____       Special Education: _____

Marital Status: S  M  W  D  Separated    Read/Write English: YES  NO  Other: _____

Previous Incarcerations: (Facility/Date) 2005 - _____

## MEDICAL HISTORY

Notify in Emergency: Voncile McCart _____
                        (Name)

Address: 14692 Hosfact Rd Andalusia Al 36420    Handwritten
          (Street)    (City)    (State)  (Zip)   (Relationship)

Health insurance: Ø                              Phone: 222-5452
                   (Type of Insurance)

Family Physician: Dr. Vega Ugas __ Andalusia Al. 36420
                    (Name)        (Street Address)  (City)  (State)  (Zip)  (Policy Number)  (Phone Number)

Past Hospitalizations (include surgeries): Ø

                  (Location)        (Street Address)        (City)      (State)      (Zip)

Head Injury with Loss of Consciousness: Ø    Last Tetanus: 200.3    Immunization: _____

Allergies: Ø NKA

Current Medication(s): none

## MENTAL HEALTH EVALUATION

Hospitalization for Mental Health Reasons: YES  NO   If Yes, Why: Mental Breakdown

Where: Searcy Dauphin _____ Al. _____   When: March 1994
         (Location)     (Street Address)  (City) (State) (Zip)        (Date)

Psychotropic Meds (Specify type and last dose): Ø

Prior Counseling/Out-Patient Treatment for: Mental Health 1987

Where: Andalusia Al. 36420 _____   When: _____
         (Location)   (Street Address) (City) (State) (Zip)       (Date)

Have you ever attempted suicide: No  How: _____   When: _____
                                                              (Date)

Have you recently considered committing suicide? No

Do people consider you a violent person? Yes

Have you ever been arrested for a violent crime/sexual offense? (Specify) No

Street drugs: Molly Cocaine - Weed  1 yr  Smoker: Yes  Etoh: Yes
                (Type-Quantity)   (How Often)  (How Long)        (Type)        (Date)

Inmate's Signature: _____

Interviewer's Signature: Al Barnett Jr.                 Date: _____

Witness: (if physical is refused): O Colvin Jr.          Date: 8-25-05

                                                         Date: 8-25-05

# MEDICAL HISTORY & PHYSICAL ASSESSMENT

| Problems | Yes | No | Problems | Yes | No | Problems | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Vision | ✓ | | Hypertension | | ✓ | Gonorrhea | | ✓ |
| Hearing | | ✓ | Anemia | | ✓ | Syphilis | | ✓ |
| Balance/Dizziness | ✓ | | Blood | ✓ | | Muscle Problem | ✓ | |
| Blackouts | | ✓ | Stomach Pain | ✓ | | Joint Problem | ✓ | |
| DT's | | ✓ | Heartburn | ✓ | | Arthritis | ✓ | |
| Headaches | ✓ | | Ulcer | | ✓ | Other | | |
| Seizures | | ✓ | Nausea/Vomiting | | ✓ | Other | | |
| Nervous Disorder | ✓ | | Gall Bladder | | ✓ | Regular Menstrual Period | | |
| Throat | ✓ | ✓ | Liver | ✓ | | Irregular Menstrual Period | | |
| Teeth | ✓ | | Hepatitis | | | # of days Menstrual Period | | |
| Asthma | | ✓ | Diabetes | | ✓ | LMP | | |
| Hay Fever | | ✓ | Kidney Disease | | ✓ | Gravida/Para | | |
| Pneumonia | | ✓ | Bladder Infection | | ✓ | Last Pap | | |
| Tuberculosis | | ✓ | Trouble Voiding | | ✓ | Contraception | ✓ | |
| Heart | ✓ | | Pediculi (lice) | | ✓ | Other | | |

**EXAM:**     Age __40__  Sex _M_  Race _W_   Ht. _5'7"_  Wt. _145_

Pulse ____  BP ____  Temp. ____  Resp. ____

| Area/Type | N | A/Comment | Area/Type | N | A/Comment |
|---|---|---|---|---|---|
| Skin: Color, Condition, Turgor, Recent Inj. | | Tattoos both arms, back Chest- | Chest (Breasts): Configuration, Auscultation, Respirations, Cough/Sputum | ✓ | |
| Head: Glasses, Pupils, Sclera, Conjunctiva, Vision | ✓ | | Heart: Auscultation, Radial pulses, Apical pulse, Rhythm | ✓ | |
| Ears: Appearance, Canals, Hearing | ✓ | | Extremities: Pulses, Edema, Joints | ✓ | |
| Mouth: Teeth/Gums, Dentures, Plates, Throat, Tongue, Tonsils | | | Abdomen: Shape, Palpation, Hernia, Bowel, Sounds | ✓  ✓ | |
| Nose | ✓ | | Spine | ✓ | |
| Neck: Veins, Mobility, Thyroid, Carotids, Lymph nodes | ✓ | | Genital/Urinary System | ✓ | |

# LABORATORY TESTS

| | Date & Initial | Results |
|---|---|---|
| Was PPD planted and read timely? | 6/24/05 | neg |
| VDRL / RPR | N/A | |
| Other Lab Tests needed: | N/A | |
| Pregnancy Test? | | |

# MENTAL HEALTH OBSERVATION

| | N | A/Comment |
|---|---|---|
| Orientation (person, place, time) | ✓ | |
| General appearance (motor behavior, mannerisms | ✓ | |
| Affect (mood) | | |
| Content of thought, history of suicide, present thoughts of suicide | | none |

Physical Examiner's Signature: _____     Date: _8-25-05_

Physician's Signature: _____



SOUTHERN
HEALTH
PARTNERS

# INMATE SICK CALL SLIP – MEDICAL REQUEST

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the correct officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay syste this facility.

Today's Date: 9-3-05  Pod/Location: C Black  Cell: _____  ID# _____

Inmate's Full Name: Al Boyett JR

Complaint/Problem: Sore's on butt pain almost impossible to stand and there is drainage at times

How long have you had this problem? More than a week

Inmate's Signature: Al Boyett            Date: 9-3-05

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:  Temp 98.8  Resp 16  Pulse 64  B/P 108/70

Instructions/Assessment: Document your findings, Inmate's responses/actions

See above - C/o sore's in tant area II (pus) + drainage), pus + drainage noted, Orle's Doxycycline 100mg PO Bid x 10 days, Ibu 800 PO Bid x 10 days, Nitriclens 3x wk.

SD: Dr McElholm
(s)Williams LPN

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again: as needed
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 9-3-05      Seen by: (s)Williams LPN

Place original form in patient's medical record.

**PROGRESS NOTES**

| Last Name | First Name | Attending Physician | | Room No. | Hosp. No. |
|---|---|---|---|---|---|

| Date | Notes Should Be Signed by Physician |
|---|---|

9-7   T-96.8   P-74   R-16   BP - 102/70

S— Has Hep C

O— Has lab results revealing
    + Hep C.

A— H/O Hep C

P— May see his own MD for
    his own expense

    [signature]
    9/7/05



**SOUTHERN HEALTH PARTNERS**

# INMATE SICK CALL SLIP – MEDICAL REQUEST

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the corr officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for yo seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay sy. this facility.

Today's Date: _10 - 7 - 05_  Pod/Location: _C Block_  Cell: _____ ID# _____

Inmate's Full Name: _Al Boyett_

Complaint/Problem: _I have a boil or bite own inner thigh_

How long have you had this problem? _A week or more_

Inmate's Signature: _Al Boyett_  Date: _10 - 7 - 05_

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:    Temp_____  Resp _18_  Pulse _84_  B/P _104/65_

Instructions/Assessment: Document your findings, Inmate's responses/actions_____

_Sores noted on groin area R & L_
_R side very large I redness or redness._
_c/o some pain - opt stat/ ① Bactrim DS ℈ pc_
_be seen on buttock also.      BID × 10_
_Hibiclens Shower weekly.    ② Doxycycline 100 mg_
                              _℈ po BID × 10_
☐ Received Orders – thru Treatment Protocols; via telephone order, via verbal order _③ cephalexin ℈ pc_
☐ Follow-Up Required? If checked, date to be seen again _MD to next ring_ _BID × 10_
☑ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: _10/7/05_  Seen by: _____

# Doctor/SICK CALL
# REFUSAL FORM

I, ___Al Boyett_____ (inmate name) understand

that my name is on the sick call list to be seen by Southern Health

Partners medical staff at Covington County Jail, and that I am

declining to be seen at this time. I further understand that it will

be documented as such in my medical file, and that my name will

NOT be added back to sick call, unless I submit another sick call

request.


___Al Boyett_____
**Inmate Signature**

___10/12/05___
**Date/Time**

_____
**Witness Signature**

___10/12/05___
**Date/Time**

_____
**Nurse Signature**

_____
**Date/Time Noted**

Southern Health Partners

**Distribution: Original-Nurse**

Revised:02/05/04

# COVINGTON COUNTY JAIL
## IN. TE REQUEST/GRIEVANCE FORM

NAME _Al Boyett_                     BLOCK _C Block_ DATE _10-21-05_

TELEPHONE CALL        CUSTODY CHANGE        , PERSONAL PROBLEM

SPECIAL .S        TIME SHEET    ( ⩗ ) OTHER    (  ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/C

F REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
SHERIFF    CHIEF JAILER (  ) JAILER (  ) RECORDS OFFICE ,  CHAPLIAN

F GRIEVANCE  STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

_Dr Mc Wherter_ sic
_Would you please set An Appointment for an RNA
Test for HCV so I may have proper medicail Attention
A waiting your speedy reply._

10/24/05
_inmate requesting Hep. C profile to determine
his stag of D₂._

_____

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

APPROVED  ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

5-NOV-2005    22:20      LabOne, Inc.                                      Page    1

**LabOne**    10101 Renner Boulevard
              Lenexa, KS 66219          *For Customer Service, call 1-800-646-7788*

Site #: 0100177853      Report: 1/1    Distribute to: .

```
      PATIENT: BOYETT, AL                      ACCOUNT: EBV3
      CLIENT PATIENT ID: ?                     REF DR: UNKNOWN
      REQ NUMBER: 89482338-16
      ID OR ROOM NO: UNKNOWN
PAGE  DOB/AGE: Jan 15 1965/40 YEARS
  1   SEX: U    FASTING: YES       HRS:
      DATE/TIME COLL: Nov 01 2005 03:50 PM
      DATE RECEIVED:  Nov 03 2005 04:50 AM
      DATE REPORTED:  Nov 04 2005             SHP COVINGTON COUNTY JAIL
      DATE RE-SENT:   Nov 05 2005             290 HILLCREST DR
      REPORT STATUS:  FINAL REPORT            ANDULUSIA, AL 36420
```

RESULT NAME                    IN RANGE   OUT OF RANGE      REFERENCE   UNITS
Gender not specified, reference ranges default to male where applicable.
------------------------------------------------------------------------------
HEPATITIS TEST

 HEPATITIS C Ab                        .     POSITIVE        NEGATIVE
------------------------------------------------------------------------------
 HIV TYPES 1/2 AB EIA          NEGATIVE                      NEGATIVE
------------------------------------------------------------------------------

If this test is ordered as a follow-up test on a patient with a reactive rapid
HIV antibody result, CDC recommends supplemental testing with Western blot,
even if the EIA result is negative.

                    END OF REPORT FOR BOYETT, AL

SOUTHERN
HEALTH
PARTNERS

## INMATE SICK CALL SLIP – MEDICAL REQUEST

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay for this facility.

Today's Date: _11 - 1 - 05_   Pod/Location: _C Block_   Cell: _____   ID# _____

Inmate's Full Name: _Al E Boyct + JR_

Complaint/Problem: _Risen's are coming back on me I Also_
_have a brown spot on Leg that is spreading And_
_has reached other Leg._

How long have you had this problem? _Over A Week_

Inmate's Signature: _Al Boyett_                                      Date: _11-01-05_

## TO BE COMPLETED BY MEDICAL STAFF:

Take Patient's Vital Signs:      Temp_____   Resp_____   Pulse_____   B/P_____

Instructions/Assessment: Document your findings, Inmate's response, etc.    S- See above

O- inmate has areas on his leg and buttocks

A- inmate has Chronic hx as well is hep C

P- Doxycyline 100mg BID X 10D, Bactrim DS + po BID
X10D IBU 800mg BID X 10D, Tums ii BID prn

- Received Orders – thru Treatment Protocols: via telephone order: _____
- Follow-Up Required? If checked, date to be seen again _____
- Chronic Condition
- Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: _11/1/05_   Seen by: _____

## Physician's Orders

Southern Health Partner's, Inc

Inmate Name: Boyette AL
SS#: _____
DOB: _____
Allergies: _____

*Facility:*
Covington
County
Jail

| Date: 11/7/05 | Date: |
|---|---|
| Miconazole cream to Genital area BID S.O. Dr. me \_\_\_\_\_ | |
| M.D. Sig: | M.D. Sig: |
| Date: | Date: |
| | |
| M.D. Sig: | M.D. Sig: |
| Date: | Date: |
| | |
| M.D. Sig: | M.D. Sig: |
| Date: | Date: |
| | |
| M.D. Sig: | M.D. Sig: |

# MEDICATION ADMINISTRATION RECORD


(B)

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Earwax removal
Kit vac ais
druse          6/14/05

Amoxicillin 500 mg 1 po
BID x 7 day

6-17          6-24

Ibuprofen 800 mg
1 PO BID x 7 days

Zantac 150 mg BID

Colace 1 H.S. to both
ears

Robaxin 750 mg 1
BID x 10 days
6-24-05

ecnamine SR 1 Cap BID
30 day

05 (Refix x a)

CTHING FOR: Cuit DE
Dr. McThanton

NKA

caid Number    Medicare Number    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

Approved By Doctor:
By:
D.O.B.

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | (grid 1–30) |
|---|---|---|

Zantac 150 mg
Q. Bid

Robaxin 750 mg t Q o.
BID x 10 days

Deconamine SR t Cap
BID x 30 days
(Refill x 2)

Bactrim DS t Q. BID
x 7 Days



AFFIXING FOR: 7-1-05     THROUGH 2-31-05

Physician: Dr. W. Charles

Allergies: NKA

Telephone No.

Alt. Telephone

Rehabilitative Potential

Medical Record No.

Medicaid Number     Medicare Number:
UHc 08-15-71

Approved By Doctor:
By:
Title:     Date:

# MEDICATION ADMINISTRATI[illegible] RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bactrim DS 1 po B1D x 10 | AM | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 10/7/05 – 10/17/05 | PM | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| Doxycline 100 mg 1 po B1D x 10 | AM | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 10/7/05 – 10/17/05 | PM | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| [illegible] 1 po B1D x 10 | AM | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 10/7/05 – 10/17/05 | PM | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| Nizoral Shampoo 3 x wkly | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| Lotion [illegible] | [illegible] | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| [illegible] | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | [illegible] | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

[illegible]RTING FOR 10/7/05 THROUGH 10/31/05

[illegible]ysician

[illegible] Physician Dr McWhorter

Telephone No.

Medical Record No

Alt. Telephone

[illegible]rgies NKDA

Rehabilitative Potential

[illegible]nosis

[illegible]edicaid Number

Medicare Number 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

Approved By Doctor:

By:

Title:

Date: