IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AL EVERITT BOYETT, JR., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.: 2:05-CV-966-D |
| | ) |
| ANTHONY CLARK, SHERIFF, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## AMENDED ANSWER

COME NOW Anthony Clark Sheriff of Covington County, and Kevin Smith, former Interim Jail Administrator of the Covington County Jail, defendants in this action (hereafter, "Defendants"), and respond to the Complaint filed by Plaintiff in the above-styled cause and deny the additional allegations and inferences in the Plaintiff's Amended Complaint in their entirety. Defendants adopt and incorporate their Answer previously filed in this action.

## AFFIRMATIVE DEFENSES

1. Plaintiffs adopt and incorporate all affirmative defenses previously filed in this action.

2. Defendants reserve the right to add additional defenses upon a complete investigation of Plaintiff's claims, completion of any discovery allowed, and if any further pleading is required or allowed by the Court.

WHEREFORE, PREMISES CONSIDERED, Defendants request this Court to enter judgment in their favor and grant unto them costs and attorney's fees pursuant to law and 42 U.S.C. § 1988.

1

Respectfully submitted on this the 15th day of March, 2006.

        **s/Scott W. Gosnell**
        SCOTT W. GOSNELL, Bar Number: GOS002
        Attorney for Defendant
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Road
        P.O. Box 240909
        Montgomery, Alabama 36124
        Telephone: (334) 262-1850
        Fax: (334) 262-1889
        E-mail: sgosnell@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 25th day of March, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and served the following by U.S. Mail:

        Al Everitt Boyett
        AIS 242728
        300 Fountain
        Atmore, Alabama 36503

        s/Scott W. Gosnell
        OF COUNSEL