IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

AL EVERITT BOYETT, JR.,
  PLAINTIFF

V.

ANTHONY CLARK, SHERIFF, ET AL.,
  DEFENDANTS

\* CIVIL ACTION NO. 2:05-CV-966-D

RECEIVED 2006 MAR 31 A 9:55

## MOTION TO STRIKE AFFIDAVITS AND DOCUMENTS SUBMITTED IN ANSWER AND SPECIAL REPORT

COMES NOW AL BOYETT JR, PRO SE IN THE ABOVE STYLED-CAUSE AND ASKS THIS HONORABLE COURT FOR FAVORABLE CONSIDERATION IN THIS MOTION AND SUBMITS THE FOLLOWING IN SUPPORT OF AS FOLLOWS:

1) THE PLAINTIFF FILED HIS COMPLAINT ON OCTOBER 7, 2005 AND HIS AMENDED COMPLAINT ON FEBRUARY 8, 2006.

2) ON FEBRUARY 13, 2006 THE COURT ORDERED THE DEFENDANTS TO FILE A ANSWER AND SPECIAL REPORT ADDRESSING THE ALLEGATIONS IN THE AMENDED COMPLAINT.

3) IN THAT ANSWER AND SPECIAL REPORT WERE THE SWORN AFFIDAVITS OF DR. MILLARD MCWHORTER, M.D., NURSE JAMIE MITCHELL, AND L.P.N. ANNETTE CAIN.

4) Federal Rules of Civil Procedure 56(E) are clearly explicit that for affidavits to be allowed into the record they must affirmatively show that the affiant is competent to testify.

5) Nowhere in the affidavit of Dr. McWhorter, Nurse Jamie Mitchell, or L.P.N. Annette Cain does it affirmatively show that they are competent to testify, thus, a jurisdictional defect exists prohibiting there entry into the record.

6) In this courts order to both parties filed on March 20, 2006. On page 2 of the order it reminds both parties the requirements for affidavits to be allowed in the record. It states in part:

"These affidavits show affirmatively that the affiant is competent to testify to the matters stated in the affidavit" (our emphasis)

7) These affidavits are highly prejudicial and some of the statements are outright lies and a fabrication to gain a tactical advantage in any judgment phase of the pleadings.

8) The person who compiled the medical records, L.P.N. Annette Cain, here affidavit states:

"These records were made at the time of the events referenced therein and where made and kept in the regular course of SHP's business"

NOWHERE IN HER AFFIDAVIT DOES IT STATE SHE WAS COMPETENT TO TESTIFY. THE PLAINTIFF ASKS THIS COURT TO CONSIDER THAT THE GRIEVANCE FORMS HE FILED WITH S.H.P. AND SUBMITTED IN THE PLAINTIFFS AMENDED COMPLAINT ARE CONVENIENTLY WITHHELD OR MISTAKENLY LEFT OUT, WHICH IN EITHER SITUATION WOULD CAST A SERIOUS DOUBT OF HER COMPETENCY TO TESTIFY AS TO THE ACCURACY OF THE ASSEMBLY OF SAID DOCUMENTS WITHOUT HER AFFIRMATIVELY STATING SO IN HER AFFIDAVIT

## PRAYER FOR RELIEF

WHEREFORE, THE PLAINTIFF PRAYS THIS COURT ORDER THE AFFIDAVITS OF DR. MCWHORTHER M.D., NURSE JAMIE MITCHELL, LPN ANNETTE CAIN BE DEEMS AS STRICKEN FROM THE RECORD WITH PREJUDICE AND ANY DOCUMENTS COMPILED BY ANNETTE CAIN LIKEWISE BE STRICKEN FROM THE RECORD WITH PREJUDICE FROM THERE ANSWER/SPECIAL REPORT.

DONE THIS 28th DAY OF March, 2006.

RESPECTFULLY SUBMITTED,

*Al E. Boyett Jr.*
AL E. BOYETT JR.

## CERTIFICATE OF SERVICE

I SWEAR I HAVE SENT A COPY OF THIS MOTION TO THE BELOW LISTED PARTIES BY PLACING A COPY IN THE U.S. MAIL FIRST CLASS POSTAGE AFFIXED THIS 28th DAY OF March, 2006.

_Al E. Boyett_
AL E. BOYETT

Lanier Ford Shaver & Payne P.C.
200 West Side Sq. Suite 5000
P.O. Box 2087
Huntsville, AL 35804

Scott Gosnell Esq.
Webb & Eley
P.O. Box 240909
Montgomery, AL 36124-0909