IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| AL EVERITT BOYETT, JR., #242 728 | * |
| Plaintiff, | * |
| v. | *  2:05-CV-966-ID |
| ANTHONY CLARK, SHERIFF, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiffs' Motion to Strike Defendants' Affidavits and Documents from the Record, and for good cause, it is

ORDERED that the motion (Doc. No. 30) be and is hereby DENIED.

Done this 4th day of April, 2006.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE