IN THE UNITED STATES DISTRICT COURT
FOR THE Middle DISTRICT OF ALABAMA
NORTHERN DIVISION

AL EVERITT BOYETT, JR.,
   PLAINTIFF

V.                                        CIVIL ACTION NO 2:05-CV-966-D

ANTHONY CLARK SHERIFF, ET AL.,
   DEFENDANT

RECEIVED 2006 APR 10 A 11:30 U.S. DISTRICT [COURT]

## AFFIDAVIT OF AL EVERITT BOYETT JR.

1) MY NAME IS AL EVERITT BOYETT JR., I AM OVER THE AGE OF 19 YEARS AND HAVE PERSONAL KNOWLEDGE OF THE FACTS CONTAINED HEREIN. I AM COMPETENT TO TESTIFY

2) ON August 15 2005 I Told THE STAFF OF Covington County Jail AND THE MEDICAL PERSONNEL OF Southern Health Care (SHP) THAT I WAS CONFIRMED OF HAVING THE HEPATITIS "C" INFECTION FROM MY FAMILY PHYSICIAN DR. VYAS

3) I ASKED THE MEDICAL PERSONNEL OF THE JAIL, NURSE JAMIE MITCHELL TO TREAT MY HEPATITIS, HER RESPONSE WAS "THAT COST TO MUCH AND WE DON'T TREAT HEPATITIS C"

4) WHEN I FIRST SAW DR. MCWHORTER FOR A EAR INFECTION, I ALSO ASKED HIM TO TREAT MY HEPATITIS "C" I WAS TOLD BY HIM "IT WAS TO COSTLY AND THAT I COULD GET MY OWN PHYSICIAN AT MY OWN EXPENSE" I INFORMED DR. MCWHORTER I HAD NO MONEY FOR A PRIVATE PHYSICIAN. THIS DATE WAS ~~[struck]~~ AB August 25, 2005 AS DR. MCWHORTER AVERS.

5) I SENT GRIEVANCE FORMS TO SHERIFF CLARK AND MEDICAL PERSONNEL INDICATING AND REQUESTING MEDICAL TREATMENT FOR MY HCV INFECTION WHICH WENT UNANSWERED BY BOTH PARTIES.

6) I WAS UNABLE TO OBTAIN THE ADDRESS FOR THE STATE BOARD OF ADJUSTMENT DUE TO THE JAIL LAW LIBRARY NOT HAVING A ALABAMA STATE GOVERNMENT AGENCY DIRECTORY BOOK TO ASSIST ME IN LOCATING THIS ADDRESS. THE JAIL LAW LIBRARY WAS NOT STAFFED BY ANY JAIL PERSONNEL WHATSOEVER TO ASSIST ME, THE FEW LAW BOOKS IT HAD WHERE OUTDATED AND USELESS.

7) THIS LAW LIBRARY WAS MY ONLY MEANS OF GETTING THIS ADDRESS OF THE STATE ADJUSTMENT BOARD TO EXHAUST ALL MY ADMINISTRATIVE REMEDIES BEFORE I FILED MY FEDERAL LAWSUIT AGAINST SHP AND SHERIFF CLARK. I EXHAUSTED ALL REMEDIES THAT THE COUNTY JAILER MADE AVAILABLE TO ME AS A LOCKED DOWN INMATE.

STATE OF ALABAMA
COUNTY OF ESCAMBIA

_____
Al Boyett Jr
AFIANT

SWORN AND WITNESSED UNDER MY HAND AND OFFICIAL SEAL THIS THE __4__ DAY OF __April__ 2006.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES 1-5-06