IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUN -1 A 9:54

AL EVERITT BOYETT JR           *
    Plaintiff                  *
                               * CIVIL ACTION: 2:05-CV-966-D
V.                             *
                               *
ANTHONY CLARK, SHERIFF, et al., *

NOTICE OF CHANGE OF ADDRESS

AL EVERITT BOYETT JR
14692 HOGFOOT ROAD
ANDALUSIA ALABAMA 36420

DONE THIS 30 DAY OF MAY 2006

SINCERELY
Al Boyett Jr.