IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AL EVERITT BOYETT, JR., #242728, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv966-ID |
| | ) WO |
| ANTHONY CLARK, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On August 29, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. No. 34.) Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

(1) Said Recommendation be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

(2) Defendants' motions for summary judgment (Doc. Nos. 12, 26) be and the same are hereby GRANTED;

(3) the above-styled cause be and the same is hereby DISMISSED with prejudice; and

(4) the costs of this proceeding be and the same are hereby TAXED against Plaintiff for which let execution issue.

DONE this 13th day of September, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE